UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Storage Technology Corporation,

Plaintiff,

v.

Cisco Systems, Inc.,

Defendant.

Civil 00-2253 JMR/FLN

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: October 4, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED 10.5.00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials VEM

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Susan R. Nelson.

NEW CASE NUMBER 00-2253 JMR/SRN

Use this case number for all further filings.