**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**STORAGE TECHNOLOGY CORPORATION**,

Plaintiff,

v.

**CISCO SYSTEMS, INC.**,

Defendant.

Civil No. 00-2253 (JEL/JGL)

**ORDER**

APPEARANCES

Richard P. Mahoney, Esq., and Marc Lorelli, Esq., for Plaintiff Storage Technology Corporation

Clifford S. Anderson, Esq., for Defendant Cisco Systems, Inc.

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Chief Magistrate Judge of District Court on October 15, 2002 on Plaintiff's Motion to Conduct Seven Additional One-Hour Depositions (Doc. No. 93). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

The original scheduling order in this case allowed each party to take thirty-five depositions. Plaintiff Storage Technology Corporation ("StorageTek") has taken thirty-four depositions thus far and has noticed a thirty-fifth. StorageTek now asks the Court to permit it to take seven

FILED OCT 1 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

additional one-hour depositions of Defendant Cisco Systems, Inc.'s ("Cisco") employees. Cisco opposes the motion.

As discussed at the motion hearing, the Court orders the following. It is undisputed that StorageTek is entitled to take one more deposition of seven hours in length. StorageTek may allot that seven hours as it deems best between the depositions of the previously noticed deponent and the Cisco employees. That is, StorageTek may depose the thirty-fifth deponent for as long as it deems necessary and reserve the balance of the seven hours for deposing as many of the Cisco employees as it can in the remaining time. It is the Court's understanding that the depositions will not take place on the same day as the previously noticed thirty-fifth deponent, but will occur before the discovery period closes. The parties will use their best efforts to schedule the seven depositions on the same day and at the same location, preferably at Cisco's place of business or another location that would reduce the burden on Cisco and its employees.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Conduct Seven Additional One-

Hour Depositions (Doc. No. 93) is **GRANTED** according to the parameters set forth in the body of this Order.

Dated: October 15, 2002

JONATHAN LEBEDOFF
Chief United States Magistrate Judge