UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2253

| | | |
|---|---|---|
| Storage Technology Corporation | ) | |
| | ) | |
| v. | ) | DISQUALIFICATION ORDER |
| | ) | |
| Cisco Systems, Inc. | ) | |

The above-captioned case has been assigned to the undersigned. This Court disqualifies itself from hearing this matter, pursuant to 28 U.S.C. § 455. Accordingly, IT IS ORDERED that:

The Clerk of Court is directed to reassign this action pursuant to this Court's Assignment of Cases Order, filed February 5, 1993.

Dated: November 30th, 2000

JAMES M. ROSENBAUM
United States District Judge

(12)

FILED NOV 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: November 30, 2000 JMR/JRT/SRN sh

R E C O R D  O F  D O C K E T  T E X T

0:00-cv-02253 Storage Technology v. Cisco Systems, Inc.

DOCKET ENTRY

Disqualification ORDER ( Judge James M. Rosenbaum ) Case reassigned to Judge John R. Tunheim on Master List; case remains referred to Magistrate Judge Susan Richard Nelson; former case number 00-2253 JMR/SRN; new case number 00-2253 JRT/SRN 1pg(s) (cc: all counsel)

Hon. John R Tunheim, Judge

THIS NOTICE SENT TO ALL COUNSEL