**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Storage Technology Corporation,**

**Plaintiff,**

**v.**

**Cisco Systems, Inc.,**

**Defendant.**

**Civil No. 00-2253 (JRT/SRN)**

**ORDER**

---

Victor E. Lund, Esq., Ernie L. Brooks, Esq., and Thomas A. Lewry, Esq. on behalf of Plaintiff.

Joseph W. Hammell, Esq. on behalf of Defendant.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above entitled matter came before the undersigned United States Magistrate Judge on January 31, 2001, on Plaintiff's Motion to Strike Material Attached to Mark Bakke's Affidavit or, in the alternative, to Seal Mark Bakke's Affidavit. (Doc. No. 23-1, Doc. No. 23-2.) The materials attached to Mark Bakke's Affidavit include three Storage Technology, Inc. patent applications. "It is well-settled that the secrecy of pending and abandoned United States patent applications should be preserved whenever possible." Cordis Corp. v. SciMed Life Systems, Inc., 982 F.Supp. 1358, 1360 (D. Minn. 1997).

Defendant does not object to this motion.

**THEREFORE IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Seal Mark Bakke's Affidavit (Doc. No. 23-2) is **GRANTED**;

FILED MAR 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Plaintiff's Motion to Strike the Attachments to Mark Bakke's Affidavit (Doc. No. 23-1) is **DENIED**; and

3. The Clerk of Court is directed to **SEAL** Mark Bakke's Affidavit (Doc. No. 18).

Dated: March 5, 2001

SUSAN RICHARD NELSON
United States Magistrate Judge