421387

**UNITED STATES DISTRICT COURT**
District of Minnesota
Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

**MOTION FOR ADMISSION PRO HAC VICE**

**Case Number:** 00-2253 **Case Title:** Storage Technology Corporation v. Cisco Systems, Inc.
MJA / JGL

**Affidavit of Movant**

I, Victor E. Lund, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Marc Lorelli, an attorney admitted to practice in the EASTERN District of MICHIGAN, but not admitted to the bar of this court, who will be counsel for plaintiff Storage Technology Corporation in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Victor E. Lund MN Attorney License #160076 Date: 12/26/01

**Affidavit of Proposed Admittee**

I, Marc Lorelli, am currently a member in good standing of the U.S. District Court for the EASTERN District of MICHIGAN, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Marc Lorelli Atty License #P63156 Date: 12/28/01

Brooks & Kushman, P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075
Telephone: 248-358-4400

Motion Granted: Richard D. Sletten, /lj Date: JAN 04 2002
For the Court: Richard D. Sletten, Clerk

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK