**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**STORAGE TECHNOLOGY CORPORATION,**

Plaintiff,

v.

**CISCO SYSTEMS, INC.,**

Defendant,

Civil No. 00-2253 (MJD/JGL)

**MINUTES and ORDER**

---

APPEARANCES

Marc Lorelli, Esq., Thomas A. Lewry, Esq., and Victor E. Lund, Esq., for Plaintiff Storage Technology Corporation.

Roy Ginsburg, Esq., and Joseph Hammell, Esq., for Defendant Cisco Systems, Inc.

---

A hearing was held on January 10, 2002 before United States Magistrate Judge Jonathan Lebedoff on Defendant Cisco's Motion to Compel a Confidentiality Redesignation of Plaintiff's Trade Secret Disclosure, to Broaden the Group of Permissible Recipients of the Highly Confidential Information, and for a Protective Order (Doc. No. 61). The motion was denied in its entirety from the Bench. The response of Storage Technology Corporation (Doc. No. 66) is adopted as the Court's Memorandum.

Dated: January 10, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge

JAN 10 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK