**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 00-2253 MJD/JGL

Storage Technology Corporation,

Plaintiff,

v.

**ORDER**

Cisco Systems, Inc.,

Defendant.

The above-captioned action came before this Court pursuant to the parties' Stipulation for Entry of Order Regarding Storage Technology's ("STK") Motion to Compel Responses to Document Request Nos. 30 and 33. Based upon such Stipulation and upon all of the files, records and proceedings herein:

IT IS ORDERED that, within seven (7) calendar days of the date of this Order, Defendant Cisco Systems, Inc. ("Cisco") be and hereby is ordered to produce, to the extent it has not done so already, (1) documents responsive to STK's Document Request No. 33, to the extent such documents exist, that are sufficient to show the specific products, technical responsibilities and projects on which all former StorageTek employees have worked at NuSpeed/Cisco for the period January 1, 2000, to the present; and (2) documents responsive to STK's Document Request No. 30.

IT IS ALSO ORDERED that STK's Motion to Compel Discovery be and hereby is dismissed, as MOOT, without prejudice to STK renewing any portions of it, as required, in the

FEB - 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

event STK contends Cisco's production is incomplete or unsatisfactory with respect to STK's Document Request Nos. 30 and 33.

Dated: February 6, 2002

Honorable Jonathan G. Lebedoff
United States Magistrate Judge