UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Storage Technology Corporation,

Plaintiff,

v.

Civ. No. 00-2253 (JEL/JGL)
ORDER

Cisco Systems, Inc.,

Defendant.

This matter comes before the Court on Storage Technology Corporation's appeal from an Order issued by the Honorable Jonathan G. Lebedoff, Chief United States Magistrate Judge, on December 6, 2002. The Court has reviewed the record and has considered the arguments raised by the parties on appeal. Based on that review, the Court affirms the Magistrate Judge's Order because it is neither "clearly erroneous" nor "contrary to law." *See* 28 U.S.C. § 636(b)(1)(A) (2000); Fed. R. Civ. P. 72(a); D. Minn. R. 72.1(b)(2). Therefore, IT IS ORDERED THAT:

1. The Magistrate Judge's December 6, 2002, Order [Docket No. 116] is AFFIRMED.

Dated: January 30, 2003

JOAN ERICKSEN LANCASTER
United States District Judge

JAN 30 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS