UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Storage Technology Corporation,

Plaintiff,

v.

Civ. No. 00-2253 (JNE/JGL)
ORDER

Cisco Systems, Inc.,

Defendant.

The Court has received Plaintiff's Post-Hearing Brief on Questions Posed by the Court, and Defendant's request that it be stricken. The Court strikes Plaintiff's brief. *See* D. Minn. R. 7.1(f) ("Except with permission of the Court, no memoranda of law will be allowed except as provided in these rules."). Therefore, IT IS ORDERED THAT:

1. Plaintiff's Post-Hearing Brief on Questions Posed by the Court [Docket No. 201] is STRICKEN.

Dated: July 16, 2003

JOAN N. ERICKSEN
United States District Judge

JUL 16 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS