AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Storage Technology Corporation,

V.

Cisco Systems, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 00-2253 JNE/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Cisco's motion for summary judgment is granted.

Counts 1, 2, 3, 4, 5, and 6 of Storage's Complaint are dismissed.

|  |  |
|---|---|
| September 25, 2003 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | (By) Julie Rustad, Deputy Clerk |

Modified:03/10/03