# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3673

| | | |
|---|---|---|
| Storage Technology Corporation, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| vs. | * | District Court for the |
| | * | District of Minnesota |
| Cisco Systems, Inc., | * | |
| | * | |
| Appellee. | * | |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

January 26, 2005

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
FEB 22 2005
U.S. DISTRICT COURT MPLS

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 17, 2005

Mr. Richard Sletten, Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 03-3673 Storage Technology vs. Cisco Systems, Inc.

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Michael E. Gans
Clerk of Court

dms
Enclosure

RECEIVED
BY U.S. MAIL
2005 FEB 22 AM 9:23
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable Joan N. Ericksen
Ernie L. Brooks
Thomas A. Lewry
Marc Lorelli
Frank A. Angileri
Richard P. Mahoney
Victor E. Lund
Timothy R. Schulte
Roy Alan Ginsburg
Joseph Walter Hammell
Clifford S. Anderson
J. Thomas Vitt
David Youngert Trevor

District Court/Agency Case Number(s): CIV 00-2253 JNE/JGL