# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

CV. #00-2253 JNE/JGL

No. 03-3673

| | | |
|---|---|---|
| Storage Technology Corporation, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| vs. | * | District Court for the |
| | * | District of Minnesota |
| Cisco Systems, Inc., | * | |
| | * | |
| Appellee. | * | |

Appellee shall recover from the appellant the sum of One Thousand Two Hundred Three Dollars and Fifty Cents ($1,203.50) as taxable costs on appeal.

The clerk of the United States District Court is directed to place these costs in the previously issued mandate.

(5232-010199)

February 22, 2005

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
FEB 25 2005
U.S. DISTRICT COURT MPLS

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 22, 2005

Mr. Clifford S. Anderson
DORSEY & WHITNEY
Suite 1500
50 S. Sixth Street
Minneapolis, MN 55402-1498

Re: 03-3673 Storage Technology vs. Cisco Systems, Inc.

Dear Counsel:

Enclosed is a copy of an order entered today in the above case.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

dms
Enclosure(s)

cc: Honorable Joan N. Ericksen, U.S. District Judge
Ernie L. Brooks
Thomas A. Lewry
Marc Lorelli
Frank A. Angileri
Richard P. Mahoney
Victor E. Lund
Timothy R. Schulte
Roy Alan Ginsburg
Joseph Walter Hammell
J. Thomas Vitt
David Youngert Trevor
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 00-2253 JNE/JGL

RECEIVED
BY U.S. MAIL
2005 FEB 25 AM 9:01
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN