AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

INVOICE NO: 00000090

Joseph Hammell
Dorsey & Whitney
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498

Phone: (612) 340-2600
FAX:

**MAKE CHECKS PAYABLE TO:**

JEANNE M. ANDERSON
United States Court Reporter
P. O. Box 1996
St. Paul, MN 55101-0996

Phone: (651) 848-1221
FAX:
Tax ID: 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

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 07-03-2003

DATE DELIVERED: 07-08-2003

**Case Style:** 00 CV 2253, STORAGETEK v CISCO

Reporter's Transcript of Proceedings on 6-23-03, Civil motions hearing.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 354 | 0.83 | 293.82 | | | | 293.82 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 293.82 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $293.82 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

DATE 07-08-2003

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR