**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Lori Chapman, lchapman@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C01140B
FIRM # 0550301
INVOICE DATE: 3/13/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Mark Lorelli
Case Name: Storage Tech v Cisco
Case #: CIVIL 00-2253 (MJD/JGL)

**Roy A. Ginsburg**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

RECEIVED
MAR 22 2002
ROY GINSBURG

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Dave Myers and John Leyes, taken February 19, 2002. | $ 443.70 |
| BALANCE DUE | $ 443.70 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $443.70

INVOICE # 9C01140B
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of Dave Myers and John Leyes, taken February 19, 2002.

From:

Roy A. Ginsburg
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

C. Anderson Aff. Ex. B-00002

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Lori Chapman, lchapman@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C01141B
FIRM # 0550301
INVOICE DATE: 3/05/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney:
Case Name: Storage Tech v Cisco
Case #: 00-2253

**Roy Ginsburg**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

RECEIVED
MAR 14 2002
ROY GINSBURG

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Michael Chaffin and Robert Lanoux, taken February 20, 2002. | $ 433.15 |
| BALANCE DUE | $ 433.15 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

................ Fold and tear at this perforation, then return stub with payment. ................

BALANCE DUE $433.15

INVOICE # 9C01141B
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of Michael Chaffin and Robert Lanoux, taken February 20, 2002.

From:

Roy Ginsburg
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

RECEIVED
MAR 14 2002
ROY GINSBURG

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Lori Chapman, lchapman@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C01142B
FIRM # 0550301
INVOICE DATE: 3/07/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney:
Case Name: Storage Tech v Cisco
Case #: 00-2253 MJD/JGL

**Roy Ginsburg**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

RECEIVED
MAR 1 4 2002
ROY GINSBURG

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of David Peterson and Daniel Anonen, taken February 21, 2002. | $ 412.15 |
| BALANCE DUE | $ 412.15 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $412.15

INVOICE # 9C01142B
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of David Peterson and Daniel Anonen, taken February 21, 2002.

From:

Roy Ginsburg
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

RECEIVED
MAR 1 4 2002
ROY GINSBURG

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Evelyn Gonzalez, egonzalez@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C01FF7B
FIRM # 0550301
INVOICE DATE: 4/15/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Mark Lorelli
Case Name: Storage Tech v Cisco
Case #: civil file #00-2253

**Roy Ginsburg**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of MArk Schrandt, taken April 1, 2002. | $ 252.35 |
| BALANCE DUE | $ 252.35 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $252.35

INVOICE # 9C01FF7B
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of MArk Schrandt, taken April 1, 2002.

From:

Roy Ginsburg
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

RECEIVED
APR 26 2002
ROY GINSBURG

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Evelyn Gonzalez, egonzalez@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C01FF8B
FIRM # 0550301
INVOICE DATE: 4/15/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Mark Lorelli
Case Name: Storage Tech v Cisco
Case #: 00-2253 MJD/JGL

**Joseph W. Hammell**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Mark Cree, taken April 2, 2002. | $ 143.35 |
| BALANCE DUE | $ 143.35 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · · · ·

BALANCE DUE $143.35

INVOICE # 9C01FF8B
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of Mark Cree, taken April 2, 2002.

From:

Joseph W. Hammell
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

RECEIVED APR 2 ? 2002

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Evelyn Gonzalez, egonzalez@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C0207EB
FIRM # 0550301
INVOICE DATE: 4/29/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Thomas A. Lewry
Case Name: Storage Tech v Cisco
Case #: 00-2253 MJD/JGL

**Cliff Anderson**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

RECEIVED MAY 1 0 2002

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Steven Degeroote and Craig Johnson, taken April 16, 2002. | $ 415.30 |
| BALANCE DUE | $ 415.30 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $415.30

INVOICE # 9C0207EB
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of Steven Degeroote and Craig Johnson, taken April 16, 2002.

From:

Cliff Anderson
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Evelyn Gonzalez, egonzalez@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C0207FB
FIRM # 0550301
INVOICE DATE: 5/03/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Thomas A. Lewry
Case Name: Storage Tech v Cisco
Case #:

**Roy Ginsburg**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Michael Tierney and Michael Heinecke, taken April 17, 2002. | $ 262.30 |
| BALANCE DUE | $ 262.30 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $262.30

INVOICE # 9C0207FB
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of Michael Tierney and Michael Heinecke, taken April 17, 2002.

From:

Roy Ginsburg
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Evelyn Gonzalez, egonzalez@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C02081B
FIRM # 0550301
INVOICE DATE: 5/17/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Thomas A. Lewry
Case Name: Storage Tech v Cisco
Case #: 00-2253 MJD/JGL

**Joseph W. Hammell**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

| ITEM | AMOUNT |
|---|---|
| Certified copy of the transcript of the deposition of Clint Jurgens, David Thompson, Timothy J. Kuik and Donald M. Rog, taken 5/01/02. | $ 522.80 |
| BALANCE DUE | $ 522.80 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $522.80

INVOICE # 9C02081B
FIRM # 0550301

For: Certified copy of the transcript of the deposition of Clint Jurgens, David Thompson, Timothy J. Kuik and Donald M. Rog, taken 5/01/02.

From:

Joseph W. Hammell
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Evelyn Gonzalez, egonzalez@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C02082B
FIRM # 0550301
INVOICE DATE: 5/17/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Thomas A. Lewry
Case Name: Storage Tech v Cisco
Case #: 00-2253 MJD/JGL

**Joseph W. Hammell**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Mark Bakke, taken May 2, 2002. | $ 256.05 |
| BALANCE DUE | $ 256.05 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $256.05

INVOICE # 9C02082B
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of Mark Bakke, taken May 2, 2002.

From:

Joseph W. Hammell
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Diana Pozo, dpozp@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C036D7B
FIRM # 0550301
INVOICE DATE: 5/29/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Thomas A. Lewry
Case Name: Storage Tech v Cisco
Case #: 00-2253

**Cliff Anderson**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

RECEIVED JUN 5 2002

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Nancy Golio and Stan Mros, taken May 14, 2002. | $ 344.75 |
| BALANCE DUE | $ 344.75 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $344.75

INVOICE # 9C036D7B
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of Nancy Golio and Stan Mros, taken May 14, 2002.

From:

Cliff Anderson
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Diana Pozo, dpozp@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C036D8B
FIRM # 0550301
INVOICE DATE: 5/30/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Thomas A. Lewry
Case Name: Storage Tech v Cisco
Case #: 00-2253 MJD/JGL

**Cliff Anderson**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

RECEIVED JUN 0 3 2002

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Anthony Beltran, Erika Honestein and Matt Massey, taken May 15, 2002. | $ 397.25 |
| | $ 397.25 |
| BALANCE DUE | |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . . .

BALANCE DUE $397.25

INVOICE # 9C036D8B
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of Anthony Beltran, Erika Honestein and Matt Massey, taken May 15, 2002.

From:

Cliff Anderson
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Diana Pozo, dpozp@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C036D9B
FIRM # 0550301
INVOICE DATE: 5/30/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Thomas A. Lewry
Case Name: Storage Tech v Cisco
Case #:

**Roy Ginsburg**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

RECEIVED
JUN 0 6 2002
ROY GINSBURG

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of David Weinzierl and Dennis Hadders, taken May 16, 2002. | $ 314.85 |
| BALANCE DUE | $ 314.85 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $314.85

INVOICE # 9C036D9B
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of David Weinzierl and Dennis Hadders, taken May 16, 2002.

From:

Roy Ginsburg
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Diana Pozo, dpozp@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C03674B
FIRM # 0550301
INVOICE DATE: 5/31/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Mark Lorelli
Case Name: Storage Tech v Cisco
Case #: 00-2253 MJD/JGL

**Roy Ginsburg**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

RECEIVED
JUN 06 2002
ROY GINSBURG

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Janey Ching Iu Hoe, taken May 23, 2002.Expedited | $ 390.40 |
| BALANCE DUE | $ 390.40 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $390.40

INVOICE # 9C03674B
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of Janey Ching Iu Hoe, taken May 23, 2002.Expedited

From:

Roy Ginsburg
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

**JAMES M. TRAPSKIN**
COURT REPORTING SERVICES
2205 – 30th Avenue South
Minneapolis, Minnesota 55406

(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com

RECEIVED JUN 20 2002

# INVOICE

June 17, 2002

Clifford Anderson
Dorsey & Whitney
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: Storage Technology Corp. vs. Cisco Systems, Inc.

| | |
|---|---|
| DEPOSITIONS OF: | Jeremy Swift, Timothy Mueggenberg and Gary Schumacher |
| DATES TAKEN: | June 4, 5, 10, 2002 |
| TRANSCRIPT: | Original and one copy, exhibits, condensed transcripts, word indexes and ASCII disk |
| | $2,260.35 |

PLEASE MAKE CHECK PAYABLE TO: JAMES M. TRAPSKIN
(SSN: 470 50 7459)

Thank You

***** PLEASE RETURN ONE COPY OF INVOICE WITH YOUR PAYMENT*****

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Roy A. Ginsburg
Attorney at Law
Dorsey & Whitney, LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498

Re: Storage Technology v. Cisco Systems.

---

Deposition of: Christopher Van Krevelen

Date Taken: June 4, 2002

Transcript: One regular copy, one condensed copy, one ASCII, keyword Index

$ 854.50

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

******PLEASE RETURN THIS COPY WITH YOUR PAYMENT******

RECEIVED
JUN 14 2002
ROY GINSBURG

JMT COURT REPORTING SERVICES
2205-30TH AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55406
(612) 722-9947 *** FAX (612) 722-6851

==================================================

JUNE 13, 2002 INVOICE NO. JT/HE6432

Roy A. Ginsburg, Esq.
Dorsey & Whitney
50 South Fifth Street, Suite 1500
Minneapolis, Minnesota 55402-1498

Re: Storage Technology vs. Cisco Systems

---

Original and One Copy, Exhibit Copies,
Complimentary ASCII Disk, Condensed Transcript
and Word Index for the deposition of
Wade Oberpriller
taken on June 5, 2002

TOTAL DUE: $827.60

---

**PLEASE MAKE CHECK PAYABLE AND MAIL REMITTANCE TO:**

**Hartman L. Erickson**
**2902 Keating Circle**
**Burnsville, Minnesota 55337**

**Federal I.D. No. 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**

PAYMENT DUE UPON RECEIPT OF TRANSCRIPT
PLEASE REMIT ONE COPY OF INVOICE WITH PAYMENT

RECEIVED
JUN 14 2002
ROY GINSBURG

JMT COURT REPORTING SERVICES
2205-30TH AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55406
(612) 722-9947 *** FAX (612) 722-6851

==================================================

JUNE 13, 2002 INVOICE NO. JT/HE6222

Clifford Anderson, Esq.
Dorsey & Whitney
50 South Fifth Street, Suite 1500
Minneapolis, Minnesota 55402

Re: Storage Technology vs. Cisco Systems

---

Original and One Copy, Exhibit Copies,
Complimentary ASCII Disk, Condensed Transcript
and Word Index for the deposition of
Rodney Nelson
taken on June 6, 2002

**TOTAL DUE: $795.65**

---

**PLEASE MAKE CHECK PAYABLE AND MAIL REMITTANCE TO:**

**Hartman L. Erickson**
**2902 Keating Circle**
**Burnsville, Minnesota 55337**

**Federal I.D. No. 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**

PAYMENT DUE UPON RECEIPT OF TRANSCRIPT
PLEASE REMIT ONE COPY OF INVOICE WITH PAYMENT

RECEIVED
JUN 14 2002
ROY GINSBURG

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Esperanza Urueta, eurueta@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C034EBB
FIRM # 0550301
INVOICE DATE: 6/25/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Thomas A. Lewry
Case Name: Storage Tech v Cisco
Case #: 00-2253

**Roy Ginsburg**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

RECEIVED
JUL 0 8 2002
ROY GINSBURG

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Mark Schrandt and Ed Fiore, taken June 6, 2002. | $ 517.75 |
| BALANCE DUE | $ 517.75 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $517.75

INVOICE # 9C034EBB
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of Mark Schrandt and Ed Fiore, taken June 6, 2002.

From:

Roy Ginsburg
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

RECEIVED
JUL 0 8 2002
ROY GINSBURG

If you have already paid for this service by COD, then this invoice is for your records only.

JUNE 12, 2002

MR. JOSEPH HAMMELL
ATTORNEY AT LAW
DORSEY & WHITNEY
50 SOUTH SIXTH STREET
MINNEAPOLIS, MN 55402

RE: STORAGE TECHNOLOGY VS. CISCO SYSTEMS

---

DEPOSITION OF: DARREL SPICZKA
DATE TAKEN: JUNE 7, 2002
TRANSCRIPT: ORIGINAL AND ONE COPY

TOTAL: $828.25

---

PLEASE MAKE CHECK PAYABLE TO: BARBARA J. CAREY, RPR
TAX IDENTIFICATION NUMBER: 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
AT: PO BOX 474
ST. FRANCIS, MN 55070

JUNE 12, 2002

MR. CLIFF ANDERSON
ATTORNEY AT LAW
DORSEY & WHITNEY
50 SOUTH SIXTH STREET
MINNEAPOLIS, MN 55402

RE: STORAGE TECHNOLOGY VS. CISCO SYSTEMS

---

DEPOSITION OF: WILLIAM KRAUSE
DATE TAKEN: JUNE 11, 2002
TRANSCRIPT: ORIGINAL AND ONE COPY

TOTAL: $431.25

---

PLEASE MAKE CHECK PAYABLE TO: BARBARA J. CAREY, RPR
TAX IDENTIFICATION NUMBER: 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
AT: PO BOX 474
ST. FRANCIS, MN 55070

RECEIVED JUN 14 2002

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Esperanza Urueta, eurueta@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C04A38B
FIRM # 0550301
INVOICE DATE: 7/12/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Thomas A. Lewry
Case Name: Storage Tech v Cisco
Case #: 00-22543 MJD/JGL

**Roy Ginsburg**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

RECEIVED
JUL 18 2002
ROY GINSBURG

| ITEM | AMOUNT |
| --- | --- |
| Certified copy of the reporter's transcript of the deposition of Theodore Schmitz and Laura Sokol-Kraft, taken June 27, 2002. | $ 416.35 |
| BALANCE DUE | $ 416.35 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $416.35

INVOICE # 9C04A38B
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of Theodore Schmitz and Laura Sokol-Kraft, taken June 27, 2002.

From:

Roy Ginsburg
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

RECEIVED
JUL 18 2002
ROY GINSBURG

If you have already paid for this service by COD, then this invoice is for your records only.

JMT COURT REPORTING SERVICES
2205-30TH AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55406
(612) 722-9947 *** FAX (612) 722-6851

================================================================

JULY 7, 2002

INVOICE NO. JT/HE3674

Clifford Anderson, Esq.
Dorsey & Whitney
50 South Fifth Street, Suite 1500
Minneapolis, Minnesota 55402

Re: Storage Technology vs. Cisco Systems, Inc.

---

Original and One Copy, Exhibit Copies,
Complimentary ASCII Disk, Condensed Transcript
and Word Index for the videotaped deposition of
Robert Bartee
taken on June 28, 2002

**TOTAL DUE: $476.05**

---

**PLEASE MAKE CHECK PAYABLE AND MAIL REMITTANCE TO:**

**Hartman L. Erickson**
**2902 Keating Circle**
**Burnsville, Minnesota 55337**

**Federal I.D. No. 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.**

PAYMENT DUE UPON RECEIPT OF TRANSCRIPT
PLEASE REMIT ONE COPY OF INVOICE WITH PAYMENT

THANK YOU

**JAMES M. TRAPSKIN**
JMT COURT REPORTING SERVICES
2205 – 30th Avenue South
Minneapolis, Minnesota 55406

(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com

# INVOICE

July 20, 2002

Roy A. Ginsburg
Dorsey & Whitney
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: Storage Technology Corporation vs. Cisco Systems, Inc.

| | |
|---|---|
| DEPOSITION OF: | Sheri L. McCallum |
| DATE TAKEN: | July 9, 2002 |
| TRANSCRIPT: | Original and one copy, exhibits, condensed transcript, word index and ASCII disk |

$1,171.00

PLEASE MAKE CHECK PAYABLE TO: JAMES M. TRAPSKIN
(SSN: 470 50 7459)

Thank You

*** PLEASE RETURN ONE COPY OF INVOICE WITH YOUR PAYMENT***

RECEIVED
JUL 22 2002
ROY GINSBURG

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Joseph W. Hammell
Attorney at Law
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402-1498

Re: Storage Technology v. Cisco Systems.

Date: July 22, 2002

---

Deposition of: Scott B. Nelson

Date Taken: July 10, 2002

Transcript: One Original, one regular copy, one condensed copy, ASCII, keyword index

$590.30

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

****PLEASE RETURN THIS COPY WITH YOUR PAYMENT****

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Joseph W. Hammell
Attorney at Law
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402-1498

Re: Storage Technology v. Cisco Systems.

Date: July 22, 2002

---

Deposition of: Peter C. Hahn

Date Taken: July 11, 2002

Transcript: One Original, one regular copy, one condensed copy, ASCII, keyword index

$489.75

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

******PLEASE RETURN THIS COPY WITH YOUR PAYMENT******

RECEIVED JUL 23 2002

JMT COURT REPORTING SERVICES
2205-30TH AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55406
(612) 722-9947 *** FAX (612) 722-6851

==================================================

JULY 29, 2002 INVOICE NO. JT/HE8388

Ray A. Ginsburg, Esq.
Dorsey & Whitney
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: Storage Technology vs. Cisco Systems, Inc.

---

Original and One Copy, Exhibit Copies,
Complimentary ASCII Disk, Condensed Transcript,
and Word Index of the videotaped deposition of
Robert Munsey
taken on July 17, 2002

**TOTAL DUE: $1,116.35**

---

**PLEASE MAKE CHECK PAYABLE AND MAIL REMITTANCE TO:**

**Hartman L. Erickson**
**2902 Keating Circle**
**Burnsville, Minnesota 55337**

**Federal I.D. No. 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**

PAYMENT DUE UPON RECEIPT OF TRANSCRIPT
PLEASE REMIT ONE COPY OF INVOICE WITH PAYMENT

THANK YOU

RECEIVED
JUL 3 0 2002
ROY GINSBURG

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Teresa Kelo, tkelso.depo.com.

C. Anderson Aff. Ex. B-00027

ABI's Federal ID#: 95-4189037

INVOICE # 9C0520BB
FIRM # 0550301
INVOICE DATE: 7/29/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Mark Lorelli
Case Name: Storagetek v Cisco
Case #:

**Cliff Anderson**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

RECEIVED AUG 1 3 2002

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Douglas Ingraham, Darren Vickers and Kenneth Widstrom, taken July 17, 2002. | $ 210.60 |
| BALANCE DUE | $ 210.60 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

Fold and tear at this perforation, then return stub with payment.

BALANCE DUE $210.60

INVOICE # 9C0520BB
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of Douglas Ingraham, Darren Vickers and Kenneth Widstrom, taken July 17, 2002.

From:

Cliff Anderson
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Teresa Kelo, tkelso.depo.com.

C. Anderson Aff. Ex. B-00028

ABI's Federal ID#: 95-4189037

INVOICE # 9C0520BC
FIRM # 0550301
INVOICE DATE: 8/15/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Mark Lorelli
Case Name: Storagetek v Cisco
Case #:

**Sandy**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

| ITEM | AMOUNT |
|---|---|
| Electronic transcript of the deposition of Douglas Ingraham, taken July 17, 2002. | $ 25.00 |
| BALANCE DUE | $ 25.00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $25.00

INVOICE # 9C0520BC
FIRM # 0550301

For: Electronic transcript of the deposition of Douglas Ingraham, taken July 17, 2002.

From:

Sandy
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Teresa Kelo, tkelso.depo.com.

C. Anderson Aff. Ex. B-00029

ABI's Federal ID#: 95-4189037

INVOICE # 9C04A39B
FIRM # 0550301
INVOICE DATE: 8/01/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Thomas A. Lewry
Case Name: Storage Tech v Cisco
Case #: 00-22543 MJD/JGL

**Roy Ginsburg**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Jeffrey Hinck, taken July 18, 2002. | $ 173.50 |
| BALANCE DUE | $ 173.50 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $173.50

INVOICE # 9C04A39B
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of Jeffrey Hinck, taken July 18, 2002.

From:

Roy Ginsburg
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Teresa Kelo, tkelso.depo.com.

C. Anderson Aff. Ex. B-00030

ABI's Federal ID#: 95-4189037

INVOICE # 9C05676B
FIRM # 0550301
INVOICE DATE: 8/14/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Mark Lorelli
Case Name: Storage Tech v Cisco
Case #: CV00-2253 (MJD/JGL)

**Roy Ginsburg**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

RECEIVED
AUG 2 6 2002
ROY GINSBURG

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Charles Dempwolf Beeler and Heidi Victoria Crozer, taken July 30, 2002. | $ 329.00 |
| BALANCE DUE | $ 329.00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $329.00

INVOICE # 9C05676B
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of Charles Dempwolf Beeler and Heidi Victoria Crozer, taken July 30, 2002.

From:

Roy Ginsburg
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

RECEIVED
AUG 2 6 2002
ROY GINSBURG

If you have already paid for this service by COD, then this invoice is for your records only.