**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Teresa Kelo, tkelso.depo.com.

C. Anderson Aff. Ex. B-00031

ABI's Federal ID#: 95-4189037

INVOICE # 9C043B9B
FIRM # 0550301
INVOICE DATE: 8/14/2002
DUE UPON RECEIPT

Setting Firm: Brooks & Kushman
Taking Attorney: Thomas A. Lewry
Case Name: Storage Tech v Cisco
Case #: MN01-17359

**Roy Ginsburg**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

RECEIVED
AUG 2 6 2002
ROY GINSBURG

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Andreas Bechtolsheim, taken July 31, 2002. | $ 132.50 |
| BALANCE DUE | $ 132.50 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $132.50

INVOICE # 9C043B9B
FIRM # 0550301

For: Certified copy of the reporter's transcript of the deposition of Andreas Bechtolsheim, taken July 31, 2002.

RECEIVED
AUG 2 6 2002
ROY GINSBURG

From:

Roy Ginsburg
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

**JAMES M. TRAPSKIN**
JMT COURT REPORTING SERVICES
2205 – 30th Avenue South
Minneapolis, Minnesota 55406

(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com

# INVOICE

September 18, 2002

Joseph Hammell
Dorsey & Whitney
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: Storage Technology vs. Cisco Systems

DEPOSITION OF: Ravi Kavuri

DATE TAKEN: September 12, 2002

TRANSCRIPT: Original and one copy, exhibits, nonfinal ASCII (expedited) and final ASCII

$1,579.10

PLEASE MAKE CHECK PAYABLE TO: JAMES M. TRAPSKIN
(SSN: 470 50 7459)

Thank You

***** PLEASE RETURN ONE COPY OF INVOICE WITH YOUR PAYMENT*****

TRAPSKIN COURT REPORTING
2205-30TH AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55406
(612) 722-9947 *** FAX (612) 722-6851

==================================================

SEPTEMBER 19, 2002 INVOICE NO. TCR/ECR7254

Clifford Anderson, Esq.
Dorsey & Whitney
50 South Fifth Street, Suite 1500
Minneapolis, Minnnesota 55402

Re: Storage Technology vs. Cisco Systems, Inc.

---

Original and One Copy, Exhibit Copies,
Condensed Transcript, Word Index and ASCII disk
of the videotaped deposition of
Reed Nelson
taken on September 12, 2002

**TOTAL DUE: $888.55**

---

**PLEASE MAKE CHECK PAYABLE AND MAIL REMITTANCE TO:**

**Hartman L. Erickson**
**2902 Keating Circle**
**Burnsville, Minnesota 55337**

**Federal I.D. No. 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**

PAYMENT DUE UPON RECEIPT OF TRANSCRIPT
PLEASE REMIT ONE COPY OF INVOICE WITH PAYMENT

THANK YOU

RECEIVED SEP 20 2002

C. Anderson Aff. Ex. B-0004

TRAPSKIN COURT REPORTING
2205-30TH AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55406
(612) 722-9947 *** FAX (612) 722-6851

==================================================

SEPTEMBER 19, 2002 INVOICE NO. TCR/ECR5352

Clifford Anderson, Esq.
Dorsey & Whitney
50 South Fifth Street, Suite 1500
Minneapolis, Minnesota 55402

Re: Storage Technology vs. Cisco Systems, Inc.

---

Original and One Copy, Exhibit Copies,
Condensed Transcript, Word Index and ASCII Disk
of the videotaped deposition of
Bruce Johnson
taken on September 13, 2002

**TOTAL DUE: $630.30**

---

**PLEASE MAKE CHECK PAYABLE AND MAIL REMITTANCE TO:**

**Hartman L. Erickson**
**2902 Keating Circle**
**Burnsville, Minnesota 55337**

**Federal I.D. No. 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**

PAYMENT DUE UPON RECEIPT OF TRANSCRIPT
PLEASE REMIT ONE COPY OF INVOICE WITH PAYMENT

THANK YOU

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Joseph Hammell
Attorney at Law
Dorsey & Whitney, LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402

Re: StorageTek v. Cisco

Date: September 24, 2002

---

Deposition of: Bradley Stamas

Date Taken: September 13, 2002

Transcript: Original, one regular, one condensed, rough ASCII, final ASCII.

$ 1,301.00

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

******PLEASE RETURN THIS COPY WITH YOUR PAYMENT****

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Joseph W. Hammell
Attorney at Law
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: StorageTek v. Cisco Systems

Date: October 21, 2002

---

Deposition of: James P. Hughes

Date Taken: October 15, 2002

Transcript: Original, one regular, one condensed, Rough ASCI.

$ 1,242.00

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

****PLEASE RETURN THIS COPY WITH YOUR PAYMENT****

RECEIVED
OCT 2 2 2002
ROY GINSBURG

C. Anderson Aff. Ex. B-00037

RECEIVED
OCT 2 8 2002
ROY GINSBURG

Agren • Blando Court Reporting & Video, Inc.
216 - 16th Street, Suite 1280 • Denver, CO 80202 • 303-296-0017 Fax: 303-296-0203 • 1-800-739-4846 www.agrenblando.com

**Invoice No. 102302-020** **Terms: Net 30** **Invoice Date: 10/23/2002**
**Tax ID: 84-1334569**

| BILLING | DELIVERY |
|---|---|
| Attention: ACCOUNTS PAYABLE | |
| Client: ROY A GINSBURG ESQ | Client: ROY A GINSBURG ESQ |
| Firm Name: DORSEY & WHITNEY LLP | Firm Name: DORSEY & WHITNEY LLP |
| Address1: 50 S 6TH ST | Address1: 50 S 6TH ST |
| Address2: STE 1500 | Address2: STE 1500 |
| City: MINNEAPOLIS State: MN Zip: | City: MINNEAPOLIS State: MN Zip: |

Deponent: TIMOTHY R SCHULTE Volume: I Date Taken: 10/16/2002
Case: STORAGE TECHNOLOGY VS. CISCO SYSTEMS

| | |
|---|---|
| TOTAL | $2,295.93 |
| (Paid) | |
| BALANCE | $2295.93 |

**Please remember to include your remittance copy with payment. Interest is applied to open balances beyond 30 days at the rate of 1.5% per 30 days.**

**Thank you for allowing us to service your litigation needs.**

**Special Notes:**

Method of Payment:

☐ Check Enclosed

☐ Charge my credit card: ☐ VISA ☐ MasterCard

Credit Card # Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone

Agren • Blando Court Reporting & Video, Inc.
216 - 16th Street, Suite 1280 • Denver, CO 80202 • 303-296-0017 Fax: 303-296-0203 • 1-800-739-4846 www.agrenblando.com

**Invoice No. 103102-011** **Terms: Net 30** **Invoice Date: 10/31/2002** **Tax ID: 84-1334569**

| BILLING | DELIVERY |
|---|---|
| Attention: ACCOUNTS PAYABLE | |
| Client: ROY A GINSBURG ESQ | Client: ROY A GINSBURG ESQ |
| Firm Name: DORSEY & WHITNEY LLP | Firm Name: DORSEY & WHITNEY LLP |
| Address1: 50 S 6TH ST | Address1: 50 S 6TH ST |
| Address2: STE 1500 | Address2: STE 1500 |
| City: MINNEAPOLIS State: MN Zip: 55402 | City: MINNEAPOLIS State: MN Zip: |

Deponent: WALTER H HINTON Volume: I Date Taken: 10/17/2002
Case: STORAGE TECHNOLOGY VS. CISCO SYSTEMS

| | |
|---|---|
| TOTAL | $2,001.70 |
| (Paid) | |
| BALANCE | $2001.70 |

**Please remember to include your remittance copy with payment. Interest is applied to open balances beyond 30 days at the rate of 1.5% per 30 days.**

**Thank you for allowing us to service your litigation needs.**

**Special Notes:**

RECEIVED
NOV 12 2002
ROY GINSBURG

Method of Payment:

☐ Check Enclosed

☐ Charge my credit card: ☐ VISA ☐ MasterCard

Credit Card # Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Roy A. Ginsburg
Attorney at Law
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: StorageTek v. Cisco Systems

Date: October 30, 2002

---

Deposition of: Joan Wrabetz

Date Taken: October 22, 2002

Transcript: Original, one regular, one condensed, Rough ASCII, final ASCII.

$ 1,422.00

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

****PLEASE RETURN THIS COPY WITH YOUR PAYMENT****

RECEIVED OCT 3 1 2002

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Eric C.Sjoding
Attorney at Law
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: StorageTek v. Cisco Systems

Date: October 29, 2002

---

Deposition of: Karie Lorge

Date Taken: October 23, 2002

Transcript: Original, one regular, one condensed, Rough ASCI.

$ 613.00

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

****PLEASE RETURN THIS COPY WITH YOUR PAYMENT****

RECEIVED
OCT 3 1 2002
ROY GINSBURG

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Eric C. Sjoding
Attorney at Law
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: StorageTek v. Cisco Systems

Date: October 29, 2002

---

Deposition of: Gregory Massey

Date Taken: October 23, 2002

Transcript: Original, one regular, one condensed, Rough ASCI.

$ 312.00

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

******PLEASE RETURN THIS COPY WITH YOUR PAYMENT******

RECEIVED
OCT 31 2002
ROY GINSBURG

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Clifford Anderson
Attorney at Law
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: StorageTek v. Cisco Systems

Date: November 7, 2002

---

Deposition of: [redacted]

Date Taken: October 31, 2002

Transcript: Original, one regular, one condensed, Rough ASCII, Final ASCII.

$ 493.00

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

******PLEASE RETURN THIS COPY WITH YOUR PAYMENT******

RECEIVED NOV 8 2002

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Clifford Anderson
Attorney at Law
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: StorageTek v. Cisco Systems

Date: November 7, 2002

---

Deposition of: [redacted]

Date Taken: October 31, 2002

Transcript: Original, one regular, one condensed, Rough ASCII, Final ASCII.

$ 326.00

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

******PLEASE RETURN THIS COPY WITH YOUR PAYMENT******

RECEIVED NOV 8 2002

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South** ✓
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Clifford Anderson
Attorney at Law
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: StorageTek v. Cisco Systems

Date: November 7, 2002

---

Deposition of: [redacted]

Date Taken: October 31, 2002

Transcript: One regular, one condensed, Rough ASCII, Final ASCII.

$ 78.00

Please Make Check Payable to: Carol Brausen Engels ✓
(SSN: 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)

Thank you

****PLEASE RETURN THIS COPY WITH YOUR PAYMENT****

RECEIVED NOV 8 2002

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Clifford Anderson
Attorney at Law
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: StorageTek v. Cisco Systems

Date: November 7, 2002

---

Deposition of: [redacted]

Date Taken: November 1, 2002

Transcript: One regular, one condensed, Rough ASCII, Final ASCII.

$ 57.00

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

******PLEASE RETURN THIS COPY WITH YOUR PAYMENT******

RECEIVED
NOV 0 8 2002
ROY GINSBURG

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Clifford Anderson
Attorney at Law
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: StorageTek v. Cisco Systems

Date: November 7, 2002

---

Deposition of: [redacted]

Date Taken: November 1, 2002

Transcript: One regular, one condensed, Rough ASCII, Final ASCII.

$ 108.00

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

******PLEASE RETURN THIS COPY WITH YOUR PAYMENT******

RECEIVED
NOV 0 8 2002
ROY GINSBURG

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South** ✓
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Clifford Anderson
Attorney at Law
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: StorageTek v. Cisco Systems

Date: November 7, 2002

---

Deposition of: [redacted]

Date Taken: November 1, 2002

Transcript: One regular, one condensed, Rough ASCII, Final ASCII.

$ 121.00

Please Make Check Payable to: Carol Brausen Engels ✓
(SSN: 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)

Thank you

******PLEASE RETURN THIS COPY WITH YOUR PAYMENT******

RECEIVED
NOV 0 8 2002
ROY GINSBURG

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Clifford Anderson
Attorney at Law
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: StorageTek v. Cisco Systems

Date: November 7, 2002

---

Deposition of: [redacted]

Date Taken: November 1, 2002

Transcript: One regular, one condensed, Rough ASCII, Final ASCII.

$ 105.00

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

******PLEASE RETURN THIS COPY WITH YOUR PAYMENT******

RECEIVED
NOV 0 8 2002
ROY GINSBURG

C. Anderson Aff. Ex. B-00049

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Clifford Anderson
Attorney at Law
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: StorageTek v. Cisco Systems

Date: November 7, 2002

---

Deposition of: [redacted]

Date Taken: November 1, 2002

Transcript: One regular, one condensed, Rough ASCII, Final ASCII.

$ 80.00

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

******PLEASE RETURN THIS COPY WITH YOUR PAYMENT******

RECEIVED
NOV 0 8 2002
ROY GINSBURG

C. Anderson Aff. Ex. B-00050

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

# INVOICE

Clifford Anderson
Attorney at Law
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

REMINDER

Re: StorageTek v. Cisco Systems

Date: November 7, 2002

Deposition of: Roger Woodruff

Date Taken: November 1, 2002

Transcript: One regular, one condensed, Rough ASCII, Final ASCII.

$ 60.00

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

******PLEASE RETURN THIS COPY WITH YOUR PAYMENT******

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact David Nordella, dnordella@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C08210A
FIRM # 0550301
INVOICE DATE: 11/15/2002
DUE UPON RECEIPT

**Joseph W. Hammell**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

| | |
|---|---|
| Setting Firm: | Dorsey & Whitney |
| Taking Attorney: | Joseph W. Hammell |
| Case Name: | Storage Technology Corp v Cisco Systems |
| Case #: | 00-2253(MJD/JGL) |
| Claim #: | |
| Insurance Co.: | |
| DOL: | |
| Insured: | |
| Agency #: | |
| Adjuster: | |

| ITEM | AMOUNT |
|---|---|
| Reporter's transcript of the deposition of Brian Alrie Berg, taken November 5, 2002. | $ 1,595.56 |
| BALANCE DUE | $ 1,595.56 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $1,595.56

INVOICE # 9C08210A
FIRM # 0550301

For: Reporter's transcript of the deposition of Brian Alrie Berg, taken November 5, 2002.

From:

Joseph W. Hammell
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson-Baker, Inc. -- Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact David Nordella, dnordella@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C08210C
FIRM # 0550301
INVOICE DATE: 11/20/2002
DUE UPON RECEIPT

Setting Firm: Dorsey & Whitney
Taking Attorney: Joseph W. Hammell
Case Name: Storage Technology Corp v Cisco System
Case #: 00-2253(MJD/JGL)

**Maggi Capra**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

| ITEM | AMOUNT |
|---|---|
| Electronic transcript of the deposition of Brian Alrie Berg, taken November 5, 2002. | $ 25.00 |
| BALANCE DUE | $ 25.00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . .

BALANCE DUE $25.00

INVOICE # 9C08210C
FIRM # 0550301

For: Electronic transcript of the deposition of Brian Alrie Berg, taken November 5, 2002.

From:

Maggi Capra
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson-Baker, Inc. – Main Office**
**330 N. Brand Boulevard, Suite 250**
**Glendale, CA 91203-2330**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact David Nordella, dnordella@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9C08211A
FIRM # 0550301
INVOICE DATE: 11/15/2002
DUE UPON RECEIPT

**Joseph W. Hammell**
**Dorsey & Whitney**
**50 South Sixth Street**
**Suite 1500**
**Minneapolis, MN 55402**

Setting Firm: Dorsey & Whitney
Taking Attorney: Joseph W. Hammell
Case Name: Storage Technology Corp v Cisco System
Case #: 00-2253(MJD/JGL)
Claim #:
Insurance Co.:
DOL:
Insured:
Agency #:
Adjuster:

| ITEM | AMOUNT |
|---|---|
| Reporter's transcript of the deposition of George M. Norton, taken November 6, 2002. Expedited. | $ 1,360.08 |
| BALANCE DUE | $ 1,360.08 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $1,360.08

INVOICE # 9C08211A
FIRM # 0550301

For: Reporter's transcript of the deposition of George M. Norton, taken November 6, 2002. Expedited.

From:

Joseph W. Hammell
Dorsey & Whitney
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

RECEIVED NOV 2 0 2002

KATHY L. SOPER
1017 - 85TH COURT
BROOKLYN PARK, MN 55444
PH: (763) 503-2222
FAX: 1-801-469-1994

Invoice No. 111102-KS

November 19, 2002

Dorsey & Whitney
Attorneys at Law
50 S. 6th Street, Suite 1500
Minneapolis, MN 55402

ATTENTION: Clifford Anderson

Re: StorageTek vs. Cisco Systems

---

FOR COURT REPORTING SERVICES:

DEPOSITION OF: Robert Brower
(Orig. & One Copy)

DATE TAKEN: 11/11/02

AMOUNT DUE: $360.75

* * * IMPORTANT * * *

Please return one copy of the invoice with your payment and make check payable to:

Kathy L. Soper (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) ✓

Thank you!

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Clifford Anderson
Attorney at Law
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: StorageTek v. Cisco Systems

Date: November 18, 2002

---

Deposition of: Mark Cree

Date Taken: November 12, 2002

Transcript: One regular, one condensed, Rough ASCII, Final ASCII.

$ 399.00

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

****PLEASE RETURN THIS COPY WITH YOUR PAYMENT****

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Clifford Anderson
Attorney at Law
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: StorageTek v. Cisco Systems

Date: November 18, 2002

---

Deposition of: Timothy Nantell

Date Taken: November 12, 2002

Transcript: One regular, one condensed, Rough ASCII, Final ASCII.

$ 52.00

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

******PLEASE RETURN THIS COPY WITH YOUR PAYMENT******

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Clifford Anderson
Attorney at Law
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: StorageTek v. Cisco Systems

Date: November 18, 2002

---

Deposition of: John Kelly

Date Taken: November 12, 2002

Transcript: One regular, one condensed, Rough ASCII, Final ASCII.

$ 96.00

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

******PLEASE RETURN THIS COPY WITH YOUR PAYMENT******

C. Anderson Aff. Ex. B-00058

**JAMES M. TRAPSKIN**
TRAPSKIN COURT REPORTING SERVICES
2205 – 30th Avenue South
Minneapolis, Minnesota 55406

(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com

---

# INVOICE

November 20, 2002

Roy A. Ginsburg
Dorsey & Whitney
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: Storage Technology vs. Cisco Systems

---

| | |
|---|---|
| DEPOSITION OF: | Michael Booth |
| DATE TAKEN: | November 11, 2002 |
| TRANSCRIPT: | Original and one copy, exhibits, word index, condensed transcript, nonfinal ASCII and final ASCII |
| | $1,319.34 |

PLEASE MAKE CHECK PAYABLE TO: JAMES M. TRAPSKIN
(SSN: 470 50 7459)

Thank You

***** PLEASE RETURN ONE COPY OF INVOICE WITH YOUR PAYMENT*****

RECEIVED
NOV 22 2002
ROY GINSBURG

**JAMES M. TRAPSKIN**
JAMES M. TRAPSKIN & ASSOCIATES
2205 – 30th Avenue South
Minneapolis, Minnesota 55406

(612) 722-9947 * Fax No. (612) 722-6851 * E-mail: Trapskin@minnet.com

---

# INVOICE

December 31, 2002

Clifford Anderson
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: Storage Technology vs. Cisco Systems

---

| | |
|---|---|
| DEPOSITIONS OF: | David E. Weiss, Robert Munsey and James Hughes – Volume II |
| DATE TAKEN: | December 17, 2002 |
| TRANSCRIPT: | Original and one copy, exhibits, and no charge for ASCII disk, condensed transcripts and word indexes |
| | $763.05 |

PLEASE MAKE CHECK PAYABLE TO: JAMES M. TRAPSKIN
(SSN: 470 50 7459)

Thank You

***** PLEASE RETURN ONE COPY OF INVOICE WITH YOUR PAYMENT*****