928734

**Redding, Jeanette**

| | |
|---|---|
| **From:** | Kjelvik, Susan |
| **Sent:** | Thursday, October 03, 2002 7:27 AM |
| **To:** | Accounts Payable |
| **Cc:** | Fitzgerald, Emily |
| **Subject:** | Emergency Check Request |
| **Importance:** | High |

Return to: Sue Kjelvik
Floor: 24
Ext: 8711

Check Run: ... 9:45 AM
... Note: Request must be received at least 30-minutes prior to check run.

Lawyer #: 6821
Lawyer Name: Emily Fitzgerald
AMOUNT: $83.48

Client/Mtr #: 457719-1
C/M Name: Cisco - Storage Tech
Payable To: Walt Hinton
Description: $43.48 for roundtrip mileage and $40 for witness fee
Additional Info:

HINTON
700

592294
748762

**Redding, Jeanette**

| | |
|---|---|
| **From:** | Kjelvik, Susan |
| **Sent:** | Monday, September 23, 2002 8:23 AM |
| **To:** | Accounts Payable |
| **Cc:** | Fitzgerald, Emily |
| **Subject:** | Emergency Check Request |
| **Importance:** | High |

Return to: Sandy Kloncz
Floor: 21
Ext: 6333

Check Run: ... 9:45 AM
... Note: Request must be received at least 30-minutes prior to check run.

Lawyer #: 6821
Lawyer Name: Emily Fitzgerald
AMOUNT: 52.60

Client/Mtr #: 457719-1
C/M Name: Cisco re: STK
Payable To: Joan Wrabetz
Description: Witness fee ($40 per day) and mileage ($12.60)
Additional Info: Please make sure this gets on the 9:45 check run! Thanks!

WRABE 3
100

9 30 681

**Redding, Jeanette**

| | |
|---|---|
| **From:** | Steinhorst, Kate |
| **Sent:** | Wednesday, October 23, 2002 9:15 AM |
| **To:** | Accounts Payable |
| **Subject:** | Emergency Check Request |

Return to: Kate Steinhorst
Floor: 21
Ext: 8752

Check Run: ... 9:45 AM
... Note: Request must be received at least 30-minutes prior to check run.

Lawyer #: 3166
Lawyer Name: Cliff Anderson
AMOUNT: 69.20

Client/Mtr #: 457719-1
C/M Name: CIsco-STK
Payable To: Julie Urban ~~c/o Marc Lorelli~~
Description: Witness fees
Additional Info: I need another check for $69.20 for Todd Stafford c/o Marc Lorelli---Marc's address is: Brooks & Kushman, P.C., 1000 Tower Center, 22nd Floor, Southfield, Michigan 48075.

URBAN 3
700

930680

**Redding, Jeanette**

**From:** Steinhorst, Kate
**Sent:** Wednesday, October 23, 2002 9:15 AM
**To:** Accounts Payable
**Subject:** Emergency Check Request

Return to: Kate Steinhorst
Floor: 21
Ext: 8752

Check Run: ... 9:45 AM
... Note: Request must be received at least 30-minutes prior to check run.

Lawyer #: 3166
Lawyer Name: Cliff Anderson
AMOUNT: 69.20

Client/Mtr #: 457719-1
C/M Name: Cisco-STK
Payable To: Julie Urban c/o Marc Lorelli
Description: Witness fees
Additional Info: I need another check for $69.20 for Todd Stafford ~~c/o Marc Lorelli~~--Marc's address is: Brooks & Kushman, P.C., 1000 Tower Center, 22nd Floor, Southfield, Michigan 48075.

STAFRT
~~STAFFOT~~

7/28/36
7/5/29/35

**Redding, Jeanette**

**From:** Steinhorst, Kate
**Sent:** Thursday, October 03, 2002 12:03 PM
**To:** Accounts Payable
**Subject:** Emergency Check Request

Return to: Kate Steinhorst
Floor: 21
Ext: 8752

Check Run: ... 2:00 PM
... Note: Request must be received at least 30-minutes prior to check run.

Lawyer #: 3166
Lawyer Name: Cliff Anderson
AMOUNT: 69.20

Client/Mtr #: 457719-1
C/M Name: Cisco-STK
Payable To: Mike Booth
Description: Statutory Witness fees
Additional Info:

Booth M.
700.

C. Anderson Aff. Ex. D-00001







# Per Diem

## Minnesota - 2002

Cities not appearing below may be located within a county for which rates are listed. To determine what county a city is located in, click here for the National Association of Counties (NACO) website (a non-federal website).

NOTE: If neither the city nor the county is listed, the location is a standard CONUS destination with a rate of $55.00 for lodging and $30.00 for meals and incidental expenses (M&IE).

Select another State

| Key city (1) | County (2,3) | Max Lodging (excl. taxes) | + | M&IE Rate | = | Max Per Diem Rate | First & Last Day (75% of M&IE) |
|---|---|---|---|---|---|---|---|
| ANOKA COUNTY | ANOKA | 65 | | 34 | | 99 | 25.5 |
| DAKOTA COUNTY | DAKOTA | 80 | | 34 | | 114 | 25.5 |
| DULUTH (June 1 - October 31) | ST. LOUIS | 85 | | 42 | | 127 | 31.5 |
| DULUTH (November 1 - May 31) | ST. LOUIS | 56 | | 42 | | 98 | 31.5 |
| MINNEAPOLIS / ST PAUL | HENNEPIN COUNTY AND FORT SNELLING MILITARY RESERVATION AND NAVY ASTRONAUTICS GROUP (DETACHMENT BRAVO AND RAMSEY COUNTY | 95 | | 46 | | 141 | 34.5 |

# Kelly & Associates

830 Park Lane, Santa Barbara, CA 93108-1420
(805) 969-4079 (805) 969-4629 Fax
jkelly@KellyAndAssociates.com

Taxpayer Identifying Number: 77-0516758

December 12, 2002

Invoice submitted to:
Clifford Anderson, Esq.
Dorsey & Whitney LLP
Fifteenth Floor
50 South Sixth Street
Minneapolis MINNESOTA 55402-1498

In Reference To: Storage Technology Corp. v. Cisco Systems, Inc. CV No. 00-0CV-2253 (MJD/JGL)

Invoice # 10617

Professional services

| | | | |
|---|---|---|---|
| 11/11/2002 JK | Taxi<br>Taxi: MSP-Downtown | 1 | 30.00 |

Clifford Anderson, Esq.
December 12, 2002



| | | | Qty | Amount |
|---|---|---|---|---|
| 11/11/2002 | JK | Parking<br>Santa Barbara Airport | 1 | 47.00 |
| | JK | Airfare<br>Santa Barbara/MSP | 1 | 2,617.90 |
| | JK | Hotel<br>Minneapolis Marriott | 1 | 576.20 |

**Materials Served and Filed by Cisco Systems, Inc.**
**in connection with its Summary Judgment Motions in**
***Storage Technology Corporation v. Cisco Systems, Inc., Case No. 00-2253***
**with Corresponding Page Counts**

1. Defendant Cisco Systems, Inc.'s Memorandum of Law in Support of Its Motion for Summary Judgment on Plaintiff Storage Technology Corporation's Claims for Damages; (29 Pages)

2. Defendant Cisco Systems, Inc.'s Memorandum of Law in Support of Its Motion for Summary Judgment on Plaintiff Storage Technology Corporation's Claim of Misappropriation of Trade Secrets and All Related Claims (41 pages)

3. Defendant Cisco Systems, Inc.'s Memorandum of Law in Support of Its Motion for Summary Judgment on Plaintiff Storage Technology Corporation's Raiding and Related Claims (47 pages)

4. Confidential Affidavit of Clifford S. Anderson Volume 1 (481 pages)

5. Confidential Affidavit of Clifford S. Anderson Volume 2 (582 pages)

6. Confidential Affidavit of Clifford S. Anderson Volume 3 (479 pages)

7. Confidential Affidavit of Clifford S. Anderson Volume 4 (508 pages)

8. Confidential Affidavit of Clifford S. Anderson Volume 5 (483 pages)

9. Confidential Affidavit of Daniel G. Anonen (38 pages)

10. Confidential Affidavit of Mark A. Bakke (281 pages)

11. Confidential Affidavit of Anthony R. Beltran (44 pages)

12. Confidential Affidavit of George A. Black (39 pages)

13. Confidential Affidavit of Cynthia Campbell (29 pages)

14. Confidential Affidavit of Michael J. Chaffin (28 pages)

15. Confidential Affidavit of Mark U. Cree (126 pages)

16. Confidential Affidavit of Stephen P. DeGroote (102 pages)

17. Confidential Affidavit of Edward J. Fiore (96 pages)

18. Confidential Affidavit of Roy A. Ginsburg (285 pages)

19. Confidential Affidavit of Nancy J. Golio (37 pages)

20. Confidential Affidavit of Cathy Gress Springer Affidavit (35 pages)
21. Confidential Affidavit of Clayton Haapala (25 pages)
22. Confidential Affidavit of Dennis L. Hadders (39 pages)
23. Confidential Affidavit of Joseph W. Hammell (342 pages)
24. Confidential Affidavit of Michael L. Heinecke (39 pages)
25. Confidential Affidavit of Erika Hohenstein (38 pages)
26. Confidential Affidavit of David L. Huhne (33 pages)
27. Confidential Affidavit of Douglas L. Ingraham (37 pages)
28. Confidential Affidavit of Craig A. Johnson (37 pages)
29. Confidential Affidavit of Clinton Jurgens (171 pages)
30. Confidential Affidavit of Sharon E. Kahn (26 pages)
31. Confidential Declaration of John P.J. Kelly, PH.D. (142 pages)
32. Confidential Affidavit of James D. Kremer ( pages 440)
33. Confidential Affidavit of Timothy J. Kuk (47 pages)
34. Confidential Affidavit of Robert J. Lanoux (45 pages)
35. Confidential Affidavit of John M. Leyes (26 pages)
36. Confidential Affidavit of Johnathan D. Massey (47 pages)
37. Confidential Affidavit of Gregory Samson (34 pages)
38. Confidential Affidavit of Theodore M. Schmitz (41 pages)
39. Confidential Affidavit of Mark L. Schrandt (132 pages)
40. Confidential Affidavit of Matthew G. Massey (44 pages)
41. Confidential Affidavit of Theodore D. Merdan (33 pages)
42. Confidential Affidavit of Jon W. Moter (30 pages)
43. Confidential Affidavit of Stanley P. Mros (38 pages)
44. Confidential Affidavit of David J. Myers (56 pages)

45. Confidential Affidavit of David A. Peterson (29 pages)

46. Confidential Affidavit of Charles Rissmeyer (35 pages)

47. Confidential Affidavit of Donald M. Rog (49 pages)

48. Confidential Affidavit of Linda Sharkey (36 pages)

49. Confidential Affidavit of Donald W. Teske (25 pages)

50. Confidential Affidavit of David P. Thompson (42 pages)

51. Confidential Affidavit of Michael L. Tierney (20 pages)

52. Confidential Affidavit of Darren R. Vickers (35 pages)

53. Confidential Affidavit of David Weinzierl (7 pages)

54. Confidential Affidavit of Kevin B. Whalen (32 pages)

55. Confidential Affidavit of Kenneth Widstrom (33 pages)

56. Defendant Cisco Systems, Inc.'s Reply Memorandum of Law in Support of Its Motions for Summary Judgment on Storage Technology Corporation's Raiding and Related Claims, Misappropriation of Trade Secrets and Related Claims, and Damages Claims (7 pages)

57. March 3, 2002 Affidavit of Roy A. Ginsburg with attached exhibits (140 pages)

58. Confidential Affidavit of Joseph W. Hammell Dated March 3, 2003 (Subject to Protective Order with attached exhibits (34 pages)

59. Defendant Cisco Systems, Inc.'s Notice of Motions for Summary Judgment (Oral Argument Requested) (4 pages)

60. Proposed Order (1 page)

61. Memorandum of Defendant Cisco Systems, Inc. in Opposition to Plaintiff's Motion to Strike the Confidential Affidavit of Joseph W. Hammell and the March 3, 2003 Affidavit of Roy A. Ginsburg and Attached Exhibits (14 pages)

**TOTAL PAGES** 6,275

Page. 1

LIGHTHOUSE
DOCUMENT TECHNOLOGIES

220 South 6th St, Suite 170 Minneapolis, MN 55402 (612) 338-5590

Fed ID# 43-1676776

# INVOICE

INVOICE NUMBER: 0031459-IN

INVOICE DATE: 01/22/03 C. Anderson Aff. Ex. E-00002

SALESPERSON: CHR

**Please Pay From This Invoice**
This is the only invoice you will receive and should be routed to your accounting department

If we do not receive comment about the invoice within (20) days of the signing date, we will assume that you have seen the bill and find it acceptable.

BILL TO:

Dorsey & Whitney
50 South Fifth Street

Minneapolis M 55402

CUSTOMER NO.: 00-DOR
CLIENT MATTER #: 457719-1#2015
ORDERED BY: LINDA
TERMS: NET 10

| SALES CODE | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| C | STANDARD LITIGATION COPYING | 1 | 448.00 | 0.140 | 62.72 |
| BN | BINDING | 1 | 2.00 | 3.000 | 6.00 |

| | |
|---|---|
| NET INVOICE: | 68.72 |
| FREIGHT: | 0.00 |
| SALES TAX: | 4.81 |
| INVOICE TOTAL: | 73.53 |

By signing this invoice you are acknowledging receipt of a completed project.
WE DO NOT ACCEPT THIRD PARTY BILLING RESPONSIBLITY!

LIII Job#:

Received By Date

Page. 1

LIGHTHOUSE
DOCUMENT TECHNOLOGIES

220 South 6th St, Suite 170 Minneapolis, MN 55402 (612) 338-5590

Fed ID# 43-1676776

# INVOICE

INVOICE NUMBER: 0031456-IN

INVOICE DATE: 01/22/03

SALESPERSON: CHR

**Please Pay From This Invoice**
This is the only invoice you will receive and should be routed to your accounting department.

If we do not receive comment about the invoice within (20) days of the signing date, we will assume that you have seen the bill and find it acceptable.

**BILL TO:**

Dorsey & Whitney
50 South Fifth Street

Minneapolis M 55402

CUSTOMER NO.:: 00-DOR
CLIENT MATTER #: 457719-1#232
ORDERED BY: LINDA
TERMS: NET 10

| SALES CODE | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| C | STANDARD LITIGATION COPYING | 1 | 2,768.00 | 0.140 | 387.52 |
| BN | BINDING | 1 | 4.00 | 3.000 | 12.00 |

| | |
|---|---|
| NET INVOICE | 399.52 |
| FREIGHT: | 0.00 |
| SALES TAX: | 27.97 |
| INVOICE TOTAL: | 427.49 |

By signing this invoice you are acknowledging receipt of a completed project.
**WE DO NOT ACCEPT THIRD PARTY BILLING RESPONSIBLITY!**

LHI Job#:

Received By　　　　Date

LIGHTHOUSE
DOCUMENT TECHNOLOGIES

220 South 6th St, Suite 170 Minneapolis, MN 55402 (612) 338-5590

# INVOICE

**INVOICE NUMBER:** 0031460-IN

**INVOICE DATE:** 01/22/03

**SALESPERSON:** CHR

**Please Pay From This Invoice**
This is the only invoice you will receive and should be routed to your accounting department.

If we do not receive comment about the invoice within (20) days of the signing date, we will assume that you have seen the bill and find it acceptable.

Fed ID# 43-1676776

**BILL TO:**

Dorsey & Whitney
50 South Fifth Street

Minneapolis M 55402

**CUSTOMER NO.::** 00-DOR
**CLIENT MATTER #:** 457719-1#3166
**ORDERED BY:** LINDA
**TERMS:** NET 10

| SALES CODE | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| C | STANDARD LITIGATION COPYING | 1 | 150.00 | 0.140 | 21.00 |
| BN | BINDING | 1 | 6.00 | 3.000 | 18.00 |

| | |
|---|---|
| NET INVOICE: | 39.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 2.73 |
| INVOICE TOTAL: | 41.73 |

By signing this invoice you are acknowledging receipt of a completed project.
**WE DO NOT ACCEPT THIRD PARTY BILLING RESPONSIBLITY!**

LHI Job#:

Received By Date

Page: 1

LIGHTHOUSE
DOCUMENT TECHNOLOGIES

220 South 6th St, Suite 170 Minneapolis, MN 55402 (612) 338-5590

# INVOICE

**INVOICE NUMBER:** 0031477-IN

**INVOICE DATE:** 01/23/03

**SALESPERSON:** CHR

**Please Pay From This Invoice**
This is the only invoice you will receive and should be routed to your accounting department.

If we do not receive comment about the invoice within (20) days of the signing date, we will assume that you have seen the bill and find it acceptable.

Fed ID# 43-1676776

**BILL TO:**

Dorsey & Whitney
50 South Fifth Street

Minneapolis M 55402

**CUSTOMER NO.:** 00-DOR

**CLIENT MATTER #:** 457719-1#2320

**ORDERED BY:** LINDA
**TERMS:** NET 10

| SALES CODE | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| C | STANDARD LITIGATION COPYING | 1 | 1,453.00 | 0.140 | 203.42 |
| BN | BINDING | 1 | 5.00 | 3.000 | 15.00 |

| | |
|---|---|
| NET INVOICE: | 218.42 |
| FREIGHT: | 0.00 |
| SALES TAX: | 15 29 |
| INVOICE TOTAL: | 233.71 |

By signing this invoice you are acknowledging receipt of a completed project.
**WE DO NOT ACCEPT THIRD PARTY BILLING RESPONSIBLITY!**

LHI Job#:

Received By Date

Page. 1

LIGHTHOUSE
DOCUMENT TECHNOLOGIES

220 South 6th St, Suite 170 Minneapolis, MN 55402 (612) 338-5590

# INVOICE

**INVOICE NUMBER:** 0031478-IN

**INVOICE DATE:** 01/23/03

**SALESPERSON:** CHR

**Please Pay From This Invoice**
This is the only invoice you will receive and should be routed to your accounting department.

Fed ID# 43-1676776

If we do not receive comment about the invoice within (20) days of the signing date, we will assume that you have seen the bill and find it acceptable.

**BILL TO:**

Dorsey & Whitney
50 South Fifth Street

Minneapolis M 55402

**CUSTOMER NO.:** 00-DOR

**CLIENT MATTER #:** 457719-1//2320

**ORDERED BY:** TOM

**TERMS:** NET 10

| SALES CODE | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| C | STANDARD LITIGATION COPYING | I | 4,481.00 | 0.140 | 627.34 |
| BN | BINDING | I | 6.00 | 3.000 | 18.00 |

| | |
|---|---|
| NET INVOICE: | 645.34 |
| FREIGHT: | 0.00 |
| SALES TAX: | 45.17 |
| **INVOICE TOTAL:** | **690.51** |

By signing this invoice you are acknowledging receipt of a completed project.
**WE DO NOT ACCEPT THIRD PARTY BILLING RESPONSIBLITY!**

LHI Job#:

**Received By** **Date**

Page: 1

LIGHTHOUSE DOCUMENT TECHNOLOGIES

220 South 6th St, Suite 170 Minneapolis, MN 55402 (612) 338-5590

# INVOICE

INVOICE NUMBER: 0031533-IN

INVOICE DATE: 01/24/03

SALESPERSON: CHR

**Please Pay From This Invoice**
This is the only invoice you will receive and should be routed to your accounting department.

If we do not receive comment about the invoice within (20) days of the signing date, we will assume that you have seen the bill and find it acceptable.

Fed ID# 43-1676776

**BILL TO:**

Dorsey & Whitney
50 South Fifth Street

Minneapolis M 55402

CUSTOMER NO.: 00-DOR
CLIENT MATTER #: 457719-1#3166
ORDERED BY: TOM
TERMS: NET 10

| SALES CODE | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| C | STANDARD LITIGATION COPYING | 1 | 45,219.00 | 0.140 | 6,330 66 |
| BN | BINDING | 1 | 320.00 | 3.000 | 960.00 |
| T | TABS / PRE-MADE (#, ALPHA, EX) | 1 | 4,060.00 | 0.300 | 1,218.00 |
| C8 | COLOR COPYING 8.5 X 11 | 1 | 80.00 | 1.250 | 100.00 |

| | |
|---|---|
| NET INVOICE: | 8,608 66 |
| FREIGHT: | 0.00 |
| SALES TAX: | 602.61 |
| INVOICE TOTAL: | 9,211.27 |

By signing this invoice you are acknowledging receipt of a completed project.
**WE DO NOT ACCEPT THIRD PARTY BILLING RESPONSIBLITY!**

LHI Job#:

Received By Date