**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

STORAGE TECHNOLOGY CORPORATION,

Plaintiff,

v.

CISCO SYSTEMS, INC.,

Defendant.

Civil File No. 00-2253 (JNE/JGL)

**DEFENDANT CISCO SYSTEMS, INC.'S MOTION FOR ATTORNEYS' FEES AND EXPERT WITNESS FEES**

**PLEASE TAKE NOTICE** that in accordance with the Court's directive that this motion shall be heard without a hearing unless the Court otherwise directs, defendant Cisco Systems, Inc. ("Cisco") will move the Court, the Honorable Joan N. Ericksen, United States District Court Judge, pursuant to Fed. R. Civ. P. 54(d); D. Minn. LR 54.3; the Minnesota Uniform Trade Secrets Act, Minn. Stat. § 325C.04; 28 U.S.C. § 1927; and the Court's inherent and equitable powers, for an Order granting Cisco's Motion for Attorneys' Fees and Expert Witness Fees; an Order directing the Clerk of Court to amend the judgment in this action such that Storage Technology Corporation ("STK") and Brooks & Kushman P.C. attorneys Ernie L. Brooks and Thomas A. Lewry are directed to pay to Cisco, jointly and severally, $1,337,891.84 in attorneys' fees, plus $688,975.16 in expert witness fees, for a total fee award of $2,026,867; and an Order directing that STK, Brooks, and Lewry to satisfy such amended judgment within 30 days of the entry of it on the Court's docket.

Cisco's Motion for Attorneys' Fees and Expert Witness Fess is based upon all the files, records, and proceedings and Defendant Cisco Systems, Inc.'s Confidential Memorandum of Law in Support of Its Motion for Attorneys' Fees and Expert Witness Fees, the March 30, 2005,

Affidavit of Clifford S. Anderson, the March 31, 2005, Confidential Affidavit of Clifford S. Anderson, and the Confidential Declaration of John P.J. Kelly, Ph.D.

Dated: April 1, 2005

DORSEY & WHITNEY LLP

s/ Clifford S. Anderson
Roy A. Ginsburg
Bar Number 123158
Joseph W. Hammell
Bar Number 172698
David Y. Trevor
Bar Number 152997
Clifford S. Anderson
Bar Number 227201
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

**Attorneys for Defendant Cisco Systems, Inc.**