.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

STORAGE TECHNOLOGY CORPORATION,

Plaintiff,

v.

CISCO SYSTEMS, INC.,

Defendant.

Civil File No. 00-2253 (JNE/JGL)

**MARCH 30, 2005, AFFIDAVIT OF CLIFFORD S. ANDERSON**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

**CLIFFORD S. ANDERSON**, being first duly sworn, deposes and states as follows:

1. I am an attorney with the law firm of Dorsey & Whitney LLP and am one of the attorneys representing defendant Cisco Systems, Inc. ("Cisco") in the above-captioned action.

2. This Affidavit is submitted in connection with Cisco's Motion for Attorneys' Fees and Expert Witness Fees. The matters contained in this Affidavit are based on my personal knowledge.

3. Attached hereto as Exhibit 1 is a true and correct copy of an August 2, 2000, letter from Timothy R. Schulte to Mark Cree from correspondence files maintained by Cisco's counsel in this action.

4. Attached hereto as Exhibit 2 is a true and correct copy of an August 15, 2000, letter from Renee R. Deming to Timothy R. Schulte from correspondence files maintained by Cisco's counsel in this action.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Complaint and Jury Demand in the above-captioned action.

6. Attached hereto as Exhibit 4 is a true and correct copy of an October 13, 2000, letter from Roy A. Ginsburg to The Honorable James M. Rosenbaum from correspondence files maintained by Cisco's counsel in this action.

7. Attached hereto as Exhibit 5 is a true and correct copy of an October 18, 2000, letter from Thomas A. Lewry to The Honorable James M. Rosenbaum from correspondence files maintained by Cisco's counsel in this action.

8. Attached hereto as Exhibit 6 is a true and correct copy of an October 20, 2000, letter from Roy A. Ginsburg to The Honorable James M. Rosenbaum from correspondence files maintained by Cisco's counsel in this action.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Notice of Pretrial Conference in the above-captioned action.

10. Attached hereto as Exhibit 8 is a true and correct copy of an July 20, 2001, letter from Roy A. Ginsburg to Thomas A. Lewry from correspondence files maintained by Cisco's counsel in this action.

11. Attached hereto as Exhibit 9 is a true and correct copy of the Pretrial Scheduling Order in the above-captioned action.

12. Attached hereto as Exhibit 10 is a true and correct copy of an July 30, 2001, letter from Thomas A. Lewry to Roy A. Ginsburg from correspondence files maintained by Cisco's counsel in this action.

13. Attached hereto as Exhibit 11 is a true and correct copy of an July 31, 2001, letter from Thomas A. Lewry to Joseph W. Hammell from correspondence files maintained by Cisco's counsel in this action.

14. Attached hereto as Exhibit 12 is a true and correct copy of an August 1, 2001, letter from Roy A. Ginsburg to Thomas A. Lewry from correspondence files maintained by Cisco's counsel in this action.

15. Attached hereto as Exhibit 13 is a true and correct copy of an August 2, 2001, letter from Roy A. Ginsburg to The Honorable Susan Richard Nelson from correspondence files maintained by Cisco's counsel in this action.

16. Attached hereto as Exhibit 14 is a true and correct copy of an August 13, 2001, letter from Thomas A. Lewry to The Honorable Susan Richard Nelson from correspondence files maintained by Cisco's counsel in this action.

17. Attached hereto as Exhibit 15 is a true and correct copy of an August 13, 2001, letter from Thomas A. Lewry to Roy A. Ginsburg from correspondence files maintained by Cisco's counsel in this action.

18. Attached hereto as Exhibit 16 is a true and correct copy of a November 15, 2001, Order in the above-captioned action.

19. Attached hereto as Exhibit 17 is a true and correct copy of an December 27, 2001, letter from Thomas A. Lewry to Roy A. Ginsburg from correspondence files maintained by Cisco's counsel in this action.

20. Attached hereto as Exhibit 18 is a true and correct copy of an January 7, 2001, letter from Thomas A. Lewry to Roy A. Ginsburg from correspondence files maintained by Cisco's counsel in this action.

21. Attached hereto as Exhibit 19 is a true and correct copy of Plaintiff Storage Technology Corporation's Second Supplemental Responses to Defendant Cisco Systems, Inc.'s First Set of Interrogatories in the above-captioned action.

22. Attached hereto as Exhibit 20 is a true and correct copy of an April 29, 2002, letter from Marc Lorelli to me from correspondence files maintained by Cisco's counsel in this action.

23. Attached hereto as Exhibit 21 is a true and correct copy of an April 23, 2002, letter from me to Marc Lorelli from correspondence files maintained by Cisco's counsel in this action.

24. Attached hereto as Exhibit 22 is a true and correct copy of a June 26, 2002, Order in the above-captioned action.

25. Attached hereto as Exhibit 23 is a true and correct copy of Plaintiff Storage Technology Corporation's Supplemental Response to Defendant Cisco Systems, Inc.'s Interrogatory No. 21 in the above-captioned action.

26. Attached hereto as Exhibit 24 is a true and correct copy of Ernie Brooks' bio as posted on the Brooks Kushman, P.C. web site.

27. Attached hereto as Exhibit 25 is a true and correct copy of *Storage Tech. Corp. v. Cisco Systems, Inc.*, 2003 WL 22231544 (D. Minn. Sept. 25, 2003).

28. Attached hereto as Exhibit 26 is a true and correct copy of *Stilwell Development Inc. v. Chen*, 11 U.S.P.Q. 2d 1328, 1330; 1989 WL 418783 (C.D. Cal. Apr. 25, 1989).

29. Attached hereto as Exhibit 27 is a true and correct copy of *FAS Technologies, Ltd. v. Dainippon Screen Mfg., Co.*, No. C 00-01879, 2001 WL 1159776 (N.D. Cal. Sept. 21, 2001)

30. Attached hereto as Exhibit 28 is a true and correct copy of *Computer Econ., Inc. v. Gartner Group, Inc.*, No. 98-CV-0312, 1999 WL 33178020 (S.D. Cal. Dec. 14, 1999).

31. Attached hereto as Exhibit 29 is a true and correct copy of *Meissner Filtration Products, Inc. v. Harrington*, 2004 WL 2189249 (Cal. App. 2 Dist. Sept. 30, 2004).

32. Attached hereto as Exhibit 30 is a true and correct copy of *JML Formation, Inc. v. Form + PAC*, 2004 WL 1858132 (N.D. Cal. Aug. 2004).

33. Attached hereto as Exhibit 31 is a true and correct copy of *Telephone Management Corp. v. Gillette*, No. CV 99-1338-KI, 2001 WL 210179 (D. Or. Feb. 20, 2001).

34. Attached hereto as Exhibit 32 is a true and correct copy of *VSL Corp. v. General Tech.*, 46 U.S.P.Q.2d 1356, 1998 WL 124208 (N.D. Cal. Jan. 5, 1998).

35. Attached hereto as Exhibit 33 is a true and correct copy of *Alamar Biosciences, Inc. v. Difco Laboratories, Inc.*, Civ. No. S-94-1856, 1996 WL 784495 (E.D. Cal. Feb. 27, 1996).

36. Attached hereto as Exhibit 34 is a true and correct copy of *Hardies' Korn Kettle, Inc. v. Metrovox Snacks, et al.*, No. B158352, 2003 WL 21640642 (Cal. App. 2 Dist. July 14, 2003).

37. Attached hereto as Exhibit 35 is a true and correct copy of *Lucas v. Avery Dennison Corp.*, No. 97-1806, 1998 WL 141211 (4th Cir. March 27, 1998).

38. Attached hereto as Exhibit 36 is a true and correct copy of *Dictiomatic, Inc. v. United States Fidelity & Guaranty Co.*, No. 93-2123-CIV-PAINE, 94-1692-CIV-PAINE, 2000 WL 331153333 (S.D. Fla. May 2, 2000).

39. Attached hereto as Exhibit 37 is a true and correct copy of *Bristol-Myers Squibb Co. v. Rhône-Poulenc Rorer, Inc.*, No. 95 CIV.8833 RPP, 2002 WL 1733681 (S.D.N.Y. Jul. 26, 2002).

40. Attached hereto as Exhibit 38 is a true and correct copy of *Princess House, Inc. v. Jewels by Park Lane, Inc.*, Civ. A. No. 90-11983-Z, 1994 WL 548054 (D. Mass. Aug. 18, 1994).

41. Attached hereto as Exhibit 39 is a true and correct copy of *Jack Frost Labs., Inc. v. Physicians & Nurses Mfg. Corp.*, No. 92 CIV. 9264 (MGC), 1996 WL 767720 (S.D.N.Y. Apr. 10, 1996).

42. Attached hereto as Exhibit 40 is a true and correct copy of *Scheidecker v. Arvig Enters., Inc.*, No. CIV.99-1259ADM/RLE, 2001 WL 1631319 (D. Minn. Jul. 31, 2001).

43. Attached hereto as Exhibit 41 is a true and correct copy of *Deluxe Corp. v. MIPS Dataline Am., Inc.*, No. Civ. 99-1975 ADM/SRN, 2001 WL 476584 (D. Minn. May 4, 2001).

44. Attached hereto as Exhibit 42 is a true and correct copy of *Storlie v. Rainbow Foods Group*, Civ. No. 00-1817 , 2002 WL 47000 (D. Minn. Jan. 9, 2002).

45. Attached hereto as Exhibit 43 is an unofficial transcription of a portion of the oral argument before the Eight Circuit Court of Appeals that occurred on June 16, 2004, in connection with Storage Technology Corporation's appeal of the Court's summary judgment dismissal of this action on September 25, 2003. The transcription starts at approximately two

minutes into the argument. The oral argument may be downloaded from the website for the United States Court of Appeals for the Eighth Circuit at www.c8.uscourts.gov.

**FURTHER AFFIANT SAITH NOT.**

s/ Clifford S. Anderson
**CLIFFORD S. ANDERSON**

Subscribed and sworn to before me
this 30th day of March, 2005.

s/ Sandra Kloncz
Notary Public