# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**STORAGE TECHNOLOGY CORPORATION,**

*Plaintiff,*

-vs-

**CISCO SYSTEMS, INC.,**

*Defendant.*

_____________________________________/

Civil File No. 00-2253 (MJD/JGL)
Magistrate Judge Jonathan G. Lebedoff
Honorable Joan Ericksen Lancaster

## PLAINTIFF STORAGE TECHNOLOGY CORPORATION'S SUPPLEMENTAL RESPONSE TO DEFENDANT CISCO SYSTEMS, INC.'S INTERROGATORY NO. 21

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

## GENERAL OBJECTIONS

1. StorageTek objects to Defendant's instructions and definitions to the extent that they impose obligations on StorageTek which differ from the requirements of the Federal Rules of Civil Procedure. StorageTek will comply with the Federal Rules of Civil Procedure when responding to these Requests.

2. StorageTek objects to the provision of any information protected by the attorney client privilege and/or the doctrine of work product protection, and, to the extent that the interrogatories seek such information, they are objected to on the grounds of said privilege and doctrine. Inadvertent disclosure of such information shall not constitute a waiver of any privilege or any other basis for objecting to discovery, or of the right of StorageTek to object to Defendant's use of such information, and to demand and seek the return of any such information that may be inadvertently disclosed. StorageTek does not presently waive any portion of this privilege and asserts entitlement to the full extent of the doctrine of work product protection.

## PREAMBLE

StorageTek hereby submits its Responses to Defendant Cisco Systems, Inc.'s Interrogatory No. 21. This response based upon information presently known to StorageTek, and the right of supplementation or amendment is hereby expressly reserved, if it is later determined that omissions or errors have been made herein. The fact that interrogatories have

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
OUTHFIELD, MI 48075
(248) 358-4400

been answered in part shall not be construed as a waiver of all or any part of any objection made by StorageTek or which could have been made by StorageTek.

The fact that StorageTek has responded to any interrogatories shall not be deemed an admission of the relevancy, materiality or admissibility in evidence of that response.

**INTERROGATORIES**

**INTERROGATORY NO. 21:**

For each of the twenty-two alleged STK trade secrets identified and described at pages 9-28 of STK's November 28, 2001, Particularized Trade Secret Statement:

(a) Identify the person or persons who misappropriated each alleged trade secret;

(b) Identify which aspects (*e.g.*, source code, hardware, technical designs, functional specifications, business plans, etc.) of the trade secrets that were misappropriated by the person or persons identified in the answer to Interrogatory No. 21 a;

(c) Identify the date each alleged trade secret was misappropriated;

(d) Describe in detail the manner in which each alleged trade secret was misappropriated;

(e) Identify the dates STK became aware each of the alleged trade secrets were misappropriated; and

(f) Describe in detail any internal communications regarding each alleged trade secret misappropriation.

BK
LAW OFFICES
›KS & KUSHMAN P.C.
›00 TOWN CENTER
:NTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

**RESPONSE:**

StorageTek objects to this interrogatory as requiring discovery from Cisco and Cisco has yet to produce numerous documents, including source code and technical documentation.

Without waiver of the above objections, StorageTek provides the following answer to each trade secret as enumerated in the Supplemental Particularized Trade Secret Statement served April 24, 2002.

**Misappropriated Trade Secret #1:**
**Allowing Hosts To Remotely Access Storage Connected To A Fibre Channel Storage Area Network Through An IP-Based, Gigabit Ethernet Network As Designed By StorageTek Employees**

(a) StorageTek believes that Mark Bakke, Edward Fiore, Tim Kuik and Mark Schrandt misappropriated Trade Secret #1. In addition, each former StorageTek employee facilitated the continued use of this trade secret by assisting in the development of Cisco's SN 5420 and related projects.

(b) The SN 6000 includes a high-speed interconnect fabric accessed through interface boards. The interconnect fabric could be implemented in a variety of ways, including a Fibre Channel switch or a crossbar switch. Each board supports one or more ports providing connections to hosts, storage devices, other SN 6000s, LANs, WANs, conversion devices, hubs, and the like. Thus, the SN 6000 implements a storage area network accessed through

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

its interface boards. The interface boards serve as edge devices through which storage connected to the SAN may be reached.

In 1999, prior to leaving StorageTek for NuSpeed/Cisco, Mark Bakke, Edward Fiore, Tim Kuik Mark Schrandt and others worked on a project known as Storage Services on the SN 6000. Storage Services added or modified functionality for the SN 6000 including LUN presentation, disk virtualization, host interfaces, user interfaces, remote IP, PMC diagnostics, and SNMP. One particular implementation was a LAN/WAN interface for SCSI-over-IP with an Ethernet chipset driver and an Internet protocol stack. (See, for example, *Storage Services on SN6000*, 11/99, S 21518 *et seq.*)

Storage Services provided for logical disk access over IP. A disk drive, connected to an SN 6000, could be accessed by a remote host. This host could be connected through a remote SN 6000 with a data path formed from the host to the SN 6000, through an interface card to the interconnection fabric to a Gigabit Ethernet interface card, then through an IP network to another SN 6000 to which the disk is attached. A logical disk-over-IP may also be presented over the IP network to hosts with proper drivers. (See, for example, *Remote Disk on the StorageNet 6000*, Mark Bakke, 1999, S 21517.)

(c) Mark Schrandt, Mark Bakke, Ed Fiore and Tim Kuik opened NuSpeed on January 3, 2000. NuSpeed immediately began implementing the Nu1000, which later became Cisco's SN 5420. Misappropriation of StorageTek designs continues as Cisco produces and sells the SN 5420 and as Cisco develops and markets related products, such as the SN 5428.

BK
LAW OFFICES
)KS & KUSHMAN P.C.
)00 TOWN CENTER
:NTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

(d) The Nu1000 design provided for LUN presentation, disk virtualization, host interfaces, user interfaces, disk over IP and SNMP in a product specification drafted less than two weeks after NuSpeed opened its doors.

(e) StorageTek became aware of misappropriation of Trade Secret #1 as details of the SN 5420 design became known. These details were first disclosed in product announcement literature released by Cisco contemporaneously with the introduction of the SN 5420 in April, 2001. Additional details have been, and continue to be, disclosed through discovery.

It is important that the query posed in (e) must be analyzed in the context of this case. Specifically, when Mark Schrandt, Mark Bakke, Ed Fiore, Tim Kuik and Dave Thompson left to start NuSpeed, they informed StorageTek that they would be working with "application service providers," a completely different field of endeavor from the network storage devices StorageTek was pursuing. Beyond that generic description of their work, these NuSpeed employees would reveal nothing about what they were working on. In fact, their website proclaimed that NuSpeed was in "stealth mode," meaning that NuSpeed would provide no information about what they were working on.

It was only many months later that StorageTek became aware that NuSpeed might be working on a network storage device. Believing that NuSpeed might be misappropriating StorageTek's trade secrets, on August 2, 2000, StorageTek's in-house counsel sent NuSpeed a letter advising NuSpeed of StorageTek's trade secret rights. When StorageTek filed its Complaint on October 5, 2000, it qualified its trade secret allegations under Rule 11(c) by noting that the allegations were likely to have evidentiary basis and for an opportunity for further investigation and discovery. StorageTek has been conducting that investigation and

BK
LAW OFFICES
[BRO]OKS & KUSHMAN P.C.
[1]000 TOWN CENTER
[TW]ENTY-SECOND FLOOR
[SO]UTHFIELD, MI 48075
(248) 358-4400

discovery throughout this case. Through discovery, StorageTek continues to learn details of NuSpeed's, and now Cisco's, misappropriation. However, there is no single "date" on which StorageTek became aware that each of the alleged trade secrets was misappropriated.

(f) StorageTek's had internal communications generally concerning misappropriation of StorageTek trade secrets by NuSpeed prior to filing suit. These discussions were based on NuSpeed's 1999/2000 slide presentation *NuSpeed Internet Systems* (S 21379-91) as well as conversations with employees who were recruited by NuSpeed but chose to stay with StorageTek. Internal communications specifically regarding Trade Secret #1did not occur prior to April of 2001. These communications are privileged and/or constitute attorney work product.

StorageTek's understanding of Cisco's misappropriation of Trade Secret #1 may be supplemented at a later time, including material supplied in expert reports.

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

**Misappropriated Trade Secret #2:**
**The Junkyard Weasel And SAN Appliance Form**
**An Edge Device Providing Storage Access**
**Between An Ethernet, IP-Based LAN/WAN**
**And A Fibre Channel-Based Storage Area Network**
**As Designed By StorageTek Employees**

(a) StorageTek believes that Mark Schrandt, Mark Bakke Ed Fiore and Don Rog misappropriated Trade Secret #2. In addition, each former StorageTek employee facilitated the continued use of this trade secret by assisting in the development of Cisco's SN 5420 and related projects.

(b) The Junkyard Weasel was designed as an edge device capable of interfacing a storage area network with a local or wide area network. The Junkyard Weasel design borrowed from the SN 6000 interface boards, effectively converting the interface board into a stand-alone edge device. (See, for example, *Junkyard Weasel, a Business Case*, 5/98, S 14144.) The Junkyard Weasel was designed to reuse software developed for the SN 6000. (*Bakke*, p. 24, ln. 25-p. 25, ln. 9) The Junkyard Weasel was supported by Ed Fiore, Mark Bakke and Don Rog. (*Junkyard Weasel*, S 14133.) Mark Schrandt was present during at least one presentation regarding the Junkyard Weasel and was part of the management team which evaluated and ultimately decided to postpone work on this edge device. (*Bakke*, p. 28, ln. 7-p. 33, ln. 5.)

Like the Junkyard Weasel, the SAN Appliance was designed as an edge device capable of interfacing a SAN with a LAN or WAN. However, the SAN Appliance had a more simple architecture, consisting of a PCI-based single-board computer supporting mezzanine cards for connecting to Gigabit Ethernet and Fibre Channel. The SAN Appliance was designed

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

to reuse software components from the SN 6000 including user interface, control and operating system elements. The SAN Appliance was housed in a diskless, 1U, rack-mountable case. (See, for example, *SAN Appliance*, 8/99, S 15729.0125, \fiore\data\ed'swo ~ 1\fc_wan.ppt.) The SAN Appliance was proposed by Ed Fiore with support from Mark Bakke, who described such edge devices as "the stackable embedded product that everyone has a need for and nobody wants to start working on." (*Storage Network Services*, 8/99, S15713.0197, \blksvcs\papers\SanServices.pdf.) Ed Fiore reported his progress on the SAN Appliance design to Mark Schrandt from at least April through September of 1999. (*Fiore*, p. 92, ln. 20-p. 99, ln. 15.)

(c) Mark Schrandt, Mark Bakke and Ed Fiore opened NuSpeed on January 3, 2000. NuSpeed immediately implemented the SAN Appliance design as the Nu1000, which later became Cisco's SN 5420. Misappropriation of the SAN Appliance and Junkyard Weasel designs continues as Cisco produces and sells the SN 5420 and as Cisco develops and markets related products, such as the SN 5428.

(d) Mark Schrandt, Mark Bakke and Ed Fiore misappropriated StorageTek's edge device design by implementing this design as the Nu1000, which became Cisco's SN 5420 when Cisco acquired NuSpeed. Like the SAN Appliance, the Nu1000 was a PCI-based single-board computer with network support on a mezzanine card. Like the SAN Appliance, the Nu1000 was designed to interconnect Gigabit Ethernet and Fibre Channel. Like the SAN Appliance, the Nu1000 was housed in a diskless, 1U, rack-mountable case. Like the SAN Appliance, the Nu1000 was a stackable embedded product. Like the SAN appliance, the Nu1000 was an edge device interfacing a SAN with a LAN or WAN.

BK
LAW OFFICES
…oks & Kushman P.C.
…00 TOWN CENTER
…nty-Second Floor
…uthfield, MI 48075
(248) 358-4400

(e) StorageTek became aware of misappropriation of Trade Secret #2 as details of the SN 5420 design became known. These details were first disclosed in product announcement literature released by Cisco contemporaneously with the introduction of the SN 5420 in April, 2001. Additional details have been, and continue to be, disclosed through discovery.

(f) StorageTek's had internal communications generally concerning misappropriation of StorageTek trade secrets by NuSpeed prior to filing suit. These discussions were based on NuSpeed's 1999/2000 slide presentation *NuSpeed Internet Systems* (S 21379-91) as well as conversations with employees who were recruited by NuSpeed but chose to stay with StorageTek. Internal communications specifically regarding Trade Secret #2 did not occur prior to April of 2001. These communications are privileged and/or constitute attorney work product.

StorageTek's understanding of Cisco's misappropriation of Trade Secret #2 may be supplemented at a later time, including material supplied in expert reports.

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

**Misappropriated Trade Secret #3:**
**Providing Access To Remote Storage Over An**
**IP Network In A Manner Which Makes The**
**Storage Appear To Be A Locally Connected**
**Storage Device as Designed by StorageTek Employees**

(a) StorageTek believes that Mark Schrandt, Mark Bakke and Ed Fiore misappropriated Trade Secret #3. In addition, each former StorageTek employee facilitated the continued use of this trade secret by assisting in the development of Cisco's SN 5420 and related projects.

(b) Former StorageTek employees now at NuSpeed/Cisco discussed and planned remote storage over IP. Elements of the Comet project provided a host computer the ability to access remote tape libraries over an IP network. (See, for example, *Dunkerque Project Product Specification*, 8/95, S 14569). The Edge Module provided remote storage over IP while appearing as a local tape library. (See, for example, *Edge Module Product Proposal*, 10/97, pp. 14, 15, S 13940-41; *Bakke*, pg. 21, ln. 9-pg. 23, ln. 18.) In 1999, StorageTek employees discussed and proposed remote access to storage by linking two SN 6000s with an IP network. (See, for example, *Remote Disk on the StorageNet 6000*, 1999, Mark Bakke, S 21517.)

The SAN Appliance was designed as an edge device capable of interfacing a SAN with an IP-based LAN. One application of the SAN Appliance, as a "remote appliance," interfaced FC and WAN. This interface was described by Ed Fiore as being accomplished through Cisco routers, which provide a WAN/LAN interface. The SAN Appliance would "fill a need for a FC to LAN converter" in this scheme. (*SAN Appliance*, 8/99, S15729.0132,

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

.0128, \fiore\data\ed'swo ~ 1\fc_wan.ppt.). The SAN Appliance was proposed by Ed Fiore with support from Mark Bakke. Mark Bakke also described a Remote Data Appliance as having one FC and one Gigabit Ethernet (IP) connection "if routers are managing the link." (*Storage Network Services*, 8/99, S15713.0197, \blksvcs\papers\SanServices.pdf.) Ed Fiore reported his progress on the SAN Appliance design to Mark Schrandt from at least April through September of 1999. (*Fiore*, p. 92, ln. 20-p. 99, ln. 15.)

(c) Mark Schrandt, Mark Bakke and Ed Fiore opened NuSpeed on January 3, 2000. NuSpeed immediately implemented the SAN Appliance design as the Nu1000, which later became Cisco's SN 5420. Misappropriation of the SAN Appliance design continues as Cisco produces and sells the SN 5420 and as Cisco develops and markets related products, such as the SN 5428.

(d) Mark Schrandt, Mark Bakke and Ed Fiore misappropriated StorageTek's design for providing access to remote storage by implementing StorageTek's SAN Appliance as the Nu1000.

(e) StorageTek became aware of misappropriation of Trade Secret #3 as details of the SN 5420 design became known. These details were first disclosed in product announcement literature released by Cisco contemporaneously with the introduction of the SN 5420 in April, 2001. Additional details have been, and continue to be, disclosed through discovery.

(f) StorageTek's had internal communications generally concerning misappropriation of StorageTek trade secrets by NuSpeed prior to filing suit. These discussions were based on NuSpeed's 1999/2000 slide presentation *NuSpeed Internet Systems* (S 21379-91) as well as conversations with employees who were recruited by NuSpeed but chose to stay with

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

StorageTek. Internal communications specifically regarding Trade Secret #3 did not occur prior to April of 2001. These communications are privileged and/or constitute attorney work product.

StorageTek's understanding of Cisco's misappropriation of Trade Secret #3 may be supplemented at a later time, including material supplied in expert reports.

**Misappropriated Trade Secret #4:**
**Enabling Hosts To Access Remote Storage Over An**
**IP Network Through Local Requests To Access A**
**SCSI Storage Device as Designed by StorageTek Employees**

(a) StorageTek believes that Mark Bakke, Ed Fiore and Mark Schrandt misappropriated Trade Secret #4. In addition, each former StorageTek employee facilitated the continued use of this trade secret by assisting in the development of Cisco's SN 5420 and related projects.

(b) Former StorageTek employees now at NuSpeed/Cisco discussed and planned SCSI over IP. Mark Schrandt managed development of the Comet/Dunkerque project, which provided an edge device interfacing commands received over a remote host with SCSI tape storage. (See, for example, *Dover / Dunkerque Product Contract*, 9/95, S 14640 *et seq.*) The Edge Module design provided an interface between local servers accessing data using SCSI and an IP network. (See, for example, *Edge Module Product Proposal*, 10/97, pp. 5, 14, 15, S 13931, 40, 41.) StorageTek was developing SCSI over IP in late 1999 with a project that included Ed Fiore as Technical Lead, Mark Bakke in charge of architecture, and a management

BK
LAW OFFICES
[BR]OOKS & KUSHMAN P.C.
1000 TOWN CENTER
[TW]ENTY-SECOND FLOOR
[SO]UTHFIELD, MI 48075
(248) 358-4400

team including Mark Schrandt. (See, for example, *Storage Services on SN6000*, 11/99, S 21534, 21560.)

(c) NuSpeed began in January, 2000. Mark Bakke stated that NuSpeed planned to implement SCSI over IP when IBM and Cisco initiated the first draft specification for iSCSI in February, 2000. (*Bakke*, pg. 81, ln. 2-pg. 82, ln. 8.) This plan was based on work Mark Bakke, Ed Fiore and Mark Schrandt developed at StorageTek.

(d) Mark Bakke, Ed Fiore and Mark Schrandt misappropriated StorageTek's trade secret for enabling hosts to access remote storage over an IP network through local requests to access a SCSI storage device within the design of the Nu1000.

(e) StorageTek became aware of the misappropriation of SCSI over IP as details of the SN 5420 design became known. These details were first disclosed in product announcement literature released by Cisco contemporaneously with the introduction of the SN 5420 in April, 2001. Additional details have been, and continue to be, disclosed through discovery.

(f) StorageTek's had internal communications generally concerning misappropriation of StorageTek trade secrets by NuSpeed prior to filing suit. These discussions were based on NuSpeed's 1999/2000 slide presentation *NuSpeed Internet Systems* (S 21379-91) as well as conversations with employees who were recruited by NuSpeed but chose to stay with StorageTek. Internal communications specifically regarding Trade Secret #4 did not occur prior to April of 2001. These communications are privileged and/or constitute attorney work product.

StorageTek's understanding of Cisco's misappropriation of Trade Secret #4 may be supplemented at a later time, including material supplied in expert reports.

BK
LAW OFFICES
…OKS & KUSHMAN P.C.
…00 TOWN CENTER
…NTY-SECOND FLOOR
…UTHFIELD, MI 48075
(248) 358-4400

**Misappropriated Trade Secret #5:**
**Providing Interoperability Between An**
**IP-Based Network And A Fibre Channel-Based Storage**
**<u>Area Network as Designed by StorageTek Employees</u>**

(a) StorageTek believes that Mark Schrandt, Mark Bakke and Ed Fiore misappropriated Trade Secret #5. In addition, each former StorageTek employee facilitated the continued use of this trade secret by assisting in the development of Cisco's SN 5420 and related projects.

(b) Former StorageTek employees now at NuSpeed/Cisco discussed and planned projects to interconnect storage area networks (SANs) and various IP-based networks. The Edge Module was designed to interconnect local storage networks with an IP-based LAN or WAN. (See, for example, *Edge Module Product Proposal*, pp. 3-6, 13-15, S 13929-32, 39-41.) The Junkyard Weasel supported LAN and WAN interfaces. (See, for example, *Junkyard Weasel*, 5/98, S 14135.) StorageTek provided for interconnecting SN 6000s, each of which implements a SAN, through an IP network. (See, for example, *Remote Disk on the StorageNet 6000*, Mark Bakke, 1999, S 21517.) The SAN Appliance also provided for FC-to-LAN or WAN interfacing. (See, for example, *SAN Appliance*, 8/99, S 15729.0123, \firoe\data\ed'swo~1\fc_wan.ppt.)

The SAN Appliance was designed to provide interoperability between IP networks and FC-based storage. One application of the SAN Appliance, as a "remote appliance," interfaced FC and WAN. This interface was described by Ed Fiore as being accomplished through Cisco routers, which provide an interface between a WAN and an IP-based LAN. The SAN Appliance would then "fill a need for a FC to LAN converter" in this

BK
LAW OFFICES
…KS & KUSHMAN P.C.
…00 TOWN CENTER
…NTY-SECOND FLOOR
…UTHFIELD, MI 48075
(248) 358-4400

scheme. (*SAN Appliance*, 8/99, S15729.0132, .0128, \fiore\data\ed'swo ~ 1\fc_wan.ppt.). The SAN Appliance was proposed by Ed Fiore with support from Mark Bakke. Mark Bakke also described a Remote Data Appliance as having one FC and one Gigabit Ethernet (IP) connection "if routers are managing the link." (*Storage Network Services*, 8/99, S15713.0197, \blksvcs\papers\SanServices.pdf.) Ed Fiore reported his progress on the SAN Appliance design to Mark Schrandt from at least April through September of 1999. (*Fiore*, p. 92, ln. 20-p. 99, ln. 15.)

(c) Mark Schrandt, Mark Bakke and Ed Fiore opened NuSpeed on January 3, 2000. NuSpeed immediately implemented the SAN Appliance design as the Nu1000, which later became Cisco's SN 5420. Misappropriation of the SAN Appliance design continues as Cisco produces and sells the SN 5420 and as Cisco develops and markets related products, such as the SN 5428.

(d) Mark Schrandt, Mark Bakke and Ed Fiore misappropriated the SAN Appliance design when they implemented this design as the Nu1000, which became the SN 5420 when Cisco acquired NuSpeed.

(e) StorageTek became aware of misappropriation of Trade Secret #5 as details of the SN 5420 design became known. These details were first disclosed in product announcement literature released by Cisco contemporaneously with the introduction of the SN 5420 in April, 2001. Additional details have been, and continue to be, disclosed through discovery.

(f) StorageTek's had internal communications generally concerning misappropriation of StorageTek trade secrets by NuSpeed prior to filing suit. These discussions were based on NuSpeed's 1999/2000 slide presentation *NuSpeed Internet Systems* (S 21379-91)

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

as well as conversations with employees who were recruited by NuSpeed but chose to stay with StorageTek. Internal communications specifically regarding Trade Secret #5 did not occur prior to April of 2001. These communications are privileged and/or constitute attorney work product.

StorageTek's understanding of Cisco's misappropriation of Trade Secret #5 may be supplemented at a later time, including material supplied in expert reports.

**Misappropriated Trade Secret #6:**
**Interconnecting A Gigabit Ethernet Network**
**Accessed By Hosts And A Fibre Channel Storage**
**Area Network as Designed by StorageTek Employees**

(a) StorageTek believes that Mark Schrandt, Mark Bakke and Ed Fiore misappropriated Trade Secret #6.. In addition, each former StorageTek employee facilitated the continued use of this trade secret by assisting in the development of Cisco's SN 5420 and related projects.

(b) Former StorageTek employees now at NuSpeed/Cisco discussed and planned interconnecting Gigabit Ethernet (GbE) networks and Fibre Channel (FC) networks. Mark Bakke recognized the need for interfacing a host, through a GbE network, with FC storage for both "high-performance/high-density platforms" and "lower-cost/ low-density platforms" as one of his first tasks working for StorageTek. (NAS? Platform Requirements Specification, 7/96, S 15713.0006-0025, ac\papers\nasPlatform.doc.html.) The high-performance/high-density platform was implemented as the SN 6000, which included plans for interfacing Gigabit Ethernet with FC. (See, for example, *Access Controller Meeting Background*, 12/97, S

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
OUTHFIELD, MI 48075
(248) 358-4400

14292.) The lower-cost/low-density platforms were proposed as various edge devices, including the Junkyard Weasel and the SAN Appliance.

Ed Fiore designed the SAN Appliance to interface a FC storage area network to a Gigabit Ethernet network. (See, for example, *SAN Appliance*, 8/99, S 15729.0123, \firoe\data\ed'swo ~ 1\fc_wan.ppt.) Mark Bakke also described a SAN Data Appliance as having one FC and one Gigabit Ethernet connection. (*Storage Network Services*, 8/99, S15713.0197, \blksvcs\papers\SanServices.pdf.) Ed Fiore reported his progress on the SAN Appliance design to Mark Schrandt from at least April through September of 1999. (*Fiore*, p. 92, ln. 20-p. 99, ln. 15.)

(c) Mark Schrandt, Mark Bakke and Ed Fiore opened NuSpeed on January 3, 2000. NuSpeed immediately implemented the SAN Appliance design as the Nu1000, which later became Cisco's SN 5420. Misappropriation of the SAN Appliance design continues as Cisco produces and sells the SN 5420 and as Cisco develops and markets related products, such as the SN 5428.

(d) Mark Schrandt, Mark Bakke and Ed Fiore misappropriated StorageTek's design for interconnecting GbE and FC when they implemented this design as the Nu1000.

(e) StorageTek became aware of misappropriation of Trade Secret #6 as details of the SN 5420 design became known. These details were first disclosed in product announcement literature released by Cisco contemporaneously with the introduction of the SN 5420 in April, 2001. Additional details have been, and continue to be, disclosed through discovery.

(f) StorageTek's had internal communications generally concerning misappropriation of StorageTek trade secrets by NuSpeed prior to filing suit. These discussions

BK
LAW OFFICES
[BR]OOKS & KUSHMAN P.C.
1000 TOWN CENTER
[TW]ENTY-SECOND FLOOR
[S]OUTHFIELD, MI 48075
(248) 358-4400

were based on NuSpeed's 1999/2000 slide presentation *NuSpeed Internet Systems* (S 21379-91) as well as conversations with employees who were recruited by NuSpeed but chose to stay with StorageTek. Internal communications specifically regarding Trade Secret #6 did not occur prior to April of 2001. These communications are privileged and/or constitute attorney work product.

StorageTek's understanding of Cisco's misappropriation of Trade Secret #6 may be supplemented at a later time, including material supplied in expert reports.

**Misappropriated Trade Secret #7:**
**SCSI Block-Level Transfer Between An**
**IP-Based Network And A Storage Area**
**Network as Designed by StorageTek Employees**

(a) StorageTek believes that Mark Schrandt, Mark Bakke and Ed Fiore misappropriated Trade Secret #7. In addition, each former StorageTek employee facilitated the continued use of this trade secret by assisting in the development of Cisco's SN 5420 and related projects.

(b) Former StorageTek employees now at NuSpeed/Cisco have discussed and developed products which send SCSI commands over local or wide area networks. The Edge Module was designed to simulate a SCSI tape drive to a host computer. The Edge Module collected data from the host and forwarded the data in a tape format over a WAN (directly or through a router connected to the WAN) to an Edge Module at a central storage location. (See, for example, *Edge Module Product Proposal*, pp. 3-6, 13-15 S 13929-32, 39-41.) StorageTek implements block I/O for end-to-end Enterprise storage. (See, for example, *Enterprise*

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

*Nearline Business Group Strategic Plan*, 8/98, p. 26, S 15729.0192, \fiore\data\strate ~ 1\stratp ~ 1.ppt.) The SN 6000 was planned to support SCSI over IP for WAN or LAN access. (See, for example, *Storage Services on SN6000*, 11/99, S 21560, 69.)

Mark Bakke proposed Network Storage Services as "service provided by the SAN that make possible the allocation, connection, conversion, and use of virtual or physical block-level storage, presented to the host or client as disk or tape services." Platforms for implementing these services included the SAN Data Appliance interfacing FC SANs with IP-based GbE. (*Storage Network Services*, 8/99, pp. 9, 16, S15713.0190, 0197, \blksvcs\papers\SanServices.pdf.) Ed Fiore proposed this design as the SAN Appliance for interfacing a FC SAN to a GbE network. (See, for example, *SAN Appliance*, 8/99, S 15729.0123, \firoe\data\ed'swo ~ 1\fc_wan.ppt.) Ed Fiore reported his progress on the SAN Appliance design to Mark Schrandt from at least April through September of 1999. (*Fiore*, p. 92, ln. 20-p. 99, ln. 15.)

(c) Mark Schrandt, Mark Bakke and Ed Fiore opened NuSpeed on January 3, 2000. NuSpeed immediately implemented the SAN Appliance design as the Nu1000, which later became Cisco's SN 5420. Misappropriation of the SAN Appliance design continues as Cisco produces and sells the SN 5420 and as Cisco develops and markets related products, such as the SN 5428.

(d) Mark Schrandt, Mark Bakke and Ed Fiore misappropriated StorageTek's design for SCSI block-level transfer between an IP network and a SAN by implementing this design as the Nu1000. This design became the SN 5420 when Cisco acquired NuSpeed.

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

(e) StorageTek became aware of this misappropriation as details of the SN 5420 design became known. These details were first disclosed in product announcement literature released by Cisco contemporaneously with the introduction of the SN 5420 in April, 2001. Additional details have been, and continue to be, disclosed through discovery.

(f) StorageTek's had internal communications generally concerning misappropriation of StorageTek trade secrets by NuSpeed prior to filing suit. These discussions were based on NuSpeed's 1999/2000 slide presentation *NuSpeed Internet Systems* (S 21379-91) as well as conversations with employees who were recruited by NuSpeed but chose to stay with StorageTek. Internal communications specifically regarding Trade Secret #7 did not occur prior to April of 2001. These communications are privileged and/or constitute attorney work product.

StorageTek's understanding of Cisco's misappropriation of Trade Secret #7 may be supplemented at a later time, including material supplied in expert reports.

**Misappropriated Trade Secret #8:**
**Using Logical Unit Numbers To Control Access To Fibre Channel-Connected Storage Accessed By Hosts Over An <u>IP-Based Network as Designed by StorageTek Employees</u>**

(a) StorageTek has not identified any former StorageTek employee likely to have misappropriated Trade Secret #8.

Former StorageTek employees now at NuSpeed/Cisco developed products which control access to storage based on Logical Unit Numbers (LUNs). One example is Storage Services on the SN 6000. (See, for example, *Storage Services on SN6000*, 11/99, S 21526.)

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

Mark Bakke included the need for LUN masking and mapping in the first Nu1000 Product Specification released less than two weeks after starting NuSpeed. (*Nu1000 Product Specification*, 1/00, CS 101710.)

StorageTek's understanding of any misappropriation of Trade Secret #8 by Cisco may be supplemented at a later time, including material supplied in expert reports.

**Misappropriated Trade Secret #9:**
**Scaling Access By Hosts To Remote Storage Devices At The Interface To A Fibre Channel Storage Area Network**
**as Designed by StorageTek Employees**

(a) StorageTek has not identified any former StorageTek employee likely to have misappropriated Trade Secret #9.

Former StorageTek employees now at NuSpeed/Cisco developed various designs allowing device scalability. The Edge Module design provided for scaling multiple Central Edge devices at the SAN/WAN interface. (See, for example, *Edge Module Product Proposal*, pp. 3-6, 13-15, S 13929-32, 39-41.) Design specifications called for interconnecting SN 6000s for platform extension and for redundancy. (See, for example, *Access Module Future Developments*, 10/97, pp. 13-15, S 14313-15.)

StorageTek's understanding of any misappropriation of Trade Secret #9 by Cisco may be supplemented at a later time, including material supplied in expert reports.

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

**Misappropriated Trade Secret #10:**
**Using The Simple Network Management Protocol To Configure Network Management Support Of A Fibre Channel-Based Storage Interface Device Presenting Remote Storage As A Locally Connected Storage Device as Designed by StorageTek Employees**

(a) StorageTek has not identified any former StorageTek employee likely to have misappropriated Trade Secret #10.

Former StorageTek employees now at NuSpeed/Cisco have discussed and implemented various designs for configuring storage management devices through the use of the Simple Network Management Protocol (SNMP). The Edge Module was designed to support SNMP events and alarms. (See, for example, *Edge Module Product Proposal*, 10/97, p. 6, S 14215.) SNMP implementation was designed for the SN 6000. (See, for example, *Storage Services on SN6000*, 11/99, S 21558.)

StorageTek's understanding of any misappropriation of Trade Secret #10 by Cisco may be supplemented at a later time, including material supplied in expert reports.

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
)UTHFIELD, MI 48075
(248) 358-4400

**Misappropriated Trade Secret #11:**
**A Web-Based GUI Controlling An Interface Between A**
**Fibre Channel-Based Storage Area Network And An IP-Based**
**Network as Designed by StorageTek Employees**

(a) StorageTek has not identified any former StorageTek employee likely to have misappropriated Trade Secret #11.

Former StorageTek employees now at NuSpeed/Cisco provided Web-based graphical user interfaces (GUIs) for many of its storage access products, including the SN 6000 which implemented an HTML-based GUI.

StorageTek's understanding of any misappropriation of Trade Secret #11 by Cisco may be supplemented at a later time, including material supplied in expert reports.

**Misappropriated Trade Secret #12:**
**A 1 U, Rack-Mountable Edge Device Interfacing**
**Gigabit Ethernet And A Fibre Channel-Based**
**Storage Area Network as Designed by StorageTek Employees**

(a) StorageTek believes that Mark Schrandt, Mark Bakke and Ed Fiore misappropriated Trade Secret #12. In addition, each former StorageTek employee facilitated the continued use of this trade secret by assisting in the development of Cisco's SN 5420 and related projects.

(b) Ed Fiore designed the SAN Appliance to be packaged in a 1 U high, 19" rack mountable enclosure. The SAN Appliance was to be diskless, using only solid state storage, and was to be powered with a single power supply. (*SAN Appliance*, 8/99, S 15729.0126, \fiore\data\ed'swo~\fc_wan.ppt.) Mark Bakke described the SAN Data Appliance as

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

"Embedded – Inexpensive, simple, small – 1 U high; wide rack mount – works like a very tiny Access Controller." (*Storage Network Services*, 8/99, S15713.0197, \blksvcs\papers\SanServices.pdf.) Ed Fiore reported his progress on the SAN Appliance design to Mark Schrandt from at least April through September of 1999. (*Fiore*, p. 92, ln. 20-p. 99, ln. 15.)

(c) Mark Schrandt, Mark Bakke and Ed Fiore opened NuSpeed on January 3, 2000. NuSpeed immediately implemented the SAN Appliance design as the Nu1000, which later became Cisco's SN 5420. Misappropriation of the SAN Appliance design continues as Cisco produces and sells the SN 5420 and as Cisco develops and markets related products, such as the SN 5428.

(d) Mark Schrandt, Mark Bakke and Ed Fiore misappropriated StorageTek's edge device design by implementing this design as the Nu1000, which became Cisco's SN 5420 when Cisco acquired NuSpeed. Like the SAN Appliance, the Nu1000 was designed to interconnect Gigabit Ethernet and Fibre Channel. Like the SAN Appliance, the Nu1000 was housed in a diskless, 1U, rack-mountable case. Like the SAN Appliance, the Nu1000 was an embedded, inexpensive, simple small product.

(e) StorageTek became aware of misappropriation of Trade Secret #12 as details of the SN 5420 design became known. These details were first disclosed in product announcement literature released by Cisco contemporaneously with the introduction of the SN 5420 in April, 2001. Additional details have been, and continue to be, disclosed through discovery.

(f) StorageTek's had internal communications generally concerning misappropriation of StorageTek trade secrets by NuSpeed prior to filing suit. These discussions

BK
LAW OFFICES
OOKS & KUSHMAN P.C.
1000 TOWN CENTER
ENTY-SECOND FLOOR
OUTHFIELD, MI 48075
(248) 358-4400

were based on NuSpeed's 1999/2000 slide presentation *NuSpeed Internet Systems* (S 21379-91) as well as conversations with employees who were recruited by NuSpeed but chose to stay with StorageTek. Internal communications specifically regarding Trade Secret #12 did not occur prior to April of 2001. These communications are privileged and/or constitute attorney work product.

StorageTek's understanding of Cisco's misappropriation of Trade Secret #12 may be supplemented at a later time, including material supplied in expert reports.

**Misappropriated Trade Secret #13:**
**A Storage Interface Device Constructed On A PCI-Based Motherboard With Mezzanine Cards For Interfacing Gigabit Ethernet To A Fibre Channel Storage Area Network as Designed by StorageTek Employees**

(a) StorageTek believes that Ed Fiore and Mark Schrandt misappropriated Trade Secret #13. In addition, each former StorageTek employee facilitated the continued use of this trade secret by assisting in the development of Cisco's SN 5420 and related projects.

(b) Ed Fiore designed the SAN Appliance to be constructed with a PCI motherboard having a fixed Fibre Channel (FC) port and a PMC (PCI Mezzanine Card) interface which could accept Gigabit Ethernet or WAN interface cards. (See, for example, *SAN Appliance*, 8/99, S 15729.0126, \fiore\data\ed'swo ~ \fc_wan.ppt.) Ed Fiore reported his progress on the SAN Appliance design to Mark Schrandt from at least April through September of 1999. (*Fiore*, p. 92, ln. 20-p. 99, ln. 15.)

BK
LAW OFFICES
ɔoks & Kushman P.C.
1000 TOWN CENTER
/ENTY-SECOND FLOOR
OUTHFIELD, MI 48075
(248) 358-4400

Mark Schrandt and Ed Fiore opened NuSpeed on January 3, 2000. NuSpeed immediately implemented the SAN Appliance design as the Nu1000, which later became Cisco's SN 5420. Misappropriation of the SAN Appliance design continues as Cisco produces and sells the SN 5420 and as Cisco develops and markets related products, such as the SN 5428.

(d) Ed Fiore and Mark Schrandt misappropriated StorageTek's storage interface device design by implementing this design as the Nu1000, which became Cisco's SN 5420 when Cisco acquired NuSpeed. Like the SAN Appliance, the Nu1000 was a PCI-based single-board computer with network support on a mezzanine card. Like the SAN Appliance, the Nu1000 was designed to interconnect Gigabit Ethernet and Fibre Channel.

(e) StorageTek became aware of misappropriation of Trade Secret #13 as details of the SN 5420 design became known. These details were first disclosed in product announcement literature released by Cisco contemporaneously with the introduction of the SN 5420 in April, 2001. Additional details have been, and continue to be, disclosed through discovery.

(f) StorageTek's had internal communications generally concerning misappropriation of StorageTek trade secrets by NuSpeed prior to filing suit. These discussions were based on NuSpeed's 1999/2000 slide presentation *NuSpeed Internet Systems* (S 21379-91) as well as conversations with employees who were recruited by NuSpeed but chose to stay with StorageTek. Internal communications specifically regarding Trade Secret #13 did not occur prior to April of 2001. These communications are privileged and/or constitute attorney work product.

BK
LAW OFFICES
[Br]ooks & Kushman P.C.
1000 Town Center
[Tw]enty-Second Floor
[So]uthfield, MI 48075
(248) 358-4400

StorageTek's understanding of Cisco's misappropriation of Trade Secret #13 may be supplemented at a later time, including material supplied in expert reports.

**Misappropriated Trade Secret #14:**
**Permitting Host Applications To Access Remote**
**Storage Area Networks Without Modification Of The**
**Host Applications as Designed by StorageTek Employees**

(a) StorageTek believes that Mark Bakke misappropriated Trade Secret #14. In addition, each former StorageTek employee facilitated the continued use of this trade secret by assisting in the development of Cisco's SN 5420 and related projects.

(b) Former StorageTek employees now at NuSpeed/Cisco discussed and designed interfaces for hosts and servers that permit remote access to storage without requiring extensive modifications to the host. The Edge Module was designed to "simulate a locally attached tape drive to the local servers in the remote office." Thus, the Edge Module was transparent to host applications. (See, for example, *Edge Module Product Proposal*, 10/97, pp. 6, 13, S 14215, 22.)

Mark Bakke suggested drivers in hosts presented with a logical disk interface. This interface permitted the host to access storage over an IP-based GbE network through an SN 6000. Logical disks were supported by physical storage connected to the SN 6000 through FC. (*Remote Disk on the StorageNet 6000*, Mark Bakke, 1999, S 21517.) Mark Bakke also recognized the need for "services provided by the SAN that make possible the allocation, connection, conversion, and use of virtual or physical block-level storage, presented to the host or client as disk or tape devices." His recommendation for devices to support these services

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

includes the SAN Data Appliance, described as inexpensive, simple, small, 1U high, wide rack mount, and having both FC and GbE interfaces. (*Storage Network Services*, 8/99, pp. 9 and 16, S15713.0190 and .0197, \blksvcs\papers\SanServices.pdf.)

(c) Mark Bakke opened NuSpeed on January 3, 2000. Mark Bakke incorporated StorageTek's Trade Secret #14 into the SAN Appliance design as the Nu1000, which later became Cisco's SN 5420. Misappropriation of Trade Secret #14 continues as Cisco produces and sells the SN 5420 and as Cisco develops and markets related products, such as the SN 5428.

(d) Mark Bakke misappropriated StorageTek's design by specifying host drivers for the Nu1000, which became Cisco's SN 5420 when Cisco acquired NuSpeed.

(e) StorageTek became aware of misappropriation of Trade Secret #14 as details of the SN 5420 design became known. These details were first disclosed in product announcement literature released by Cisco contemporaneously with the introduction of the SN 5420 in April, 2001. Additional details have been, and continue to be, disclosed through discovery.

(f) StorageTek's had internal communications generally concerning misappropriation of StorageTek trade secrets by NuSpeed prior to filing suit. These discussions were based on NuSpeed's 1999/2000 slide presentation *NuSpeed Internet Systems* (S 21379-91) as well as conversations with employees who were recruited by NuSpeed but chose to stay with StorageTek. Internal communications specifically regarding Trade Secret #14 did not occur prior to April of 2001. These communications are privileged and/or constitute attorney work product.

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
)UTHFIELD, MI 48075
(248) 358-4400

StorageTek's understanding of Cisco's misappropriation of Trade Secret #14 may be supplemented at a later time, including material supplied in expert reports.

**Misappropriated Trade Secret #15:**
**Remote Data Back-Up Over An IP-Based Network To A Fibre Channel-Based Storage Area Network as Designed by StorageTek Employees**

(a) StorageTek believes that Mark Schrandt, Mark Bakke and Ed Fiore misappropriated Trade Secret #15. In addition, each former StorageTek employee facilitated the continued use of this trade secret by assisting in the development of Cisco's SN 5420 and related projects.

(b) Former StorageTek employees now at NuSpeed/Cisco discussed and designed systems to provide back-up services from remote sources to storage at a centralized location. The Edge Module design provided for many Remote Edge Modules, each servicing one or more remote servers, and at least one Central Edge Module connected to centralized storage. The Remote Edge Modules are connected to the Central Edge Module through a WAN using the TCP/IP protocol. (See, for example, *Edge Module Product Proposal*, 10/97, pp. 13-14, S 14222-23.) In addition, the SN 6000 was designed to support remote backup over an IP-based WAN. (See, for example, *Remote Disk on the StorageNet 6000*, Mark Bakke, 1999 S 21517.)

Mark Bakke proposed Network Storage Services as "service provided by the SAN that make possible the allocation, connection, conversion, and use of virtual or physical block-level storage, presented to the host or client as disk or tape services." These services

BK
LAW OFFICES
OKS & KUSHMAN P.C.
1000 TOWN CENTER
ENTY-SECOND FLOOR
OUTHFIELD, MI 48075
(248) 358-4400