included data backup from hosts to storage and between storage media such as disk-to-tape backup. Platforms for implementing these services included the SAN Data Appliance interfacing FC SANs with IP-based GbE. (*Storage Network Services*, 8/99, pp. 9, 16, S15713.0190, 0197, \blksvcs\papers\SanServices.pdf.) Ed Fiore proposed this design as the SAN Appliance for interfacing a FC SAN to a GbE network. (See, for example, *SAN Appliance*, 8/99, S 15729.0123, \firoe\data\ed'swo ~ 1\fc_wan.ppt.) Ed Fiore reported his progress on the SAN Appliance design to Mark Schrandt from at least April through September of 1999. (*Fiore*, p. 92, ln. 20-p. 99, ln. 15.)

(c) Mark Schrandt, Mark Bakke and Ed Fiore opened NuSpeed on January 3, 2000. NuSpeed immediately implemented the SAN Appliance design as the Nu1000, which later became Cisco's SN 5420. Misappropriation of the SAN Appliance design continues as Cisco produces and sells the SN 5420 and as Cisco develops and markets related products, such as the SN 5428.

(d) Mark Schrandt, Mark Bakke and Ed Fiore misappropriated StorageTek's storage design for remote backup by implementing the SAN Appliance as the Nu1000, which became Cisco's SN 5420 when Cisco acquired NuSpeed.

(e) StorageTek became aware of misappropriation of Trade Secret #15 as details of the SN 5420 design became known. These details were first disclosed in product announcement literature released by Cisco contemporaneously with the introduction of the SN 5420 in April, 2001. Additional details have been, and continue to be, disclosed through discovery.

(f) StorageTek's had internal communications generally concerning misappropriation of StorageTek trade secrets by NuSpeed prior to filing suit. These discussions

BK
LAW OFFICES
...OKS & KUSHMAN P.C.
1000 TOWN CENTER
...ENTY-SECOND FLOOR
...OUTHFIELD, MI 48075
(248) 358-4400

were based on NuSpeed's 1999/2000 slide presentation *NuSpeed Internet Systems* (S 21379-91) as well as conversations with employees who were recruited by NuSpeed but chose to stay with StorageTek. Internal communications specifically regarding Trade Secret #15 did not occur prior to April of 2001. These communications are privileged and/or constitute attorney work product.

StorageTek's understanding of Cisco's misappropriation of Trade Secret #16 may be supplemented at a later time, including material supplied in expert reports.

**Misappropriated Trade Secret #16:**
**An Edge Device Between A Fibre Channel-Based**
**Storage Area Network And A Gigabit Ethernet**
**Wide Area Network as Designed by StorageTek Employees**

(a) StorageTek believes that Mark Schrandt, Mark Bakke and Ed Fiore misappropriated Trade Secret #16. In addition, each former StorageTek employee facilitated the continued use of this trade secret by assisting in the development of Cisco's SN 5420 and related projects.

(b) Former StorageTek employees now at NuSpeed/Cisco discussed and designed devices which sit at the edge of a storage area network (SAN) and provide a variety of services including switching, routing and protocol conversion functions. These devices include the Comet, Edge Module, Junkyard Weasel and SAN Appliance.

Mark Bakke proposed the SAN Data Appliance as an edge device interfacing FC SANs with IP-based GbE. (*Storage Network Services*, 8/99, pp. 9, 16, S15713.0197, \blksvcs\papers\SanServices.pdf.) Ed Fiore proposed this edge device design as the SAN

BK
LAW OFFICES
[BR]OOKS & KUSHMAN P.C.
1000 TOWN CENTER
[TW]ENTY-SECOND FLOOR
[S]OUTHFIELD, MI 48075
(248) 358-4400

Appliance for interfacing a FC SAN to a GbE network. (See, for example, *SAN Appliance*, 8/99, S 15729.0123, \firoe\data\ed'swo ~ 1\fc_wan.ppt.) Ed Fiore reported his progress on the SAN Appliance design to Mark Schrandt from at least April through September of 1999. (*Fiore*, p. 92, ln. 20-p. 99, ln. 15.)

(c) Mark Schrandt, Mark Bakke and Ed Fiore opened NuSpeed on January 3, 2000. NuSpeed immediately implemented the SAN Appliance design as the Nu1000, which later became Cisco's SN 5420. Misappropriation of the SAN Appliance design continues as Cisco produces and sells the SN 5420 and as Cisco develops and markets related products, such as the SN 5428.

(d) Mark Schrandt, Mark Bakke and Ed Fiore misappropriated StorageTek's storage design for an edge device between a FC SAN and a GbE WAN by implementing the SAN Appliance as the Nu1000, which became Cisco's SN 5420 when Cisco acquired NuSpeed.

(e) StorageTek became aware of misappropriation of Trade Secret #16 as details of the SN 5420 design became known. These details were first disclosed in product announcement literature released by Cisco contemporaneously with the introduction of the SN 5420 in April, 2001. Additional details have been, and continue to be, disclosed through discovery.

(f) StorageTek's had internal communications generally concerning misappropriation of StorageTek trade secrets by NuSpeed prior to filing suit. These discussions were based on NuSpeed's 1999/2000 slide presentation *NuSpeed Internet Systems* (S 21379-91) as well as conversations with employees who were recruited by NuSpeed but chose to stay with StorageTek. Internal communications specifically regarding Trade Secret #16 did not occur

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
OUTHFIELD, MI 48075
(248) 358-4400

prior to April of 2001. These communications are privileged and/or constitute attorney work product.

StorageTek's understanding of Cisco's misappropriation of Trade Secret #16 may be supplemented at a later time, including material supplied in expert reports.

**Misappropriated Trade Secret #17:**
**Using The VxWorks Real-Time Operating System**
**To Control Storage Area Network Edge Devices**
**Interfacing Fibre Channel-Connected Storage With**
**An IP-Based Network as Designed by StorageTek Employees**

(a) StorageTek believes that Steve DeGroote misappropriated Trade Secret #17. In addition, each former StorageTek employee facilitated the continued use of this trade secret by assisting in the development of Cisco's SN 5420 and related projects.

(b) Former StorageTek employees now at NuSpeed/Cisco discussed and developed software interfacing with VxWorks, a real-time operating system from Wind River Systems. This software was used in the SN 6000 to receive and process commands from the management processor and control access to the storage area network. Steven DeGroote implemented SCSI command processing for Fibre Channel through VxWorks while at StorageTek. Steven DeGroote was hired to implement similar command processing for Fibre Channel through VxWorks at NuSpeed.

(c) Steven DeGroote began to implement SCSI drivers within weeks after starting with NuSpeed in April, 2000. Misappropriation of the SAN Appliance design continues as

BK
LAW OFFICES
[Bro]oks & Kushman P.C.
[1]000 TOWN CENTER
[Tw]enty-Second Floor
[So]uthfield, MI 48075
(248) 358-4400

Cisco produces and sells the SN 5420 and as Cisco develops and markets related products, such as the SN 5428.

(d) Steven DeGroote misappropriated StorageTek's use of VxWorks by implementing SCSI drivers for the Nu1000, which became Cisco's SN 5420 when Cisco acquired NuSpeed.

(e) StorageTek became aware of misappropriation of Trade Secret #17 as details of the SN 5420 design became known. These details were first disclosed in product announcement literature released by Cisco contemporaneously with the introduction of the SN 5420 in April, 2001. Additional details have been, and continue to be, disclosed through discovery.

(f) StorageTek's had internal communications generally concerning misappropriation of StorageTek trade secrets by NuSpeed prior to filing suit. These discussions were based on NuSpeed's 1999/2000 slide presentation *NuSpeed Internet Systems* (S 21379-91) as well as conversations with employees who were recruited by NuSpeed but chose to stay with StorageTek. Internal communications specifically regarding Trade Secret #17 did not occur prior to April of 2001. These communications are privileged and/or constitute attorney work product.

StorageTek's understanding of Cisco's misappropriation of Trade Secret #17 may be supplemented at a later time, including material supplied in expert reports.

BK
LAW OFFICES
›KS & KUSHMAN P.C.
›00 TOWN CENTER
:NTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

**Misappropriated Trade Secret #18:**
**The Collective Knowledge Base Of StorageTek Personnel**
**Who Were Given The Same Job Duties At NuSpeed/Cisco**

Former StorageTek employees now at NuSpeed/Cisco were privy to a great deal of StorageTek's trade secrets and confidential information. Many of these trade secrets were used in performance of their job duties at StorageTek. Because most of these former StorageTek employees were hired by NuSpeed/Cisco to perform the same job duties performed at StorageTek, the disclosure or use of StorageTek's trade secrets at NuSpeed/Cisco is inevitable. *PepsiCo Inc. v. Redman*, 54F3d 1269 (7th Cir. 1995).

The following table lists former StorageTek employees now working for Cisco, work responsibilities at StorageTek and work responsibilities at Cisco.

| Name | StorageTek Responsibilities | Cisco Responsibilities |
|---|---|---|
| Theodore Schmitz | Invented Built-In Self Test (BIST). *Schmitz*, pg. 23, ll. 1-24. | Developed BIST for SN 5420. *Schmitz*, pg. 104, ll. 3-13. |
| Dan Anonen | Printed circuit board design. *Anonen*, pg. 9, ll. 11-18. | Printed circuit board design. *Anonen*, pg. 35, ll. 9-11. |
| Michael Chaffin | Printed circuit board design, selection of design tools, design library management. *Chaffin*, pg. 37, ln. 9-pg. 38, ln. 15; pg. 88, ln. 25-pg. 89, ln. 8. | Printed circuit board design, selection of design tools, design library management. *Chaffin*, pg. 24, ln. 2-pg. 26, ln. 6; pg. 49, ll. 12-14. |
| Michael Heinecke | Diagnostic software engineering. *Heinecke*, pg. 20, ln. 11-pg. 22, ln. 25. | Diagnostic software engineering. *Heinecke*, pg. 20, ln. 11-pg. 22, ln. 25. |

BK
LAW OFFICES
[BR]OOKS & KUSHMAN P.C.
1000 TOWN CENTER
[TW]ENTY-SECOND FLOOR
[SO]UTHFIELD, MI 48075
(248) 358-4400

| | | |
|---|---|---|
| Anthony Beltran | Coding to distribute operating system to processors, operates under VxWorks. *Beltran*, pg. 10, ln. 1-pg. 14. | Initiating the VxWorks kernel on hardware platforms. *Beltran*, pg. 82, ln. 13- pg. 85, ln. 6. |
| Steven DeGroote | Fibre Channel SCSI driver coding. *DeGroote*, pg. 17, ln. 22-pg. 18, ln. 2. | Fibre Channel SCSI driver coding. *DeGroote*, pg. 42, ln. 24-pg. 43, ln. 15. |
| Erika Hohenstein | Product testing and test automation. *Hohenstein*, pg. 7, ln. 24-pg. 9, ln. 20. | Product testing and test automation. *Hohenstein*, pg. 49, ll. 1-43. |
| Matt Massey | Graphical user interface development. *Massey*, pg. 11, ll. 9-20. | Graphical user interface development. *Massey*, pg. 22, ll. 15-24. |
| Stan Mros | Signal integrity. *Mros*, pg. 16, ll. 3-9. | Signal integrity. *Mros*, pg. 40, ll. 6-13. |
| David Peterson | Fibre Channel interface design consultation. *Peterson*, pg. 17, ll. 9-24. | Fibre Channel interface design consultation. *Peterson*, pg. 95, ll. 5-23. |
| Don Rog | Hardware interface card design. *Rog*, pg. 9, ln. 9-13. | Hardware interface card design. *Rog*, pg. 31, ln. 16-pg. 32, ln. 9. |

StorageTek first learned of responsibilities held by most of StorageTek's former employees through discovery in this case.

StorageTek's understanding of Cisco's misappropriation of Trade Secret #18 may be supplemented at a later time, including material supplied in expert reports.

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

**Misappropriated Trade Secret #19:**
**Proprietary Information Contained in Personnel Files**

(a) StorageTek has not identified any former StorageTek employee likely to have misappropriated Trade Secret #19.

The assembly and content of StorageTek's personnel files, including compilations of various employment information concerning StorageTek employees, are not only confidential but also includes trade secret information. Such information includes StorageTek's Termination and Property Checklist, Instructions for Termination and Property Checklist, Human Resources Employee Termination Checklist, Employee Exit Interview Questionnaire, and Performance Appraisal System. NuSpeed/Cisco employees, who came from StorageTek, exercised their individual rights to obtain a copy of their personnel records pursuant to Minnesota Statute § 181.960 *et seq*. These records may have been improperly disclosed to Cisco and Dorsey & Whitney providing the basis for a claim of trade secret misappropriations.

StorageTek's understanding of any misappropriation of Trade Secret #19 by Cisco may be supplemented at a later time, including material supplied in expert reports

BK
LAW OFFICES
›OKS & KUSHMAN P.C.
1000 TOWN CENTER
'ENTY-SECOND FLOOR
OUTHFIELD, MI 48075
(248) 358-4400

**Misappropriated Trade Secret #20:**
**Proprietary Information Concerning**
**The Compensation Of StorageTek Employees**

(a) StorageTek believes that Mark Schrandt misappropriated Trade Secret #20. In addition, other former StorageTek employees may have used this trade secret in recruiting for NuSpeed/Cisco.

(b) The aspects of this trade secret include a compensation listing of StorageTek's MRDC employees, and other proprietary information regarding StorageTek's workforce.

(c) Mark Schrandt joined NuSpeed in December of 1999 and immediately began recruiting StorageTek employees. Thus, NuSpeed may have started misappropriating this trade secret in 1999.

(d) A short time before leaving StorageTek, Mark Schrandt requested and received a compensation listing of StorageTek's MRDC employees. Further, Schrandt and others had access to this information and is believed to have used this information to hire StorageTek employees.

(e) StorageTek became aware of misappropriation of Trade Secret #20 as details of NuSpeed's hiring practices became known in mid to late 2000.

(f) StorageTek had internal communications generally concerning proprietary compensation information, StorageTek is still investigating whether any internal

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

communications specifically regarding Trade Secret #20 occurred and are not privileged and/or constitute attorney work product.

StorageTek's understanding of any misappropriation of Trade Secret #20 by Cisco may be supplemented at a later time, including material supplied in expert reports.

**Misappropriated Trade Secret #21:**
**Proprietary Supplier And Customer Lists**

(a) StorageTek has not identified any former StorageTek employee likely to have misappropriated Trade Secret #21.

StorageTek expended great effort and expense in identifying potential and actual customers and vendors. This information is proprietary to StorageTek. NuSpeed/Cisco may have utilized some or all of this information.

StorageTek's understanding of any misappropriation of Trade Secret #21 by Cisco may be supplemented at a later time, including material supplied in expert reports.

BK
LAW OFFICES
ɔKS & KUSHMAN P.C.
ɔ00 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

**Misappropriated Trade Secrets #22:**
**StorageTek Patent Applications**
**And Other Proprietary Documents**

(a) StorageTek believes Mark Bakke, Tim Kuik, Craig Johnson and Dorsey & Whitney have misappropriated StorageTek trade secrets contained in proprietary documents.

(b-e) StorageTek has trade secrets in several patent applications, for example, applications numbered 09/688,777 (S 21415-440), 09/688,784 (S 21485-516), 09/688,776 (S 21392-414), 09/330,960 (S 21441-462) and 09/400,500 (S 21463-484). StorageTek sent several copies of patent applications to former StorageTek employees for their signature on documents as required by U.S. patent laws. Those patent applications were and are confidential and contain proprietary StorageTek information. The former employees were not permitted to disclose the applications to NuSpeed/Cisco.

Mark Bakke signed an affidavit on January 19, 2001 supporting a Cisco motion. Appended to this affidavit were complete copies of StorageTek's patent applications 09/688,777; 09/688,784 and 09/688,776. This affidavit was then publicly filed with the court by Dorsey & Whitney. StorageTek learned of Bakke's disclosure only after receiving a copy of Cisco's motion.

Additional documents containing StorageTek trade secrets have also been misappropriated. When he left StorageTek to form NuSpeed, Tim Kuik took three laboratory notebooks containing confidential, proprietary information developed while working at StorageTek (EE 100729-923). StorageTek first became aware of this misappropriation when Cisco produced copies of the notebooks in response to StorageTek's document requests.

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

A StorageTek slide presentation detailing design and development plans for the SN 6000, including a listing of software personal assigned to various development tasks, was produced to StorageTek by Cisco. (EE 100984-1021.) Cisco states that this document was obtained from Craig Johnson, a former StorageTek employee. StorageTek first became aware of this misappropriation when Cisco produced copies of the slide presentation in response to StorageTek's document requests.

(f) StorageTek had no internal communications concerning these specific misappropriations prior to filing suit. StorageTek is not aware of any internal communications specifically regarding these misappropriations.

StorageTek's understanding of Cisco's misappropriation of Trade Secret #22 may be supplemented at a later time, including material supplied in expert reports.

BK
LAW OFFICES
OOKS & KUSHMAN P.C.
1000 TOWN CENTER
ENTY-SECOND FLOOR
OUTHFIELD, MI 48075
(248) 358-4400

**Misappropriated Trade Secret #23:**
**Access to Virtual Storage Provided By**
**Hardware Contained Within A SAN**
**As Designed By StorageTek Employees**

(a) StorageTek believes that Mark Schrandt, Mark Bakke and Ed Fiore misappropriated Trade Secret #23. In addition, each former StorageTek employee facilitated the continued use of this trade secret by assisting in the development of Cisco's SN 5420 and related projects.

(b) StorageTek employees, now working for Cisco/NuSpeed, developed designs for accessing virtual storage without the need for virtual storage management software in either the host or the storage device by placing virtual device management within the SAN itself. For example, the SN 6000 presents hosts with a virtual view of storage connected to the SN 6000.

> Residing between the network's host systems and physical tape devices, the StorageTek SN6000 appears to each host as an independent set of virtual devices. It senses backup/restore application requests sent to the virtual devices and intelligently decides which of several physical drives in the shared pool to assign to the application.
>
> *StorageNet 6000 Series of Storage Domain Managers*, StorageTek, 2000, p. 5, S 21341, www.storagetek.com/pdfs/sn6000_brochure.pdf.

The SN 6000 was designed to route information received from at least one Gigabit Ethernet ports. (See, for example, *Access Controller Post R1 Direction*, 12/15/97, S 14294.) In addition, the SN 6000 was designed to work together with edge devices. (See, for example, *Edge Module Product Proposal*, 10/14/97, p. 6, S 13932.)

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

Mark Bakke proposed Network Storage Services as "service provided by the SAN that make possible the allocation, connection, conversion, and use of virtual or physical block-level storage, presented to the host or client as disk or tape services." These services included data backup from hosts to storage and between storage media such as disk-to-tape backup. Platforms for implementing these services included the SAN Data Appliance interfacing FC SANs with IP-based GbE. (*Storage Network Services*, 8/99, pp. 9, 16, S15713.0190, 0197, \blksvcs\papers\SanServices.pdf.) Ed Fiore proposed this design as the SAN Appliance for interfacing a FC SAN to a GbE network. (See, for example, *SAN Appliance*, 8/99, S 15729.0123, \firoe\data\ed'swo ~ 1\fc_wan.ppt.) Ed Fiore reported his progress on the SAN Appliance design to Mark Schrandt from at least April through September of 1999. (*Fiore*, p. 92, ln. 20-p. 99, ln. 15.)

(c) Mark Schrandt, Mark Bakke and Ed Fiore opened NuSpeed on January 3, 2000. NuSpeed immediately implemented the SAN Appliance design as the Nu1000, which later became Cisco's SN 5420. Misappropriation of the SAN Appliance design continues as Cisco produces and sells the SN 5420 and as Cisco develops and markets related products, such as the SN 5428.

(d) Mark Schrandt, Mark Bakke and Ed Fiore misappropriated StorageTek's design providing access to virtual storage by implementing the SAN Appliance as the Nu1000, which became Cisco's SN 5420 when Cisco acquired NuSpeed.

(e) StorageTek became aware of misappropriation of Trade Secret #23 as details of the SN 5420 and related designs became known. These details were first disclosed in product announcement literature released by Cisco contemporaneously with the introduction of the SN

BK
LAW OFFICES
OOKS & KUSHMAN P.C.
1000 TOWN CENTER
'ENTY-SECOND FLOOR
OUTHFIELD, MI 48075
(248) 358-4400

5420 in April, 2001. Additional details have been, and continue to be, disclosed through discovery.

(f) StorageTek's had internal communications generally concerning misappropriation of StorageTek trade secrets by NuSpeed prior to filing suit. These discussions were based on NuSpeed's 1999/2000 slide presentation *NuSpeed Internet Systems* (S 21379-91) as well as conversations with employees who were recruited by NuSpeed but chose to stay with StorageTek. Internal communications specifically regarding Trade Secret #23 did not occur prior to April of 2001. These communications are privileged and/or constitute attorney work product.

StorageTek's understanding of Cisco's misappropriation of Trade Secret #23 may be supplemented at a later time, including material supplied in expert reports.

**Misappropriated Trade Secret #24:**
**A Multiport Fibre Channel And Gigabit Ethernet**
**Storage Router As Designed By StorageTek Employees**

(a) StorageTek has not identified any former StorageTek employee likely to have misappropriated Trade Secret #24.

The SN 6000 functions, *inter alia*, as a multiport Fibre Channel router. The SN 6000 was designed to route information received from at least one Gigabit Ethernet port as well. (See, for example, *Access Controller Post R1 Direction*, 12/15/97, S 14294.) Mark Bakke proposed a design for using the SN 6000 to route both FC and GbE. (*Remote Disk On The StorageNet 6000*, 1999, S 21517.)

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
OUTHFIELD, MI 48075
(248) 358-4400

StorageTek's understanding of any misappropriation of Trade Secret #24 by Cisco may be supplemented at a later time, including material supplied in expert reports.

**Misappropriated Trade Secret #25:**
**An Edge Device Providing File Services**
**As Designed By StorageTek Employees**

(a) StorageTek believes that Mark Schrandt, Mark Bakke and Ed Fiore misappropriated Trade Secret #25. In addition, each former StorageTek employee facilitated the continued use of this trade secret by assisting in the development of Cisco's SN 5420 and related projects.

(b) Key StorageTek employees, now working for Cisco/NuSpeed, developed designs for an edge device interconnecting disparate communication networks that functioned as a file server for hosts on one type of communication network to access files stored on another type of communication network. For example, designed applications for the SN 6000 include implementing a file server within the SN 6000.

> This would entail providing File Server Presentations for disk and tape to network attached hosts, thus becoming a functional File Server. . . . The File Server Presentations would include NFS (Network File System - Unix systems), SMB (Server Message Block - pre-NT 5.0 systems), and CIFS (Common Internet File System - NT 5.0 systems) to start.

*Access Module Future Developments*, 10/31/97, S 14307.

Ed Fiore designed the SAN Appliance to function as a file server between Fibre Channel and Gigabit Ethernet. Further, while still employed at StorageTek, Ed Fiore knew of the importance of such an edge device to Cisco.

BK
LAW OFFICES
›KS & KUSHMAN P.C.
›00 TOWN CENTER
NTY-SECOND FLOOR
UTHFIELD, MI 48075
(248) 358-4400

> **FC to Gigabit Ethernet WAN / File Services**
> Many WAN connections are Controlled by the Cisco Router. If Cisco dose not support FC on all of there WAN ready Platform There will be a need For a FC to LAN converter.
> [Numerous errors in original.]
>
> *SAN Appliance*, S 15729.0128, \fiore\data\ed'swo ~ 1\fc_wan.ppt.

Mark Bakke also described a "Stackable File Server Application" for the SAN Data Appliance having one FC and one GbE interface. (*Storage Network Services*, 8/99, S15713.0197, \blksvcs\papers\SanServices.pdf.) Ed Fiore reported his progress on the SAN Appliance design to Mark Schrandt from at least April through September of 1999. (*Fiore*, p. 92, ln. 20-p. 99, ln. 15.)

(c) Mark Schrandt, Mark Bakke and Ed Fiore opened NuSpeed on January 3, 2000. NuSpeed immediately implemented the SAN Appliance design as the Nu1000, which later became Cisco's SN 5420. Misappropriation of the SAN Appliance design continues as Cisco produces and sells the SN 5420 and as Cisco develops and markets related products, such as the SN 5428.

(d) Mark Schrandt, Mark Bakke and Ed Fiore misappropriated StorageTek's design for providing file services by implementing the SAN Appliance as the Nu1000, which became Cisco's SN 5420 when Cisco acquired NuSpeed.

(e) StorageTek became aware of misappropriation of Trade Secret #25 as details of the SN 5420 design became known. These details were first disclosed in product announcement literature released by Cisco contemporaneously with the introduction of the SN 5420 in April, 2001. Additional details have been, and continue to be, disclosed through discovery.

BK
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
)UTHFIELD, MI 48075
(248) 358-4400

(f) StorageTek's had internal communications generally concerning misappropriation of StorageTek trade secrets by NuSpeed prior to filing suit. These discussions were based on NuSpeed's 1999/2000 slide presentation *NuSpeed Internet Systems* (S 21379-91) as well as conversations with employees who were recruited by NuSpeed but chose to stay with StorageTek. Internal communications specifically regarding Trade Secret #25 did not occur prior to April of 2001. These communications are privileged and/or constitute attorney work product.

StorageTek's understanding of Cisco's misappropriation of Trade Secret #25 may be supplemented at a later time, including material supplied in expert reports.

**Misappropriated Trade Secret #26:**
**Presentation By The SAN Of A Logical Storage Device To A Host Different Than The Physical Device Type Actually Accessed By The Host**
**As Designed By StorageTek Employees**

(a) StorageTek has not identified any former StorageTek employee likely to have misappropriated Trade Secret #26.

StorageTek employees, now working for Cisco/NuSpeed, designed components of a SAN that could present a storage device to an interconnected host as a logical device type different than the actual physical device type. For example, the SN 6000 could interconnect a host expecting one type of tape drive to a different type of tape drive, without adding additional software to the host or the tape drive.

> The server may believe it is driving a DLT7000 [tape drive], even though the real tape drive is a 9840. The administrator does not have to install a special tape driver on the server to take

BK
LAW OFFICES
[illegible]KS & KUSHMAN P.C.
[illegible]00 TOWN CENTER
[illegible]NTY-SECOND FLOOR
[illegible]THFIELD, MI 48075
(248) 358-4400

advantage of high-capacity or high-speed tape devices. And, servers and applications with code specific to either the DLT7000 or 9840 may continue to use that code, yet have greater flexibility in real device choices.

*StorageNet 6000 White Paper Overview and Description*, 1/01, p. 2, S 21365, www.storagetek.com/pdfs/SN6000_WP_02_01.pdf.

StorageTek's understanding of any misappropriation of Trade Secret #26 by Cisco may be supplemented at a later time, including material supplied in expert reports.

As to objections,

**BROOKS & KUSHMAN P.C.**

By: ______________________

**ERNIE L. BROOKS**
**THOMAS A. LEWRY**
**MARC LORELLI**
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400
Fax: (248) 358-3351

Date: August 13, 2002

*Attorneys for Plaintiff*
*Storage Technology Corporation*

**Of Counsel:**

**MAHONEY DOUGHERTY & MAHONEY**
RICHARD P. MAHONEY
VICTOR LUND
801 Park Avenue
Minneapolis, MN 55404
(612) 339-5863
**and**
**Storage Technology Corp.**
Timothy R. Schulte
2270 South 88th Street
Louisville, Colorado 80028-4309
(303) 673-5989



BK
LAW OFFICES
OKS & KUSHMAN P.C.
1000 TOWN CENTER
ENTY-SECOND FLOOR
OUTHFIELD, MI 48075
(248) 358-4400

# CERTIFICATE OF SERVICE

I certify that I served:

**PLAINTIFF STORAGE TECHNOLOGY CORPORATION 'S SUPPLEMENTAL RESPONSE TO DEFENDANT CISCO SYSTEMS, INC.'S INTERROGATORY NO. 21**

on **August 13, 2002** by:

___ hand delivering
X faxing
X mailing (via First-Class mail)
___ overnight courier

a copy to:

Roy A. Ginsburg
Clifford S. Anderson
Joseph W. Hammell
Thomas J. Vitt
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

*Attorneys for Defendant*

Sandra D. Davis

BK
LAW OFFICES
…KS & KUSHMAN P.C.
…00 TOWN CENTER
…NTY-SECOND FLOOR
…JTHFIELD, MI 48075
(248) 358-4400

## VERIFICATION

**ROBERT E. MUNSEY**, an employee of STORAGE TECHNOLOGY CORPORATION, verifies the foregoing interrogatory answers on behalf of Storage Technology Corporation. The matters stated in the answers are not necessarily within my personal knowledge. The facts stated have been assembled by authorized personnel, including counsel. The facts stated are true to the best of my current knowledge and belief.

## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 27, 2002 By: Robert E. Munsey

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

STORAGE TECHNOLOGY CORPORATION,

*Plaintiff,*

-vs-

CISCO SYSTEMS, INC.,

*Defendant.*

/

Civil File No. 00-2253 (MJD/JGL)
Magistrate Judge Jonathan G. Lebedoff
Honorable Joan Ericksen Lancaster

# PLAINTIFF STORAGE TECHNOLOGY CORPORATION'S SUPPLEMENTAL RESPONSE TO DEFENDANT CISCO SYSTEMS, INC.'S INTERROGATORY NO. 21

BK
.AW OFFICES
‹s & Kushman P.C.
0 TOWN CENTER
TY-SECOND FLOOR
THFIELD, MI 48075
(248) 358-4400