UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 00-2253 (JEL/JGL)

**STORAGE TECHNOLOGY CORPORATION,**

**PLAINTIFF,**

v.

**CISCO SYSTEMS, INC.,**

**DEFENDANT.**

**NOTIFICATION OF CONVENTIONAL FILING OF MARCH 31, 2005, AFFIDAVIT OF CLIFFORD S. ANDERSON (VOLUMES I & II)**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

March 31, 2005, Confidential Affidavit of Clifford S. Anderson (Volumes I & II).

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

☐ Voluminous Document* (Document number of order granting leave to file conventionally: )

☐ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

☐ Physical Object (description):

☐ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

☒ Item Under Seal* (Document number of protective order: 34 )

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53) (Document number of redacted version: )

☐ Other (description):

** Filing of these items requires Judicial Approval.*

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

Dated: April 1, 2005

DORSEY & WHITNEY LLP

By s / Clifford S. Anderson________
Roy A. Ginsburg #123158
Joseph W. Hammell #172698
James D. Kremer (#211461)
Clifford S. Anderson #227201
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

**Attorneys for Defendant Cisco Systems, Inc.**