**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

**Storage Technology Corporation v. Cisco Systems, Inc. Civil File No. 00-CV-2253 (JNE/JGL)**

I hereby certify that on April 1, 2005 I caused the following documents:

1. Defendant Cisco Systems, Inc.'s Motion for Attorneys' Fees and Expert Witness Fees;

2. March 30, 2005, Affidavit of Clifford S. Anderson with exhibits;

3. Certificate of Service (for items electronically filed);

4. Notification of Conventional Filing of Defendant Cisco Systems, Inc.'s Motion for Attorneys' Fees and Expert Witness Fees;

5. Notification of Conventional Filing of March 31, 2005, Confidential Affidavit of Clifford S. Anderson with exhibits; and

6. Notification of Conventional Filing of Confidential Declaration of John P.J. Kelly, Ph.D.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Richard P. Mahoney, Esq.
Mahoney, Dougherty and Mahoney
801 Park Avenue
Minneapolis, Minnesota 55404-1189
(612) 339-5863
Fax: (612) 339-1529
Email: rmahoney@mahoney-law.com

I further certify that I caused a copy of the following documents:

1. Defendant Cisco Systems, Inc.'s Motion for Attorneys' Fees and Expert Witness Fees;

2. March 30, 2005, Affidavit of Clifford S. Anderson with exhibits; and

3. Certificate of Service (for items electronically filed);

4. Defendant Cisco Systems, Inc.'s Memorandum of Law in Support of Its Motion for Attorneys' Fees and Expert Witness Fees;

5. March 31, 2005, Confidential Affidavit of Clifford S. Anderson; and

6. Confidential Declaration of John P.J. Kelly, Ph.D.

and the notice of electronic filings for each of the above to be sent by Federal Express Overnight Service per prior agreement of the parties for such services, in a package properly sealed and addressed to the following:

Ernie L. Brooks, Esq.
Brooks & Kushman P.C.
1000 Town Center
Twenty-second Floor
Southfield, MI 48075

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

United States District Judge Joan N. Ericksen
joanericksen_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Ernie L. Brooks, Esq.
ebrooks@brookskushman.com

Richard P. Mahoney, Esq.
rmahoney@mahoney-law.com

DORSEY & WHITNEY LLP

By s/ Clifford S. Anderson___________
Roy A. Ginsburg #123158
Joseph W. Hammell #172698
James D. Kremer (#211461)
Clifford S. Anderson #227201
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

**Attorneys for Defendant Cisco Systems, Inc.**