**AFFIDAVIT OF PERSONAL SERVICE**

STATE OF MINNESOTA )
)SS.
COUNTY OF HENNEPIN )

Re: **Storage Technology Corporation v. Cisco Systems, Inc.**, Court File No. **00-CV2253 (JNE/JGL)**

Andy Smebakken______, being first duly sworn, upon oath, deposes and states that on April 1, 2005 (s)he served a true and correct copy of the following document(s):

1. **Defendant Cisco Systems, Inc.'s Memorandum of Law in Support of Its Motion for Attorneys' Fees and Expert Witness Fees (*filed under seal*);**
2. **March 31, 2005, Confidential Affidavit of Clifford S. Anderson (*filed under seal*); and**
3. **Confidential Declaration of John P.J. Kelly, Ph.D. (*filed under seal*)**

upon:

***Richard P. Mahoney, Esq.***
***MAHONEY, DOUGHERTY AND MAHONEY***
***801 Park Avenue***
***Minneapolis, MN 55404***

therein named personally above the above-listed address, by handing to, and leaving with Samantha O'Connor_, _receptionist______, (a) true and correct copy(ies) thereof.

__s/ Andy Smebakken_____________

Subscribed and sworn to before me
this 4th day of April, 2005.

_s/ Tami A. Hill_______________
Notary Public