UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Storage Technology Corporation,

Plaintiff,

v.

Cisco Systems, Inc.,

Defendant.

---

Civil File No. 00-2253 JNE/JGL

**SECOND AFFIDAVIT OF CLIFFORD S. ANDERSON IN SUPPORT OF CISCO SYSTEMS, INC.'S BILL OF COSTS**

STATE OF MINNESOTA )
) SS:
COUNTY OF HENNEPIN )

**CLIFFORD S. ANDERSON,** being first duly sworn on oath, deposes and states as follows:

1. I am an attorney with the law firm of Dorsey & Whitney LLP, and am one of the attorneys representing defendant Cisco Systems, Inc. ("Cisco") in the above-captioned action.

2. This Second Affidavit is submitted in support of defendant's Bill of Costs and in response to Plaintiff Storage Technology Corporation's ("STK") Opposition to Defendant's Bill of Costs. The matters contained in this Affidavit are based on my personal knowledge.

3. Attached hereto as Exhibit 1 is a true and correct copy of the January 22, 2003, Confidential Affidavit of Clifford S. Anderson that Cisco filed with the Court in support of its summary judgment motion in the above-captioned action.

4. Attached hereto as Exhibit 2 is a true and correct copy of the January 22, 2003, Confidential Affidavit of Joseph W. Hammell that Cisco filed with the Court in support of its summary judgment motion in the above-captioned action.

5. Attached hereto as Exhibit 3 is a true and correct copy of the January 22, 2003, Confidential Affidavit of James D. Kremer that Cisco filed with the Court in support of its summary judgment motion in the above-captioned action.

6. Attached hereto as Exhibit 4 is a true and correct copy of STK's Initial Disclosures dated December 15, 2000.

7. Attached hereto as Exhibit 5 is a chart prepared by my paralegal at my direction listing all witnesses in alphabetical order who were deposed in this action along with other pertinent information. Witnesses whose depositions were noticed by STK are shaded in grey.

8. Attached hereto as Exhibit 6 is a chart prepared by my paralegal at my direction listing all witnesses in the order in which they were deposed in this action along with other pertinent information. Again, witnesses whose depositions were noticed by STK are shaded in grey.

9. On November 5, 2002, Cisco took the deposition of STK's technical expert Brian Berg and one week later STK took the reciprocal deposition of Cisco's technical expert Dr. John Kelly. To the best of my knowledge, Cisco requested an electronic version of the Brian Berg deposition transcript to facilitate preparation of Dr. Kelly for his deposition.

10. Attached hereto as Exhibit 7 is another true and correct copy of James Trapskin's June 17, 2002, invoice to me for the depositions of Jeremy Swift, Timothy Mueggenberg, and Gary Schumacher taken on June 4, 5, and 10, 2002, respectively (also Exhibit B-14 to my first affidavit in support of Cisco's Bill of Costs) along with the underlying back-up data showing how Mr. Trapskin calculated the total bill of $2,260.35. Mr. Trapskin faxed me this information on April 24, 2005, and informs me that the same methodology was used for all court reporting done by him and other court reporters who worked for his firm on depositions noticed by Cisco

in the above-captioned action. The back-up data shows that Mr. Trapskin utilized a rate of $2.75/page and $30 per hour and those rates are consistent with the arrangement Dorsey & Whitney negotiated for all court reporting provided by James M. Trapskin Court Reporting Services for depositions taken by Cisco in the Minneapolis area in the above-captioned action. The back-up data specifically shows each deposition lasted eight hours (8 hours x 3 depositions x $30/hour = $720) and that total pages were 268 (Swift) + 217 (Mueggenberg) + 210 (Schumacher) = 695 x $2.75/page = $1911.25. Additionally, the back-up data shows minor miscellaneous charges for exhibit copying costs of $12.50 (Swift 21 pages x $0.25/page + Mueggenberg 19 pages x $0.25/page + Schumacher 10 x $0.25/page) as well as Exhibit Tabs (24 x $0.40/tab = $9.60) and delivery charges of $7.00. These items add up to the total charge of $2,260.35 (*i.e.*, $720.00 + $1,911.25 + $12.50 + $9.60 + $7.00). Notably, there are no additional charges for the "condensed transcripts, word indexes and ASCII disk[s]" that Mr. Trapskin's firm agreed to provide to our firm on a complimentary basis.

11. Attached hereto as Exhibit 8 is another true and correct copy of James Trapskin's invoice from his court reporter Carol Brausen Engels to my colleague Roy Ginsburg for the deposition of Christopher Van Krevelen taken on June 4, 2002 (also Exhibit B-15 to my first affidavit in support of Cisco's Bill of Costs) along with the underlying back-up data showing how the total bill was calculated. This documentation again shows the $2.75/page rate and $30/hour fee along with incidental minor expenses for copying and postage. Again, there are no additional charges for the "one condensed copy, one ASCII [disk and the], keyword Index" that Mr. Trapskin's firm agreed to provide our firm on a complimentary basis.

12. Attached hereto as Exhibit 9 is a true and correct copy of an Agren Blando Court Reporting & Video, Inc. rate sheet obtained by my paralegal on or about April 21, 2005.

13. Attached hereto as Exhibit 10 is a true and correct copy of an Atkinson-Baker, Inc. Court Reporters rate sheet for Minneapolis, Minnesota. Atkinson-Baker was retained by STK to transcribe depositions noticed by STK in the above-captioned action, most of which occurred in the Minneapolis, Minnesota area.

14. Attached hereto as Exhibit 11 is a true and correct print out of official government mileage rates from the U.S. General Services Administration website.

15. Attached hereto as Exhibit 12 is a website print out from Northwest Airlines showing coach fairs for travel between Santa Barbara, California and Minneapolis, Minnesota with a two week advance purchase on Northwest Airlines. The fares range from $424.80 to $600 per round trip.

16. Attached hereto as Exhibit 13 is a website print out from Travelocity showing coach fairs for travel between Santa Barbara, California and Minneapolis, Minnesota with a two week advance purchase on America West Airlines, American Airlines, Delta Air Lines, United Airlines and Alaska Airlines. The fares range from $393 to $871 per round trip.

17. Attached hereto as Exhibit 14 is a true and correct copy of D. Minn. LR 7.1 (2003).

18. Attached hereto as Exhibit 15 is a true and correct copy of *Hales v. Prudential Ins. Co. of Am.*, 2002 WL 31242213 (D. Minn. Oct. 3, 2002).

19. Attached hereto as Exhibit 16 is a true and correct copy of *Martino v. United States*, 2002 WL 459069 (D. Minn. March 30, 2002).

20. Attached hereto as Exhibit 17 is a true and correct copy of STK's Third Supplemental Responses to Defendant Cisco Systems, Inc.'s First Set of Interrogatories dated August 20, 2002.

FURTHER AFFIANT SAITH NOT.

s/ Clifford S. Anderson
**CLIFFORD S. ANDERSON**

Subscribed and sworn to before me

this 25th day of April, 2005.

s/ Auralee E. Mattson

Notary Public