Anderson Aff. Ex. 4

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

STORAGE TECHNOLOGY CORPORATION,

*Plaintiff,*

-vs-

CISCO SYSTEMS, INC.,

*Defendant.*

/

Civil File No. 00-2253 JMR

# STORAGE TECHNOLOGY CORPORATION'S INITIAL DISCLOSURES

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

Pursuant to Fed. R. Civ. P. 26(a)(1), Storage Technology Corporation ("StorageTek") provides the following Initial Disclosures:

The following individuals are likely to have discoverable information:

1. David A. Peterson, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

2. John Leyes, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

3. Erika Hohenstein, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

4. Ted Schmitz, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

5. John Massey, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

6. George Black, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

7. Don Rog, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

8. Dennis L. Hadders, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

9. Stan Mross, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

10. Mark Schrandt, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

11. Darrin Vickers, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

12. Matt Massey, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

13. Linda P. Sharkey, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

14. Robert J. Lanoux, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

15. Ed Fiore, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

16. Michael Chaffin, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

17. Steve De Groote, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

18. David P. Thompson, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

19. David Huhne, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

20. John W. Motor, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

21. Anthony Beltran, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

22. Daniel Anonen, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

23. Dave Myers, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

24. Craig Johnson, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

25. Mark Bakke, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

26. Timothy Kuik, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

27. Mark Cree, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

28. Clint Jurgens, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

29. Robert Munsey, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

30. Scott Nelson, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

31. Reed Nelson, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

32. Ravi Kavuri, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

33. Robert Bartee, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

34. Peter Hahn, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

35. Jeremy Swift, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

36. Chris Van Krevelen, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

37. Rod Nelson, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

38. Wade Oberpriller, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

39. Steven Phenger, tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

40. Lou Mazzone, tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

41. Kevin Whalen, tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

The following is a description of those documents and things in STK's possession, custody or control which STK may use to support its claims:

1. The employment records of former StorageTek employees who left StorageTek to join NuSpeed/Cisco. These employment records have already been produced.

2. E-mail messages received and sent by employees who left StorageTek to join NuSpeed/Cisco. These e-mail messages currently reside on back-up storage systems at StorageTek's Minnesota Research and Development Center.

3. Slide shows and other visual aids used for oral presentations which demonstrate that NuSpeed's product/technology originated at StorageTek. These documents are located at StorageTek's Minnesota Research and Development Center.

4. Minutes, synopses, summaries, and/or other records of meetings where discussions were held regarding the development/production by StorageTek of the product now marketed by NuSpeed/Cisco. These documents are located at StorageTek's Minnesota Research and Development Center.

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

5. Phone records of out-going calls. These records are located at StorageTek's Minnesota Research and Development Center.

6. Employment handbooks/manuals and other memoranda disseminated by StorageTek to its employees regarding the need to maintain the confidentiality of StorageTek's trade secret information. These documents are located at StorageTek's Minnesota Research and Development Center.

7. Certain technical specifications, drawings, and other technical documents describing the family of products StorageTek conceived, developed and is developing, including StorageTek's SN6000. These documents are located at StorageTek's Minnesota Research and Development Center.

The following is a computation of damages claimed by StorageTek:

1. It is premature for StorageTek to calculate the damages it has suffered. No discovery has been taken. Damages in this case are likely the province of experts. In July, 2000, Cisco announced that it was buying NuSpped, which does not yet have even a product for sale. Cisco's purchase price ($450M), combined with Cisco's initial investment in NuSpeed ($50M), valued NuSpeed at $500 million. This valuation was based on the technology and personnel improperly taken from StorageTek. Accordingly, Cisco's valuation of NuSpeed is a baseline for measuring the damage to StorageTek.

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

The following is a list of insurance agreements under which an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action:

2. None.

Respectfully submitted,

**BROOKS & KUSHMAN P.C.**

BY: ______________________
**ERNIE L. BROOKS**
**THOMAS A. LEWRY**
**SETH E. RODACK**
**PHILIP ABROMATS**
1000 Town Center
Twenty-Second Floor
Southfield, MI 48075
Phone: (248) 358-4400
Fax: (248) 358-3351

*Attorneys for Plaintiff*
*Storage Technology Corporation*

Dated: **December 15, 2000**

**Of Counsel:**

**MAHONEY DORHETY & MAHONEY**
RICHARD P. MAHONEY
801 Park Avenue
Minneapolis, MN 55404
Phone: 612 339-5863

**STORAGE TECHNOLOGY CORP.**
Timothy R. Schulte
2270 South 88th Street
Louisville, Colorado 80028-4309
(303) 673-5989

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

## CERTIFICATE OF SERVICE

I certify that I served:

**STORAGE TECHNOLOGY CORPORATION'S INITIAL DISCLOSURES AND CERTIFICATE OF SERVICE**

on __December 15, 2000__ by:

| | |
|---|---|
| ____ | hand delivering |
| ____ | faxing |
| _X_ | mailing (via First-Class mail) |

a copy to:

Roy A. Ginsburg
Joseph W. Hammell
Thomas J. Vitt
**DORSEY & WHITNEY LLP**
Pillsbury Center South
200 South Sixth Street
Minneapolis, MN 55402

*Attorneys for Defendant*

and

MAHONEY DORHETY & MAHONEY
RICHARD P. MAHONEY
801 Park Avenue
Minneapolis, MN 55404
Phone: 612 339-5863

**STORAGE TECHNOLOGY CORP.**
Timothy R. Schulte
2270 South 88th Street
Louisville, Colorado 80028-4309
(303) 673-5989

CATHERINE E. JONES

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400