Anderson Aff. Ex. 5

Cisco: STK
List of Deponents
Alphabetically

| Deponent | Affiliation | Deposition Date | No. of Pages | Length | STK EE's ID'd in STK Initial Disclosures/ Interrogatory Answers | January 2003 Summary Judgment Affidavit Exhibit Number | March 31, 2005 Anderson Cost Aff., Paragraph/ Exhibit No. |
|---|---|---|---|---|---|---|---|
| Anonen, Daniel | Cisco | 2/21/2002 | 55 | 1 hr. 12 min. | | Anderson Ex. 1 | P6; B-3 |
| Bakke, Mark | Cisco | 5/2/2002 | ·105 | 1 hr. 27 min. | | Anderson Ex. 2 | P12; B-9 |
| Bartee, Robert | STK | 6/28/2002 | 115 | 1 hr. 57 min. | Yes | Anderson Ex. 3; Kremer Ex. V | P25; B-22 |
| Bechtolsheim, Andreas | Cisco | 7/31/2002 | 26 | 40 min. | | Anderson Ex. 4; Kremer Ex. V | P34; B-31 |
| Beeler, Charles | El Dorado Ventures | 7/30/2002 | 68 | 1 hr. 19 min. | | Anderson Ex. 5 | P33; B-30 |
| Beltran, Anthony | Cisco | 5/15/2002 | 92 | 2 hr. 16 min. | | Anderson Ex. 6 | P14; B-11 |
| Berg, Brian | STK Expert | 11/5/2002 | 237 | 7 hrs. 2 min. | Expert | Hammell Ex. 16 | P54; B5 P55; B-52 |
| Black, George | Cisco | 11/1/2002 | 33 | 35 min.* approx. | | Anderson Ex. 7 | P49; B-46 |
| Booth, Mike | STK | 11/11/2002 | 262 | 1 hr. 38 min. | No | Anderson Ex. 8 | P61; B-58 |
| Brower, Robert | STK | 11/11/2002 | 89 | 2 hrs.* approx. | No | Anderson Ex. 9; Kremer Ex. V | P57; B-54 |
| Chaffin, Michael | Cisco | 2/20/2002 | 92 | 2 hrs. 5 min. | | Anderson Ex. 10 | P5; B-2 |
| Cree, Mark | Cisco | 11/12/2002 | 121 | 2 hrs. 32 min. | | Anderson Ex. 13; Kremer Ex. V | P58; B-55 |
| Cree, Mark - 30 (b)(6) | Cisco | 4/2/2002 | 53 | 1 hr. | | Anderson Ex. 12; Kremer Ex. V | P8; B-5 |
| Crozer, Heidi | Cisco | 7/30/2002 | 30 | 30 min. | | Anderson Ex. 14 | P33; B-30 |
| DeGroote, Steven | Cisco | 4/16/2002 | 91 | 1 hr. 8 min. | | Anderson Ex. 15 | P9; B-6 |
| Fiore, Ed | Cisco | 6/2/2002 | 154 | 3 hrs. 22 min. | | Anderson Ex. 16 | P21; B-18 |
| Golio, Nancy | Cisco | 5/14/2002 | 73 | 1 hr. 55 min. | | Anderson Ex. 17 | P13; B-10 |
| Hadders, Dennis | Cisco | 5/16/2002 | 55 | 1 hr. 26 min. | | Anderson Ex. 18 | P15; B-12 |
| Hahn, Peter | STK | 7/1/2002 | 106 | 2 hrs. 43 min. | Yes | Anderson Ex. 19; Kremer Ex. V | P28; B-25 |
| Heinecke, Michael | Cisco | 4/17/2002 | 51 | 1 hr. 14 min. | | Anderson Ex. 20 | P-10; B-7 |

Cisco: STK
List of Deponents
Alphabetically

| Deponent | Affiliation | Deposition Date | No. of Pages | Length | STK EE's ID'd in STK Initial Disclosures/ Interrogatory Answers | January 2003 Summary Judgment Affidavit Exhibit Number | March 31, 2005 Anderson Cost Aff., Paragraph/ Exhibit No. |
|---|---|---|---|---|---|---|---|
| Hinck, Jeffrey | Crescendo Ventures | 7/18/2002 | 68 | 1 hr. 18 min. | | Anderson Ex. 21 | P32; B-29 |
| Hinton, Walter | STK | 10/17/2002 | 249 | 5 hrs. 34 min. | No | Anderson Ex. 22 | P41; B-38 |
| Hoe, Janey - 30 (b)(6) | Cisco | 5/23/2002 | 71 | 1 hr. 52 min. | | Anderson Ex. 11; Kremer Ex. V | P16; B-13 |
| Hohenstein, Erika | Cisco | 5/15/2002 | 60 | 1 hr. 28 min. | | Anderson Ex. 23 | P14; B-11 |
| Hughes, James | STK | 10/15/2002 | 260 | 6 hrs. 31 min. | Yes | Anderson Ex. 24; Kremer Ex. V | P39; B-36 |
| Hughes, James - 30 (b)(6) | STK | 12/17/2002 | 18 | 18 min. | Yes | Anderson Ex. 25 | P62; B-59 |
| Huhne, David | Cisco | 11/1/2002 | 33 | 54 min.* approx. | | Anderson Ex. 26 | P51; B-48 |
| Ingraham, Douglas | Cisco | 7/17/2002 | 104 | 2 hrs. 49 min. | | Anderson Ex. 27 | P30; B-27; P31; B-28 |
| Johnson, Bruce | STK | 9/13/2002 | 159 | 4 hrs. 42 min. | No | Anderson Ex. 28; Kremer Ex. V | P37; B-34 |
| Johnson, Craig | Cisco | 4/16/2002 | 79 | 1 hr. 44 min. | | Anderson Ex. 29 | P9; B-6 |
| Jurgens,Clint | Cisco | 5/1/2002 | 37 | 54 min. | | Anderson Ex. 30; Kremer Ex. V | P11; B-8 |
| Kavuri, Ravi | STK | 9/12/2002 | 350 | 3 hrs. 52 min. | Yes | Anderson Ex. 31; Kremer Ex. V | P35; B-32 |
| Kelly, John | Cisco Expert | 11/12/2002 | 31 | 30 min.* aprox. | | | P60; B-57 |
| Krause, William | STK | 6/11/2002 | 115 | 2 hrs. 55 min. | No | Anderson Ex. 32 | P23; B-20 |
| Kuik, Tim | Cisco | 5/1/2002 | 64 | 1 hr. 22 min. | | Anderson Ex. 33 | P11; B-8 |
| Lanoux, Robert | Cisco | 2/20/2002 | 115 | 2 hrs. 35 min. | | Anderson Ex. 34 | P5; B-2 |
| Leyes, John | Cisco | 2/19/2002 | 68 | 1 hr. 41 min. | | Anderson Ex. 35 | P4; B-1 |
| Lorge, Karie | STK | 10/23/2002 | 123 | 2 hrs. 51 min. | No | Anderson Ex. 36; Hammell Ex. 18 | P43; B-40 |
| Massey, Gregory | STK | 10/23/2002 | 69 | 1 hr. 26 min. | No | Anderson Ex. 37 | P44; B-41 |

Cisco: STK
List of Deponents
Alphabetically

| Deponent | Affiliation | Deposition Date | No. of Pages | Length | STK EE's ID'd in STK Initial Disclosures/ Interrogatory Answers | January 2003 Summary Judgment Affidavit Exhibit Number | March 31, 2005 Anderson Cost Aff., Paragraph/ Exhibit No. |
|---|---|---|---|---|---|---|---|
| Massey, John | Cisco | 11/1/2002 | 37 | 1 hr. 8 min.* approx. | | Anderson Ex. 38 | P50; B-47 |
| Massey, Matthew | Cisco | 5/15/2002 | 29 | 35 min. | | Anderson Ex. 39 | P14; B-11 |
| McCallum, Sheri | STK | 7/9/2002 | 289 | 6 hrs. 25 min. | Yes | Anderson Ex. 40; Hammell Ex. 17 | P26; B-23 |
| Moter, Jon | Cisco | 11/1/2002 | 17 | 17 min.* approx. | | Anderson Ex. 41 | P38; B-45 |
| Mros, Stan | Cisco | 5/14/2002 | 64 | 1 hr. 54 min. | | Anderson Ex. 42 | P13; B-10 |
| Mueggenberg, Timothy | STK | 6/5/2002 | 217 | 8 hrs.* approx. | No | Anderson Ex. 43; Kremer Ex. V | P17; B-14 |
| Munsey, Robert | STK | 7/17/2002 | 59 | 6 hrs. 44 min. | Yes | Anderson Ex. 44 | P29; B-26 |
| Munsey, Robert - 30 (b)(6) | STK | 12/17/2002 | 59 | 1 hr. 18 min. | Yes | Anderson Ex. 45 | P62; B-59 |
| Myers, David | Cisco | 2/19/2002 | 130 | 2 hrs. 11 min. | | Anderson Ex. 46 | P4; B-1 |
| Nantell, Timothy | Cisco Expert | 11/12/2002 | 16 | 20 min.* approx. | | | P59; B-56 |
| Nelson, Reed | STK | 9/12/2002 | 204 | 5 hrs. 58 min. | Yes | Anderson Ex. 47; Kremer Ex. V | P36; B-33 |
| Nelson, Rodney | STK | 6/6/2002 | 201 | 6.5 hrs.* approx. | Yes | Anderson Ex. 48; Kremer Ex. V | P20; B-17 |
| Nelson, Scott | STK | 7/10/2002 | 135 | 3 hrs. 28 min. | Yes | Anderson Ex. 49; Hammell Ex. 19; Kremer Ex. V | P27; B-24 |
| Norton, George | STK Expert | 11/6/2002 | 202 | 5 hrs. | Expert | Kremer Ex. U | P56; B-53 |
| Oberpriller, Wade | STK | 6/5/2002 | 216 | 6 hrs.* approx. | Yes | Anderson Ex. 50 | P19; B-16 |
| Peterson, David | Cisco | 2/21/2002 | 134 | 2 hrs. 11 min. | | Anderson Ex. 51 | P6; B-3 |
| Rog, Don | Cisco | 5/1/2002 | 42 | 57 min. | | Anderson Ex. 52 | P11; B-8 |
| Schmitz, Theodore | Cisco | 6/27/2002 | 107 | 2 hrs. 37 min. | | Anderson Ex. 53 | P24; B-21 |
| Schrandt, Mark | Cisco | 6/6/2002 | 65 | 1 hr. 2 min. | | Anderson Ex. 55 | P21; B-18 |

Cisco: STK
List of Deponents
Alphabetically

| Deponent | Affiliation | Deposition Date | No. of Pages | Length | STK EE's ID'd in STK Initial Disclosures/ Interrogatory Answers | January 2003 Summary Judgment Affidavit Exhibit Number | March 31, 2005 Anderson Cost Aff., Paragraph/ Exhibit No. |
|---|---|---|---|---|---|---|---|
| Schrandt, Mark - 30 (b)(6) | Cisco | 4/1/2002 | 97 | 2 hrs. 17 min. | | Anderson Ex. 54 | P7; B-4 |
| Schulte, Timothy - 30 (b)(6) | STK | 10/16/2002 | 227 | 6 hrs. 17 min. | | Anderson Ex. 56; Kremer Ex. V | P40; B-37 |
| Schumacher, Gary | STK | 6/10/2002 | 210 | 8 hrs.* approx. | | Anderson Ex. 57; Kremer Ex. V | P17; B-14 |
| Sharkey, Linda | Cisco | 10/31/2002 | 23 | 20 min. | | Anderson Ex. 58 | P47; B-44 |
| Sokol-Kraft, Laura | Cisco | 6/27/2002 | 84 | 2 hrs. | | Anderson Ex. 59 | P24; B-21 |
| Spiczka, Darrel | STK | 6/7/2002 | 221 | 5.75 hrs.* approx. | No | Anderson Ex. 60; Kremer Ex. V | P22; B-19 |
| Stafford, Todd | STK | 10/31/2002 | 69 | 1 hr. 52 min. | No | Anderson Ex. 61; Kremer Ex. V | P46; B-43 |
| Stamas, Brad | STK | 9/13/2002 | 264 | 5 hrs. 3 min. | Yes | Anderson Ex. 62; Kremer Ex. V | P38; B-35 |
| Swift, Jeremy | STK | 6/4/2002 | 268 | 8 hrs.* approx. | Yes | Anderson Ex. 63 | P17; B-14 |
| Teske, Don | Cisco | 11/1/2002 | 24 | 23 min.* approx. | | Anderson Ex. 64 | P52; B-49 |
| Thompson, David | Cisco | 5/1/2002 | 77 | 1 hr. 40 min. | | Anderson Ex. 65 | P11; B-8 |
| Tierney, Mike | Cisco | 4/17/2002 | 65 | 1 hr. 41 min. | | | P-10; B-7 |
| Urban, Julie | STK | 10/31/2002 | 99 | 2 hrs. 32 min. | No | Anderson Ex. 66; Kremer Ex. V | P45; B-42 |
| Van Krevelen, Christopher | STK | 6/4/2002 | 218 | 6.5 hrs.* approx. | Yes | Anderson Ex. 67 | P18; B-15 |
| Vickers, Darren | Cisco | 7/17/2002 | 39 | 50 min. | Yes | Anderson Ex. 68 | P30; B-27 |
| Weinzierl, David | Cisco | 5/16/2002 | 66 | 1 hr. 29 min. | | Anderson Ex. 69 | P15; B-12 |
| Weiss, David - 30 (b)(6) | STK | 12/17/2002 | 109 | 1 hr. 40 min.* approx. | No | Anderson Ex. 70 | P62; B-59 |
| Widstrom, Kenneth | Cisco | 7/17/2002 | 35 | 38 min. | | Anderson Ex. 71 | P30; B-27 |
| Woodruff, Roger | Cisco | 11/1/2002 | 18 | 20 min.* approx. | | Anderson Ex. 72 | P53; B-50 |
| Wrabetz, Joan | STK | 10/22/2002 | 297 | 6 hrs. 11 min. | No | Anderson Ex. 73 | P42; B-39 |