**JAMES M. TRAPSKIN**
COURT REPORTING SERVICES
2205 – 30th Avenue South
Minneapolis, Minnesota 55406

(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com

---

# INVOICE

June 17, 2002

Clifford Anderson
Dorsey & Whitney
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: Storage Technology Corp. vs. Cisco Systems, Inc.

---

| | |
|---|---|
| DEPOSITIONS OF: | Jeremy Swift, Timothy Mueggenberg and Gary Schumacher |
| DATES TAKEN: | June 4, 5, 10, 2002 |
| TRANSCRIPT: | Original and one copy, exhibits, condensed transcripts, word indexes and ASCII disk |
| | $2,260.35 |

PLEASE MAKE CHECK PAYABLE TO: JAMES M. TRAPSKIN
(SSN: 470 50 7459)

Thank You

***** PLEASE RETURN ONE COPY OF INVOICE WITH YOUR PAYMENT*****

CLEFT And ARSON

Apps

6-4 = 8 hrs
6-5 - 8
6-10 8

24 X 30 720

Jeremy Swift 268
Tim McGeggerly 217
Schumacher 210

695 = 1911.25

Ex swift 21
Mueggerly 19
Schumacher 10

50 12.50

Toles (24) 9.9.6 9.60

Deli 7.00

2660.35

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Roy A. Ginsburg
Attorney at Law
Dorsey & Whitney, LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498

Re: Storage Technology v. Cisco Systems.

---

Deposition of: Christopher Van Krevelen

Date Taken: June 4, 2002

Transcript: One regular copy, one condensed copy, one ASCII, keyword Index

854.50

~~$ 854.50~~

— [redacted]

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

Thank you

******PLEASE RETURN THIS COPY WITH YOUR PAYMENT******

ROY GINSBURG

2.75 X 218 = 599.50

6.5 X 30 = 195.00

Extras = 50.00

PO. = 10.00

854.50

X %08

68.36