**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

**Storage Technology Corporation v. Cisco Systems, Inc. Civil File No. 00-CV-2253 (JNE/JGL)**

I hereby certify that on April 25, 2005 I caused the following documents:

1. Defendant Cisco Systems, Inc.'s Memorandum of Law in Opposition to "Plaintiff's Opposition to Defendant's Bill of Costs;" and

2. Second Affidavit of Clifford S. Anderson in Support of Cisco Systems, Inc.'s Bill of Costs.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Richard P. Mahoney, Esq.
Mahoney, Dougherty and Mahoney
801 Park Avenue
Minneapolis, Minnesota 55404-1189
(612) 339-5863
Fax: (612) 339-1529
Email: rmahoney@mahoney-law.com

I further certify that I caused a copy of the above documents and the notice of electronic filings for each of the above to be sent by Federal Express Overnight Service per prior agreement of the parties for such services, in a package properly sealed and addressed to the following:

Ernie L. Brooks, Esq.
Brooks & Kushman P.C.
1000 Town Center
Twenty-second Floor
Southfield, MI 48075

DORSEY & WHITNEY LLP

By ___s/ Clifford S. Anderson____
Roy A. Ginsburg #123158
Joseph W. Hammell #172698
James D. Kremer #211461
Clifford S. Anderson #227201
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

**Attorneys for Defendant Cisco Systems, Inc.**