# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**STORAGE TECHNOLOGY CORPORATION,**

*Plaintiff,*

-vs-

**CISCO SYSTEMS, INC.,**

*Defendant.*

_______________________________________/

Civil File No. 00-2253 (MJD/JGL)
Magistrate Judge Jonathan G. Lebedoff
Honorable Joan Ericksen Lancaster

## DECLARATION OF THOMAS A. LEWRY IN SUPPORT OF STORAGETEK'S OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND EXPERT WITNESS FEES

I, **Thomas A. Lewry**, declare:

1. I am an attorney representing Storage Technology Corporation in the above-identified case.

2. Exhibit 1, attached, is a true and accurate copy of the Report of Joseph V. Colaianni dated December 13, 2002.

3. Exhibit 2, attached, is a letter dated October 18, 2000 from Thomas A. Lewry to Hon. James M. Rosenbaum.

4. Exhibit 3, attached, is a true and accurate copy of excerpts from the deposition of James Hughes.

I declare under penalty of perjury that the foregoing is true and correct.

**Date: May 2, 2005**

THOMAS A. LEWRY