# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**STORAGE TECHNOLOGY CORPORATION**,

Civil File No. 00-2253 (MJD/JGL)
Magistrate Judge Jonathan G. Lebedoff
Honorable Joan Ericksen Lancaster

*Plaintiff*,

-vs-

**CISCO SYSTEMS, INC.**,

*Defendant*.

______________________________________/

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2005, I caused the following documents:

**StorageTek's Opposition to Defendant's Motion for Attorneys' Fees and Expert Witness Fees and Declaration of Thomas A. Lewry in Support of StorageTek's Opposition to Defendant's Motion for Attorneys' Fees and Expert Witness Fees**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Clifford S. Anderson | anderson.clifford@dorsey.com, vincent.joni@dorsey.com |
| Roy A. Ginsburg | ginsburg.roy@dorsey.com, kloncz.sandra@dorsey.com |
| Joseph Walter Hammell | hammell.joe@dorseylaw.com |
| J. Thomas Vitt | vitt.thomas@dorsey.com, hesse.karen@dorsey.com |

Dated: May 2, 2005.

MAHONEY, DOUGHERTY AND MAHONEY
Professional Association

/s/ Victor Lund
Victor Lund #160076
Attorneys for Plaintiff
801 Park Avenue
Minneapolis, MN 55404
(612) 339-5863