**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

**Storage Technology Corporation v. Cisco Systems, Inc. Civil File No. 00-CV-2253 (JNE/JGL)**

I hereby certify that on May 16, 2005 I caused the following documents:

1. Defendant Cisco Systems, Inc.'s Reply Memorandum of Law in Support of its Motion for Attorneys' Fees and Expert Witness Fees;

2. Notification of Conventional Filing of May 16, 2005, Confidential Affidavit of Clifford S. Anderson with exhibits;

3. Certificate of Service (for items electronically filed).

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Richard P. Mahoney, Esq.
Mahoney, Dougherty and Mahoney
801 Park Avenue
Minneapolis, Minnesota 55404-1189
(612) 339-5863
Fax: (612) 339-1529
Email: rmahoney@mahoney-law.com

I further certify that I caused a copy of the following documents:

1. Defendant Cisco Systems, Inc.'s Reply Memorandum of Law in Support of its Motion for Attorneys' Fees and Expert Witness Fees;

2. May 16, 2005, Confidential Affidavit of Clifford S. Anderson with exhibits; and

3. Certificate of Service (for items electronically filed).

and the notice of electronic filings for each of the above to be sent by Federal Express Overnight Service per prior agreement of the parties for such services, in a package properly sealed and addressed to the following:

Ernie L. Brooks, Esq.
Brooks & Kushman P.C.
1000 Town Center
Twenty-second Floor
Southfield, MI 48075

DORSEY & WHITNEY LLP

By __s/ Clifford S. Anderson____
Roy A. Ginsburg #123158
Joseph W. Hammell #172698
James D. Kremer (#211461)
Clifford S. Anderson #227201
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

**Attorneys for Defendant Cisco Systems, Inc.**