# AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

Bridget Record, being first duly sworn, on oath, deposes and states that on the 16th day of May, 2005, she served: **the May 16, 2005, Confidential Affidavit of Clifford S. Anderson with exhibits,** upon **Richard P. Mahoney, Esq.,** therein personally at, **801 Park Avenue, Minneapolis, 55404-1189,** County of **Hennepin**, State of **Minnesota**, by handing to and leaving with, **Karen Erickson, receptionist,** true and correct copies thereof.

s/ Bridget Record
Bridget Record
Process Server

Subscribed and sworn to before me
this 17th day of May, 2005.

s/ Tami A. Hill

Court File# 00-2254 (JNE/JGL)