**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Storage Technology Corporation,

Plaintiff, Civil No. 00-2253 (JNE/JGL)

v.

Cisco Systems, Inc.,

Defendant.

COST JUDGMENT

Costs have been taxed and allowed by the Clerk of this Court as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Court Reporter | $36,212.33 | $36,212.33 |
| Fees for Witnesses | $1,061.68 | $1,061.68 |
| Fees for Exemplification and Copies | $4,138.00 | $4,138.00 |
| TOTAL: | $41,412.01 | $41,412.01 |

Costs, therefore, are taxed in the sum of Forty One Thousand Four Hundred Twelve and 01/100 Dollars ($41,412.01) in favor of Defendant Cisco Systems, Inc., and against Plaintiff Storage Technology Corporation, and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of August 23, 2005.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk