**TAXATION OF COSTS SUMMARY**

Civil No. 00-2253 (JNE/JGL)

Storage Technology Corporation,

v.

Cisco Systems, Inc.

---

I. Fees of the Court Reporter

| | | | |
|---|---|---|---|
| Claimed | $36,212.33 | Allowed | $36,212.33 |

II. Fees for Witnesses

| | | | |
|---|---|---|---|
| Claimed | $1,061.68 | Allowed | $1,061.68 |

III. Fees for Exemplification and Copies

| | | | |
|---|---|---|---|
| Claimed | $4,138.00 | Allowed | $4,138.00 |

**TOTAL ALLOWED: $41,412.01**

Dated: August 23, 2005