# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**STORAGE TECHNOLOGY CORPORATION,**

*Plaintiff,*

-vs-

**CISCO SYSTEMS, INC.,**

*Defendant.*

Civil File No. 00-2253 (MJD/JGL)
Magistrate Judge Jonathan G. Lebedoff
Honorable Joan Ericksen Lancaster

## SUPPLEMENTAL DISCLOSURE OF CORPORATE AFFILIATION

Effective September 1, 2005 Storage Technology Corporation is a wholly-owned subsidiary of Sun Microsystems, Inc. Sun owns 100% of the stock of Storage Technology Corporation.

Respectfully submitted

**BROOKS KUSHMAN P.C.**

By: ______________________

**ERNIE L. BROOKS**
**THOMAS A. LEWRY**
**MARC LORELLI**
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400
Fax: (248) 358-3351

*Attorneys for Plaintiff*
*Storage Technology Corporation*

Date: **September 1, 2005**

**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel (248) 358-4400
Fax (248) 358-3351

www.brookskushman.com

**Of Counsel:**

**MAHONEY DOUGHERTY & MAHONEY**
RICHARD P. MAHONEY
VICTOR LUND
801 Park Avenue
Minneapolis, MN 55404
(612) 339-5863

and

**Storage Technology Corp.**
Timothy R. Schulte
2270 South 88th Street
Louisville, Colorado 80028-4309
(303) 673-5989