# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**STORAGE TECHNOLOGY CORPORATION**,

*Plaintiff*,

-vs-

**CISCO SYSTEMS, INC.**,

*Defendant*.

______________________________________/

Civil File No. 00-2253 (JNE/JGL)
Magistrate Judge Jonathan G. Lebedoff
Honorable Joan Ericksen Lancaster

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2005, I caused the following documents:

**SUPPLEMENTAL DISCLOSURE OF CORPORATE AFFILIATION**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Clifford S. Anderson | anderson.clifford@dorsey.com, vincent.joni@dorsey.com |
| Roy A. Ginsburg | ginsburg.roy@dorsey.com, kloncz.sandra@dorsey.com |
| Joseph Walter Hammell | hammell.joe@dorseylaw.com |
| J. Thomas Vitt | vitt.thomas@dorsey.com, hesse.karen@dorsey.com |

Dated: September 1, 2005.

MAHONEY, DOUGHERTY AND MAHONEY
Professional Association

/s/ Richard P. Mahoney
Richard P. Mahoney (6662X)
Attorneys for Plaintiff
801 Park Avenue
Minneapolis, MN 55404
(612) 339-5863