Anderson Aff. Ex. 3

Exhibit A (cont.)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

STORAGE TECHNOLOGY CORPORATION,

Plaintiff,

v.

CISCO SYSTEMS, INC.,

Defendant.

Civil File No. 00-2253 (JEL/JGL)

**CONFIDENTIAL AFFIDAVIT OF JAMES D. KREMER**

**SUBJECT TO PROTECTIVE ORDER**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

1. I am partner with the law firm of Dorsey & Whitney, LLP, counsel for Defendant Cisco Systems, Inc. ("Cisco") in this matter. This Affidavit is submitted in support of Cisco's Motion for Summary Judgment on Damages.

2. Attached hereto as Exhibit A is a true and correct copy of the NuSpeed Business Plan date November 16, 1999.

3. Attached hereto as Exhibit B is a true and correct copy of an April 20, 2000, email from Mark Cree to Charles Beeler and Jeffrey Hinck.

4. Attached hereto as Exhibit C is a true and correct copy of a May 5, 2000, email and attachment from Mark Cree to Janey Hoe and Tod Hays.

5. Attached hereto as Exhibit D is a true and correct copy of the "Project Napolean Discussion Timeline" prepared by Cisco.

6. Attached hereto as Exhibit E is a true and correct copy of a July 21, 2000, email from Robert Salvagno of Cisco attaching a Board of Directors Presentation regarding the NuSpeed acquisition.

16. Attached hereto as Exhibit O is a true and correct copy of the January 8, 2001, Memorandum and Order of Magistrate Judge Erickson in *Transclean Corp. v. Bridgewood Services, Inc.*, Civ. No. 97-2298 (D. Minn. January 8, 2001).

17. Attached hereto as Exhibit P is a true and correct copy of the unpublished opinion in *Wangen v. State Bank of Blomkest*, 1996 WL 665943 (Minn. Ct. App. 1996).

18. Attached hereto as Exhibit Q is a true and correct copy of the unpublished opinion in *Casino Resorts, Inc. v. Monarch Casinos, Inc.*, 1997 WL 793134 (Minn. Ct. App. 1997).

19. Attached hereto as Exhibit R is a true and correct copy of the opinion in *Linkco, Inc. v. Fujitsu Ltd.*, __ F. Supp.2d __, 2002 WL 31538582 (S.D.N.Y. 2002).

20. Attached hereto as Exhibit S is a true and correct copy of the slip opinion in *Newsouth Communications Corp. v. Universal Telephone Co., LLC*, 2002 WL 31246558 (E.D. La. 2002).

21. Attached hereto as Exhibit T is a true and correct copy of the unpublished opinion in *Litton Systems, Inc. v. Ssangyong Cement Indus. Co., Ltd.*, 1997 WL 59360 (Fed. Cir. 1997).

22. Attached hereto as Exhibit U is a true and correct copy of the deposition transcript of George M. Norton.

23. Attached hereto as Exhibit V is a true and correct copy of cited excerpts from the deposition transcripts of Robert Bartee (V1); Andreas Bechtolsheim (V2); Robert Brower (V3); Mark Cree (V4); Mark Cree/Cisco 30(b)(6) (V5); Peter C. Hahn (V6); Janey Ching Iu Hoe (V7); James Hughes (V8); Bruce Johnson (V9); Clint Jurgens (V10); Ravi K. Kavuri (V11); Timothy Mueggenberg (V12); Reed Nelson (V13); Rodney Nelson (V14); Scott Nelson (V15); Timothy Schulte/STK 30(b)(6) (V16); Gary Schumacher (V17); Darrel Spiczka (V18); Todd Stafford (V19); Bradley Stamas (V20); and Julie Urban (V21).

**FURTHER AFFIANT SAYETH NOT**

JAMES D. KREMER

Subscribed and sworn to before me
this 21 day of January, 2003.

Notary Public

KATE Y. R. STEINHORST
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

Anderson Aff. Ex. 4

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

STORAGE TECHNOLOGY CORPORATION,

*Plaintiff,*

-vs-

CISCO SYSTEMS, INC.,

*Defendant.*

/

Civil File No. 00-2253 JMR

## STORAGE TECHNOLOGY CORPORATION'S INITIAL DISCLOSURES

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

Pursuant to Fed. R. Civ. P. 26(a)(1), Storage Technology Corporation ("StorageTek") provides the following Initial Disclosures:

The following individuals are likely to have discoverable information:

1. David A. Peterson, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

2. John Leyes, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

3. Erika Hohenstein, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

4. Ted Schmitz, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

5. John Massey, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

6. George Black, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

7. Don Rog, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

8. Dennis L. Hadders, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

9. Stan Mross, Cisco employee, 6450 Wedgwood Road, Maple Grove. Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

10. Mark Schrandt, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

11. Darrin Vickers, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

12. Matt Massey, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties. corporate raiding, and misappropriation of trade secrets.

13. Linda P. Sharkey, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

14. Robert J. Lanoux, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

15. Ed Fiore, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

16. Michael Chaffin, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

17. Steve De Groote, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

18. David P. Thompson, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

19. David Huhne, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

20. John W. Motor, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

21. Anthony Beltran, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

22. Daniel Anonen, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

23. Dave Myers, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

24. Craig Johnson, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

25. Mark Bakke, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

26. Timothy Kuik, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

27. Mark Cree, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

28. Clint Jurgens, Cisco employee, 6450 Wedgwood Road, Maple Grove, Minnesota 55311 (763-398-1000), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

29. Robert Munsey, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

30. Scott Nelson, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

31. Reed Nelson, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

32. Ravi Kavuri, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

33. Robert Bartee, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

34. Peter Hahn, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

35. Jeremy Swift, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

36. Chris Van Krevelen, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

37. Rod Nelson, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

38. Wade Oberpriller, StorageTek employee, Research and Development Center, 7600 Boone Avenue North, Minneapolis, Minnesota 55428 (612-339-6161), tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400

39. Steven Phenger, tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

40. Lou Mazzone, tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

41. Kevin Whalen, tortious interference, conversion, breach of fiduciary duties, corporate raiding, and misappropriation of trade secrets.

The following is a description of those documents and things in STK's possession, custody or control which STK may use to support its claims:

1. The employment records of former StorageTek employees who left StorageTek to join NuSpeed/Cisco. These employment records have already been produced.

2. E-mail messages received and sent by employees who left StorageTek to join NuSpeed/Cisco. These e-mail messages currently reside on back-up storage systems at StorageTek's Minnesota Research and Development Center.

3. Slide shows and other visual aids used for oral presentations which demonstrate that NuSpeed's product/technology originated at StorageTek. These documents are located at StorageTek's Minnesota Research and Development Center.

4. Minutes, synopses, summaries, and/or other records of meetings where discussions were held regarding the development/production by StorageTek of the product now marketed by NuSpeed/Cisco. These documents are located at StorageTek's Minnesota Research and Development Center.

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

5. Phone records of out-going calls. These records are located at StorageTek's Minnesota Research and Development Center.

6. Employment handbooks/manuals and other memoranda disseminated by StorageTek to its employees regarding the need to maintain the confidentiality of StorageTek's trade secret information. These documents are located at StorageTek's Minnesota Research and Development Center.

7. Certain technical specifications, drawings, and other technical documents describing the family of products StorageTek conceived, developed and is developing, including StorageTek's SN6000. These documents are located at StorageTek's Minnesota Research and Development Center.

The following is a computation of damages claimed by StorageTek:

1. It is premature for StorageTek to calculate the damages it has suffered. No discovery has been taken. Damages in this case are likely the province of experts. In July, 2000, Cisco announced that it was buying NuSpped, which does not yet have even a product for sale. Cisco's purchase price ($450M), combined with Cisco's initial investment in NuSpeed ($50M), valued NuSpeed at $500 million. This valuation was based on the technology and personnel improperly taken from StorageTek. Accordingly, Cisco's valuation of NuSpeed is a baseline for measuring the damage to StorageTek.

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
(248) 358-4400

The following is a list of insurance agreements under which an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action:

2. None.

Respectfully submitted,

BROOKS & KUSHMAN P.C.

BY: ______________________

**ERNIE L. BROOKS**
**THOMAS A. LEWRY**
**SETH E. RODACK**
**PHILIP ABROMATS**
1000 Town Center
Twenty-Second Floor
Southfield, MI 48075
Phone: (248) 358-4400
Fax: (248) 358-3351

*Attorneys for Plaintiff*
*Storage Technology Corporation*

Dated: <u>December 15, 2000</u>

**<u>Of Counsel:</u>**

**MAHONEY DORHETY & MAHONEY**
RICHARD P. MAHONEY
801 Park Avenue
Minneapolis, MN 55404
Phone: 612 339-5863

**STORAGE TECHNOLOGY CORP.**
Timothy R. Schulte
2270 South 88th Street
Louisville, Colorado 80028-4309
(303) 673-5989

**CERTIFICATE OF SERVICE**

I certify that I served:

**STORAGE TECHNOLOGY CORPORATION'S INITIAL DISCLOSURES AND CERTIFICATE OF SERVICE**

on December 15, 2000 by:

| | |
|---|---|
| ____ | hand delivering |
| ____ | faxing |
| X | mailing (via First-Class mail) |

a copy to:

Roy A. Ginsburg
Joseph W. Hammell
Thomas J. Vitt
**DORSEY & WHITNEY LLP**
Pillsbury Center South
200 South Sixth Street
Minneapolis, MN 55402

*Attorneys for Defendant*

and

**MAHONEY DORHETY & MAHONEY**
RICHARD P. MAHONEY
801 Park Avenue
Minneapolis, MN 55404
Phone: 612 339-5863

**STORAGE TECHNOLOGY CORP.**
Timothy R. Schulte
2270 South 88th Street
Louisville, Colorado 80028-4309
(303) 673-5989

CATHERINE E. JONES

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400

Anderson Aff. Ex. 5

Cisco: STK
List of Deponents
Alphabetically

| Deponent | Affiliation | Deposition Date | No. of Pages | Length | STK EE's ID'd in STK Initial Disclosures/ Interrogatory Answers | January 2003 Summary Judgment Affidavit Exhibit Number | March 31, 2005 Anderson Cost Aff., Paragraph/ Exhibit No. |
|---|---|---|---|---|---|---|---|
| Anonen, Daniel | Cisco | 2/21/2002 | 55 | 1 hr. 12 min. | | Anderson Ex. 1 | P6; B-3 |
| Bakke, Mark | Cisco | 5/2/2002 | ·105 | 1 hr. 27 min. | | Anderson Ex. 2 | P12; B-9 |
| Bartee, Robert | STK | 6/28/2002 | 115 | 1 hr. 57 min. | Yes | Anderson Ex. 3; Kremer Ex. V | P25; B-22 |
| Bechtolsheim, Andreas | Cisco | 7/31/2002 | 26 | 40 min. | | Anderson Ex. 4; Kremer Ex. V | P34; B-31 |
| Beeler, Charles | El Dorado Ventures | 7/30/2002 | 68 | 1 hr. 19 min. | | Anderson Ex. 5 | P33; B-30 |
| Beltran, Anthony | Cisco | 5/15/2002 | 92 | 2 hr. 16 min. | | Anderson Ex. 6 | P14; B-11 |
| Berg, Brian | STK Expert | 11/5/2002 | 237 | 7 hrs. 2 min. | Expert | Hammell Ex. 16 | P54; B5; P55; B-52 |
| Black, George | Cisco | 11/1/2002 | 33 | 35 min.* approx. | | Anderson Ex. 7 | P49; B-46 |
| Booth, Mike | STK | 11/11/2002 | 262 | 1 hr. 38 min. | No | Anderson Ex. 8 | P61; B-58 |
| Brower, Robert | STK | 11/11/2002 | 89 | 2 hrs. approx. | No | Anderson Ex. 9; Kremer Ex. V | P57; B-54 |
| Chaffin, Michael | Cisco | 2/20/2002 | 92 | 2 hrs. 5 min. | | Anderson Ex. 10 | P5; B-2 |
| Cree, Mark | Cisco | 11/12/2002 | 121 | 2 hrs. 32 min. | | Anderson Ex. 13; Kremer Ex. V | P58; B-55 |
| Cree, Mark - 30 (b)(6) | Cisco | 4/2/2002 | 53 | 1 hr. | | Anderson Ex. 12; Kremer Ex. V | P8; B-5 |
| Crozer, Heidi | Cisco | 7/30/2002 | 30 | 30 min. | | Anderson Ex. 14 | P33; B-30 |
| DeGroote, Steven | Cisco | 4/16/2002 | 91 | 1 hr. 8 min. | | Anderson Ex. 15 | P9; B-6 |
| Fiore, Ed | Cisco | 6/2/2002 | 154 | 3 hrs. 22 min. | | Anderson Ex. 16 | P21; B-18 |
| Golio, Nancy | Cisco | 5/14/2002 | 73 | 1 hr. 55 min. | | Anderson Ex. 17 | P13; B-10 |
| Hadders, Dennis | Cisco | 5/16/2002 | 55 | 1 hr. 26 min. | | Anderson Ex. 18 | P15; B-12 |
| Hahn, Peter | STK | 7/1/2002 | 106 | 2 hrs. 43 min. | Yes | Anderson Ex. 19; Kremer Ex. V | P28; B-25 |
| Heinecke, Michael | Cisco | 4/17/2002 | 51 | 1 hr. 14 min. | | Anderson Ex. 20 | P-10; B-7 |

Cisco: STK
List of Deponents
Alphabetically

| Deponent | Affiliation | Deposition Date | No. of Pages | Length | STK EE's ID'd in STK Initial Disclosures/ Interrogatory Answers | January 2003 Summary Judgment Affidavit Exhibit Number | March 31, 2005 Anderson Cost Aff., Paragraph/ Exhibit No. |
|---|---|---|---|---|---|---|---|
| Hinck, Jeffrey | Crescendo Ventures | 7/18/2002 | 68 | 1 hr. 18 min. | | Anderson Ex. 21 | P32; B-29 |
| Hinton, Walter | STK | 10/17/2002 | 249 | 5 hrs. 34 min. | No | Anderson Ex. 22 | P41; B-38 |
| Hoe, Janey - 30 (b)(6) | Cisco | 5/23/2002 | 71 | 1 hr. 52 min. | | Anderson Ex. 11; Kremer Ex. V | P16; B-13 |
| Hohenstein, Erika | Cisco | 5/15/2002 | 60 | 1 hr. 28 min. | | Anderson Ex. 23 | P14; B-11 |
| Hughes, James | STK | 10/15/2002 | 260 | 6 hrs. 31 min. | Yes | Anderson Ex. 24; Kremer Ex. V | P39; B-36 |
| Hughes, James 30(b)(6) | STK | 12/17/2002 | 18 | 18 min. | Yes | Anderson Ex. 25 | P62; B-59 |
| Huhne, David | Cisco | 11/1/2002 | 33 | 54 min.* approx. | | Anderson Ex. 26 | P51; B-48 |
| Ingraham, Douglas | Cisco | 7/17/2002 | 104 | 2 hrs. 49 min. | | Anderson Ex. 27 | P30; B-27; P31; B-28 |
| Johnson, Bruce | STK | 9/13/2002 | 159 | 4 hrs. 42 min. | No | Anderson Ex. 28; Kremer Ex. V | P37; B-34 |
| Johnson, Craig | Cisco | 4/16/2002 | 79 | 1 hr. 44 min. | | Anderson Ex. 29 | P9; B-6 |
| Jurgens,Clint | Cisco | 5/1/2002 | 37 | 54 min. | | Anderson Ex. 30; Kremer Ex. V | P11; B-8 |
| Kavuri, Ravi | STK | 9/12/2002 | 350 | 3 hrs. 52 min. | Yes | Anderson Ex. 31; Kremer Ex. V | P35; B-32 |
| Kelly, John | Cisco Expert | 11/12/2002 | 31 | 30 min.* aprox. | | | P60; B-57 |
| Krause, William | STK | 6/11/2002 | 115 | 2 hrs. 55 min. | No | Anderson Ex. 32 | P23; B-20 |
| Kuik, Tim | Cisco | 5/1/2002 | 64 | 1 hr. 22 min. | | Anderson Ex. 33 | P11; B-8 |
| Lanoux, Robert | Cisco | 2/20/2002 | 115 | 2 hrs. 35 min. | | Anderson Ex. 34 | P5; B-2 |
| Leyes, John | Cisco | 2/19/2002 | 68 | 1 hr. 41 min. | | Anderson Ex. 35 | P4; B-1 |
| Lorge, Kare | STK | 10/23/2002 | 123 | 2 hrs. 51 min. | No | Anderson Ex. 36; Hammell Ex. 18 | P43; B-40 |
| Massey, Gregory | STK | 10/23/2002 | 69 | 1 hr. 26 min. | No | Anderson Ex. 37 | P44; B-41 |

Cisco: STK
List of Deponents
Alphabetically

| Deponent | Affiliation | Deposition Date | No. of Pages | Length | STK EE's ID'd in STK Initial Disclosures/ Interrogatory Answers | January 2003 Summary Judgment Affidavit Exhibit Number | March 31, 2005 Anderson Cost Aff., Paragraph/ Exhibit No. |
|---|---|---|---|---|---|---|---|
| Massey, John | Cisco | 11/1/2002 | 37 | 1 hr. 8 min.* approx. | | Anderson Ex. 38 | P50; B-47 |
| Massey, Matthew | Cisco | 5/15/2002 | 29 | 35 min. | | Anderson Ex. 39 | P14; B-11 |
| McCallum, Sheri | STK | 7/9/2002 | 289 | 6 hrs. 25 min. | Yes | Anderson Ex. 40 Hammel Ex. 17 | P26; B-23 |
| Moter, Jon | Cisco | 11/1/2002 | 17 | 17 min.* approx. | | Anderson Ex. 41 | P38; B-45 |
| Mros, Stan | Cisco | 5/14/2002 | 64 | 1 hr. 54 min. | | Anderson Ex. 42 | P13; B-10 |
| Mueggenberg, Timothy | STK | 6/5/2002 | 217 | 8 hrs. approx. | No | Anderson Ex. 43 Kremer Ex. V | P17; B-14 |
| Munsey, Robert | STK | 7/17/2002 | 59 | 6 hrs. 44 min. | Yes | Anderson Ex. 44 | P29; B-26 |
| Munsey, Robert - 30 (b)(6) | STK | 12/17/2002 | 59 | 1 hr. 18 min. | Yes | Anderson Ex. 45 | P62; B-59 |
| Myers, David | Cisco | 2/19/2002 | 130 | 2 hrs. 11 min. | | Anderson Ex. 46 | P4; B-1 |
| Nantell, Timothy | Cisco Expert | 11/12/2002 | 16 | 20 min.* approx. | | | P59; B-56 |
| Nelson, Reed | STK | 9/12/2002 | 204 | 5 hrs. 58 min. | Yes | Anderson Ex. 47 Kremer Ex. V | P36; B-33 |
| Nelson, Rodney | STK | 6/6/2002 | 201 | 6.5 hrs. approx. | Yes | Anderson Ex. 48 Kremer Ex. V | P20; B-17 |
| Nelson, Scott | STK | 7/10/2002 | 135 | 3 hrs. 28 min. | Yes | Anderson Ex. 49 Hammel Ex. 19 Kremer Ex. V | P27; B-24 |
| Norton, George | STK Expert | 11/6/2002 | 202 | 5 hrs. | Expert | Kremer Ex. U | P56; B-53 |
| Oberpriller, Wade | STK | 6/5/2002 | 216 | 6 hrs. approx. | Yes | Anderson Ex. 50 | P19; B-16 |
| Peterson, David | Cisco | 2/21/2002 | 134 | 2 hrs. 11 min. | | Anderson Ex. 51 | P6; B-3 |
| Rog, Don | Cisco | 5/1/2002 | 42 | 57 min. | | Anderson Ex. 52 | P11; B-8 |
| Schmitz, Theodore | Cisco | 6/27/2002 | 107 | 2 hrs. 37 min. | | Anderson Ex. 53 | P24; B-21 |
| Schrandt, Mark | Cisco | 6/6/2002 | 65 | 1 hr. 2 min. | | Anderson Ex. 55 | P21; B-18 |

Cisco: STK
List of Deponents
Alphabetically

| Deponent | Affiliation | Deposition Date | No. of Pages | Length | STK EE's ID'd in STK Initial Disclosures/ Interrogatory Answers | January 2003 Summary Judgment Affidavit Exhibit Number | March 31, 2005 Anderson Cost Aff., Paragraph/ Exhibit No. |
|---|---|---|---|---|---|---|---|
| Schrandt, Mark - 30 (b)(6) | Cisco | 4/1/2002 | 97 | 2 hrs. 17 min. | | Anderson Ex. 54 | P7; B-4 |
| Schulte, Timothy - 30 (b)(6) | STK | 10/16/2002 | 227 | 6 hrs. 17 min. | | Anderson Ex. 56 Kremer Ex. V | P40; B-37 |
| Schumacher, Gary | STK | 6/10/2002 | 210 | 8 hrs. approx. | | Anderson Ex. 57 Kremer Ex. V | P17; B-14 |
| Sharkey, Linda | Cisco | 10/31/2002 | 23 | 20 min. | | Anderson Ex. 58 | P47; B-44 |
| Sokol-Kraft, Laura | Cisco | 6/27/2002 | 84 | 2 hrs. | | Anderson Ex. 59 | P24; B-21 |
| Spiczka, Darrel | STK | 6/7/2002 | 221 | 5.75 hrs. approx. | No | Anderson Ex. 60 Kremer Ex. V | P22; B-19 |
| Stafford, Todd | STK | 10/31/2002 | 69 | 1 hr. 52 min. | No | Anderson Ex. 61 Kremer Ex. V | P46; B-43 |
| Stamas, Brad | STK | 9/13/2002 | 264 | 5 hrs. 3 min. | Yes | Anderson Ex. 62 Kremer Ex. V | P38; B-35 |
| Swift, Jeremy | STK | 6/4/2002 | 268 | 8 hrs. approx. | Yes | Anderson Ex. 63 | P17; B-14 |
| Teske, Don | Cisco | 11/1/2002 | 24 | 23 min.* approx. | | Anderson Ex. 64 | P52; B-49 |
| Thompson, David | Cisco | 5/1/2002 | 77 | 1 hr. 40 min. | | Anderson Ex. 65 | P11; B-8 |
| Tierney, Mike | Cisco | 4/17/2002 | 65 | 1 hr. 41 min. | | | P-10; B-7 |
| Urban, Julie | STK | 10/31/2002 | 99 | 2 hrs. 32 min. | No | Anderson Ex. 66 Kremer Ex. V | P45; B-42 |
| VanKrevelen, Christopher | STK | 6/4/2002 | 218 | 6.5 hrs. approx. | Yes | Anderson Ex. 67 | P18; B-15 |
| Vickers, Darren | Cisco | 7/17/2002 | 39 | 50 min. | Yes | Anderson Ex. 68 | P30; B-27 |
| Weinzierl, David | Cisco | 5/16/2002 | 66 | 1 hr. 29 min. | | Anderson Ex. 69 | P15; B-12 |
| Weiss, David - 30 (b)(6) | STK | 12/17/2002 | 109 | 1 hr. 40 min. approx. | No | Anderson Ex. 70 | P62; B-59 |
| Widstrom, Kenneth | Cisco | 7/17/2002 | 35 | 38 min. | | Anderson Ex. 71 | P30; B-27 |
| Woodruff, Roger | Cisco | 11/1/2002 | 18 | 20 min.* approx. | | Anderson Ex. 72 | P53; B-50 |
| Wrabetz, Joan | STK | 10/22/2002 | 297 | 6 hrs. 11 min. | No | Anderson Ex. 73 | P42; B-39 |

Anderson Aff. Ex. 6

Cisco: STK
List of Deponents
Chronologically

| Deponent | Affiliation | Deposition Date | No. of Pages | Length | STK EE's ID'd in STK Initial Disclosures/ Interrogatory Answers | January 2003 Summary Judgment Affidavit Exhibit Number | March 31, 2005 Anderson Cost Aff., Paragraph/ Exhibit No. |
|---|---|---|---|---|---|---|---|
| Leyes, John | Cisco | 2/19/2002 | 68 | 1 hr. 41 min. | | Anderson Ex. 35 | P4; B-1 |
| Myers, David | Cisco | 2/19/2002 | 130 | 2 hrs. 11 min. | | Anderson Ex. 46 | P4; B-1 |
| Chaffin, Michael | Cisco | 2/20/2002 | 92 | 2 hrs. 5 min. | | Anderson Ex. 10 | P5; B-2 |
| Lanoux, Robert | Cisco | 2/20/2002 | 115 | 2 hrs. 35 min. | | Anderson Ex. 34 | P5; B-2 |
| Anonen, Daniel | Cisco | 2/21/2002 | 55 | 1 hr. 12 min. | | Anderson Ex. 1 | P6; B-3 |
| Peterson, David | Cisco | 2/21/2002 | 134 | 2 hrs. 11 min. | | Anderson Ex. 51 | P6; B-3 |
| Schrandt, Mark - 30 (b)(6) | Cisco | 4/1/2002 | 97 | 2 hrs. 17 min. | | Anderson Ex. 54 | P7; B-4 |
| Cree, Mark - 30 (b)(6) | Cisco | 4/2/2002 | 53 | 1 hr. | | Anderson Ex. 12; Kremer Ex. V | P8; B-5 |
| DeGroote, Steven | Cisco | 4/16/2002 | 91 | 1 hr. 8 min. | | Anderson Ex. 15 | P9; B-6 |
| Johnson, Craig | Cisco | 4/16/2002 | 79 | 1 hr. 44 min. | | Anderson Ex. 29 | P9; B-6 |
| Heinecke, Michael | Cisco | 4/17/2002 | 51 | 1 hr. 14 min. | | Anderson Ex. 20 | P-10; B-7 |
| Tierney, Mike | Cisco | 4/17/2002 | 65 | 1 hr. 41 min. | | | P-10; B-7 |
| Jurgens,Clint | Cisco | 5/1/2002 | 37 | 54 min. | | Anderson Ex. 30; Kremer Ex. V | P11; B-8 |
| Kuik, Tim | Cisco | 5/1/2002 | 64 | 1 hr. 22 min. | | Anderson Ex. 33 | P11; B-8 |
| Rog, Don | Cisco | 5/1/2002 | 42 | 57 min. | | Anderson Ex. 52 | P11; B-8 |
| Thompson, David | Cisco | 5/1/2002 | 77 | 1 hr. 40 min. | | Anderson Ex. 65 | P11; B-8 |
| Bakke, Mark | Cisco | 5/2/2002 | 105 | 1 hr. 27 min. | | Anderson Ex. 2 | P12; B-9 |
| Golio, Nancy | Cisco | 5/14/2002 | 73 | 1 hr. 55 min. | | Anderson Ex. 17 | P13; B-10 |
| Mros, Stan | Cisco | 5/14/2002 | 64 | 1 hr. 54 min. | | Anderson Ex. 42 | P13; B-10 |
| Beltran, Anthony | Cisco | 5/15/2002 | 92 | 2 hr. 16 min. | | Anderson Ex. 6 | P14; B-11 |
| Hohenstein, Erika | Cisco | 5/15/2002 | 60 | 1 hr. 28 min. | | Anderson Ex. 23 | P14; B-11 |
| Massey, Matthew | Cisco | 5/15/2002 | 29 | 35 min. | | Anderson Ex. 39 | P14; B-11 |
| Hadders, Dennis | Cisco | 5/16/2002 | 55 | 1 hr. 26 min. | | Anderson Ex. 18 | P15; B-12 |
| Weinzierl, David | Cisco | 5/16/2002 | 66 | 1 hr. 29 min. | | Anderson Ex. 69 | P15; B-12 |

Cisco: STK
List of Deponents
Chronologically

| Deponent | Affiliation | Deposition Date | No. of Pages | Length | STK EE's ID'd in STK Initial Disclosures/ Interrogatory Answers | January 2003 Summary Judgment Affidavit Exhibit Number | March 31, 2005 Anderson Cost Aff., Paragraph/ Exhibit No. |
|---|---|---|---|---|---|---|---|
| Hoe, Janey - 30 (b)(6) | Cisco | 5/23/2002 | 71 | 1 hr. 52 min. | | Anderson Ex. 11; Kremer Ex. V | P16; B-13 |
| Fiore, Ed | Cisco | 6/2/2002 | 154 | 3 hrs. 22 min. | | Anderson Ex. 16 | P21; B-18 |
| Swift, Jeremy | STK | 6/4/2002 | 268 | 8 hrs. approx. | Yes | Anderson Ex. 63 | P17; B-14 |
| Van Kreveien, Christopher | STK | 6/4/2002 | 218 | 6.5 hrs. approx. | Yes | Anderson Ex. 67 | P18; B-15 |
| Mueggenberg, Timothy | STK | 6/5/2002 | 217 | 8 hrs. approx. | No | Anderson Ex. 43; Kremer Ex. V | P17; B-14 |
| Oberpriller, Wade | STK | 6/5/2002 | 216 | 6 hrs. approx. | Yes | Anderson Ex. 50 | P19; B-16 |
| Nelson, Rodney | STK | 6/6/2002 | 201 | 6.5 hrs. approx. | Yes | Anderson Ex. 48; Kremer Ex. V | P20; B-17 |
| Schrandt, Mark | Cisco | 6/6/2002 | 65 | 1 hr. 2 min. | | Anderson Ex. 55 | P21; B-18 |
| Spiczka, Darrel | STK | 6/7/2002 | 221 | 5.75 hrs. approx. | No | Anderson Ex. 60; Kremer Ex. V | P22; B-19 |
| Schumacher, Gary | STK | 6/10/2002 | 210 | 8 hrs. approx. | | Anderson Ex. 57; Kremer Ex. V | P17; B-14 |
| Krause, William | STK | 6/11/2002 | 115 | 2 hrs. 55 min. | No | Anderson Ex. 32 | P23; B-20 |
| Schmitz, Theodore | Cisco | 6/27/2002 | 107 | 2 hrs. 37 min. | | Anderson Ex. 53 | P24; B-21 |
| Sokol-Kraft, Laura | Cisco | 6/27/2002 | 84 | 2 hrs. | | Anderson Ex. 59 | P24; B-21 |
| Bartee, Robert | STK | 6/28/2002 | 115 | 1 hr. 57 min. | Yes | Anderson Ex. 3; Kremer Ex. V | P25; B-22 |
| Hahn, Peter | STK | 7/1/2002 | 106 | 2 hrs. 43 min. | Yes | Anderson Ex. 19; Kremer Ex. V | P28; B-25 |
| McCallum, Sheri | STK | 7/9/2002 | 289 | 6 hrs. 25 min. | Yes | Anderson Ex. 40; Hammell Ex. 17 | P26; B-23 |
| Nelson, Scott | STK | 7/10/2002 | 135 | 3 hrs. 28 min. | Yes | Anderson Ex. 49; Hammell Ex. 19; Kremer Ex. V | P27; B-24 |

Cisco: STK
List of Deponents
Chronologically

| Deponent | Affiliation | Deposition Date | No. of Pages | Length | STK EE's ID'd in STK Initial Disclosures/ Interrogatory Answers | January 2003 Summary Judgment Affidavit Exhibit Number | March 31, 2005 Anderson Cost Aff., Paragraph/ Exhibit No. |
|---|---|---|---|---|---|---|---|
| Ingraham, Douglas | Cisco | 7/17/2002 | 104 | 2 hrs. 49 min. | | Anderson Ex. 27 | P30; B-27; P31; B-28 |
| Munsey, Robert | STK | 7/17/2002 | 59 | 6 hrs. 44 min. | Yes | Anderson Ex. 44 | P29; B-26 |
| Vickers, Darren | Cisco | 7/17/2002 | 39 | 50 min. | Yes | Anderson Ex. 68 | P30; B-27 |
| Widstrom, Kenneth | Cisco | 7/17/2002 | 35 | 38 min. | | Anderson Ex. 71 | P30; B-27 |
| Hinck, Jeffrey | Crescendo Ventures | 7/18/2002 | 68 | 1 hr. 18 min. | | Anderson Ex. 21 | P32; B-29 |
| Beeler, Charles | El Dorado Ventures | 7/30/2002 | 68 | 1 hr. 19 min. | | Anderson Ex. 5 | P33; B-30 |
| Crozer, Heidi | Cisco | 7/30/2002 | 30 | 30 min. | | Anderson Ex. 14 | P33; B-30 |
| Bechtolsheim, Andreas | Cisco | 7/31/2002 | 26 | 40 min. | | Anderson Ex. 4; Kremer Ex. V | P34; B-31 |
| Kavuri, Ravi | STK | 9/12/2002 | 350 | 3 hrs. 52 min. | Yes | Anderson Ex. 31; Kremer Ex. V | P35; B-32 |
| Nelson, Reed | STK | 9/12/2002 | 204 | 5 hrs. 58 min. | Yes | Anderson Ex. 47; Kremer Ex. V | P36; B-33 |
| Johnson, Bruce | STK | 9/13/2002 | 159 | 4 hrs. 42 min. | No | Anderson Ex. 28; Kremer Ex. V | P37; B-34 |
| Stamas, Brad | STK | 9/13/2002 | 264 | 5 hrs. 3 min. | Yes | Anderson Ex. 62; Kremer Ex. V | P38; B-35 |
| Hughes, James | STK | 10/15/2002 | 260 | 6 hrs. 31 min. | Yes | Anderson Ex. 24; Kremer Ex. V | P39; B-36 |
| Schulte, Timothy 30(b)(6) | STK | 10/16/2002 | 227 | 6 hrs. 17 min. | | Anderson Ex. 56; Kremer Ex. V | P40; B-37 |
| Hinton, Walter | STK | 10/17/2002 | 249 | 5 hrs. 34 min. | No | Anderson Ex. 22 | P41; B-38 |
| Wrabetz, Joan | STK | 10/22/2002 | 297 | 6 hrs. 11 min. | No | Anderson Ex. 73 | P42; B-39 |
| Lorge, Karie | STK | 10/23/2002 | 123 | 2 hrs. 51 min. | No | Anderson Ex. 36; Hammell Ex. 18 | P43; B-40 |
| Massey, Gregory | STK | 10/28/2002 | 69 | 1 hr. 26 min. | No | Anderson Ex. 37 | P44; B-41 |

Cisco: STK
List of Deponents
Chronologically

| Deponent | Affiliation | Deposition Date | No. of Pages | Length | STK EE's ID'd in STK Initial Disclosures/ Interrogatory Answers | January 2003 Summary Judgment Affidavit Exhibit Number | March 31, 2005 Anderson Cost Aff., Paragraph/ Exhibit No. |
|---|---|---|---|---|---|---|---|
| Sharkey, Linda | Cisco | 10/31/2002 | 23 | 20 min. | | Anderson Ex. 58 | P47; B-44 |
| Stafford, Todd | STK | 10/31/2002 | 69 | 1 hr. 52 min. | No | Anderson Ex. 61; Kremer Ex. V | P46; B-43 |
| Urban, Julie | STK | 10/31/2002 | 99 | 2 hrs. 32 min. | No | Anderson Ex. 66; Kremer Ex. V | P45; B-42 |
| Black, George | Cisco | 11/1/2002 | 33 | 35 min.* approx. | | Anderson Ex. 7 | P49; B-46 |
| Huhne, David | Cisco | 11/1/2002 | 33 | 54 min.* approx. | | Anderson Ex. 26 | P51; B-48 |
| Massey, John | Cisco | 11/1/2002 | 37 | 1 hr. 8 min.* approx. | | Anderson Ex. 38 | P50; B-47 |
| Moter, Jon | Cisco | 11/1/2002 | 17 | 17 min.* approx. | | Anderson Ex. 41 | P38; B-45 |
| Teske, Don | Cisco | 11/1/2002 | 24 | 23 min.* approx. | | Anderson Ex. 64 | P52; B-49 |
| Woodruff, Roger | Cisco | 11/1/2002 | 18 | 20 min.* approx. | | Anderson Ex. 72 | P53; B-50 |
| Berg, Brian | STK Expert | 11/5/2002 | 237 | 7 hrs. 2 min. | Expert | Hammell Ex. 16 | P54; B5; P55; B-52 |
| Norton, George | STK Expert | 11/6/2002 | 202 | 5 hrs. | Expert | Kremer Ex. U | P56; B-53 |
| Booth, Mike | STK | 11/11/2002 | 262 | 1 hr. 38 min. | No | Anderson Ex. 8 | P61; B-58 |
| Brower, Robert | STK | 11/11/2002 | 89 | 2 hrs. approx. | No | Anderson Ex. 9; Kremer Ex. V | P57; B-54 |
| Cree, Mark | Cisco | 11/12/2002 | 121 | 2 hrs. 32 min. | | Anderson Ex. 13; Kremer Ex. V | P58; B-55 |
| Kelly, John | Cisco Expert | 11/12/2002 | 31 | 30 min.* aprox. | | | P60; B-57 |
| Nantell, Timothy | Cisco Expert | 11/12/2002 | 16 | 20 min.* approx. | | | P59; B-56 |
| Hughes, James 30(b)(6) | STK | 12/17/2002 | 18 | 18 min. | Yes | Anderson Ex. 25 | P62; B-59 |
| Munsey, Robert 30(b)(6) | STK | 12/17/2002 | 59 | 1 hr. 18 min. | Yes | Anderson Ex. 45 | P62; B-59 |
| Weiss, David - 30(b)(6) | STK | 12/17/2002 | 109 | 1 hr. 40 min. approx. | No | Anderson Ex. 70 | P62; B-59 |

**JAMES M. TRAPSKIN**
COURT REPORTING SERVICES
2205 – 30th Avenue South
Minneapolis, Minnesota 55406

(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com

# INVOICE

June 17, 2002

Clifford Anderson
Dorsey & Whitney
50 South Sixth Street
Minneapolis, Minnesota 55402

Re: Storage Technology Corp. vs. Cisco Systems, Inc.

| | |
|---|---|
| DEPOSITIONS OF: | Jeremy Swift, Timothy Mueggenberg and Gary Schumacher |
| DATES TAKEN: | June 4, 5, 10, 2002 |
| TRANSCRIPT: | Original and one copy, exhibits, condensed transcripts, word indexes and ASCII disk |
| | $2,260.35 |

PLEASE MAKE CHECK PAYABLE TO: JAMES M. TRAPSKIN
(SSN: 470 50 7459)

Thank You

***** PLEASE RETURN ONE COPY OF INVOICE WITH YOUR PAYMENT*****

CLIFF ANDERSON

Apps

6-4 = 8 hrs

6-5 - 8

6-10 8

24 X 30 720

Jeremy Swift 268

Tim Mueggenberg 217

Schumacher 210

695 = 1911.25

Ex Swift 21

Mueggenberg 19

Schumacher 10

50 12.52

Toles (24) 9.9.6 9.60

Deli 7.00

2660.35

Anderson Aff. Ex. 8

JAMES M. TRAPSKIN
**COURT REPORTING SERVICES**
**2205 – 30th Avenue South**
**Minneapolis, Minnesota 55406**

**(612) 722-9947 * Fax No. (612) 722-6851 * trapskin@minnet.com**

---

# INVOICE

Roy A. Ginsburg
Attorney at Law
Dorsey & Whitney, LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498

Re: Storage Technology v. Cisco Systems.

---

Deposition of: Christopher Van Krevelen

Date Taken: June 4, 2002

Transcript: One regular copy, one condensed copy, one ASCII, keyword Index

854.50

~~$854.50~~

Please Make Check Payable to: Carol Brausen Engels
(SSN: 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)

— [redacted]

Thank you

****PLEASE RETURN THIS COPY WITH YOUR PAYMENT****

ROY GINSBURG

2.75 X 218 = 599.50

6.5 X 30 = 195.00

Extras = 50.00

PO. = 10.00

854.50

X %08

68.36