UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 00-2253 (JNE/JGL)

**STORAGE TECHNOLOGY CORPORATION,**

**PLAINTIFF,**

v.

**CISCO SYSTEMS, INC.**

**DEFENDANT.**

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO REVIEW COST JUDGMENT**

I, Jennifer Dellmuth, certify that Defendant's Memorandum of Law in Opposition to Plaintiff's Motion to Review Cost Judgment complies with Local Rule 7.1(c)

I further certify that, in preparation of this memorandum, I used Microsoft Word Version 2000, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above reference memorandum contains 460 words.

Dated: September 7, 2005

DORSEY & WHITNEY, LLP

By s/ Jennifer Dellmuth

Roy A. Ginsburg (#123158)
Joseph W. Hammell (#172698)
Clifford S. Anderson (#227201)
Jennifer Dellmuth (#315291)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Fax: (612) 340-2868

**Attorneys for Defendant Cisco Systems, Inc.**