**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

**Storage Technology Corporation v. Cisco Systems, Inc. Civil File No. 00-CV-2253 (JNE/JGL)**

I hereby certify that on September 7, 2005 I caused the following documents:

1. Defendant's Memorandum of Law in Opposition to Plaintiff's Motion to Review Cost Judgment;

2. LR7.1(c) Word Count Compliance Certificate; and

3. Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Richard P. Mahoney, Esq.
Mahoney, Dougherty and Mahoney
801 Park Avenue
Minneapolis, Minnesota 55404-1189
(612) 339-5863
Fax: (612) 339-1529
Email: rmahoney@mahoney-law.com.

I further certify that I caused a copy of the following documents:

1. Defendant's Memorandum of Law in Opposition to Plaintiff's Motion to Review Cost Judgment;

2. LR7.1(c) Word Count Compliance Certificate; and

3. Certificate of Service

and the notice of electronic filings for each of the above to be sent by Federal Express Overnight Service per prior agreement of the parties for such services, in a package properly sealed and addressed to the following:

Ernie L. Brooks, Esq.
Brooks & Kushman P.C.
1000 Town Center
Twenty-second Floor
Southfield, MI 48075

DORSEY & WHITNEY LLP

By ___s/ Jennifer Dellmuth_____

Roy A. Ginsburg #123158
Joseph W. Hammell #172698
Clifford S. Anderson #227201
Jennifer Dellmuth #315291
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

**Attorneys for Defendant Cisco Systems, Inc.**