**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Storage Technology Corporation,

Plaintiff,

v.

Cisco Systems, Inc.,

Defendant.

Civil File No. 00-CV-2253 (JNE/JGL)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Storage Technology Corporation ("STK"), through its undersigned counsel, and Cisco Systems, Inc. ("Cisco"), through its undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, STK served and filed its Complaint against Cisco in the above-captioned action on or about October 5, 2000, alleging six causes of action ("the Litigation");

**WHEREAS**, Cisco served and filed its Answer to STK's Complaint on or about October 25, 2000, denying liability to STK under any of the claims asserted by STK;

**WHEREAS**, following the close of discovery, Cisco moved for summary judgment on all claims alleged in STK's Complaint;

**WHEREAS**, on September 25, 2003, the District Court granted Cisco's motions for summary judgment in their entirety;

**WHEREAS**, STK appealed the dismissal of the Litigation to the United States Court of Appeals for the Eighth Circuit;

**WHEREAS**, on January 26, 2005, the Eighth Circuit unanimously affirmed the decision by the District Court granting Cisco summary judgment;

**WHEREAS**, following negotiations, STK and Cisco have agreed to terminate all aspects of the Litigation, including Cisco's pending motion to recover allowable costs and disbursements, and Cisco's pending motion to recover attorneys' fees and expert witness fees;

**NOW, THEREFORE**, STK and Cisco hereby agree, through their undersigned counsel, that the Litigation may be dismissed with prejudice and without the award of any costs, disbursements, attorneys' fees or expert witness fees to either party.

Dated: October 11, 2005

BROOKS KUSHMAN P.C.

By ______________________
Ernie L. Brooks, Esq.
Thomas A. Lewry, Esq.
1000 Town Center
Twenty-Second Floor
Southfield, MI 48075
Telephone: (248-358-4400)

Counsel for Plaintiff Storage Technology Corporation

Dated: October 12, 2005

Of Counsel:
MAHONEY DOUGHERTY & MAHONEY

By ______________________
Richard P. Mahoney, Esq.
Victor Lund, Esq.
801 Park Avenue
Minneapolis, MN 55404
Telephone: (612) 339-5863

Counsel for Plaintiff Storage Technology Corporation

Dated: October 17, 2005

DORSEY & WHITNEY LLP

By ______________________
Roy A. Ginsburg #123158
Joseph W. Hammell #172698
Clifford S. Anderson #227201
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Counsel for Defendant Cisco Systems, Inc.