**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Storage Technology Corporation,
Plaintiff,
v.

Cisco Systems, Inc.,
Defendant.

Civil File No. 00-CV-2253 (JNE/JGL)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2005, I caused the following document:

1. Stipulation for Dismissal with Prejudice

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Victor Lund, Esq. (vlund@mahoney-law.com)
Mahoney, Dougherty and Mahoney
801 Park Avenue
Minneapolis, MN 5540

I further certify that I caused a copy of the Stipulation for Dismissal with Prejudice and the notice of electronic filings to be mailed by first class mail postage paid, to the following non-ECF participant:

Thomas A. Lewry, Esq. (tlewry@brookskushman.com)
Brooks Kushman P.C.
1000 Town Center -Twenty-Second Floor
Southfield, MI 48075

I further certify that I caused a copy of the proposed Order to be filed with the Court via e-mail to the following Judge:

The Honorable Joan N. Ericksen, United States District Judge
joanericksen_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed Order to be e-mailed to the following:

Victor Lund, Esq. (vlund@mahoney-law.com)
Mahoney, Dougherty and Mahoney
801 Park Avenue
Minneapolis, MN 5540
and
Thomas A. Lewry, Esq. (tlewry@brookskushman.com)
Brooks Kushman P.C.
1000 Town Center -Twenty-Second Floor
Southfield, MI 48075

Date: October 18, 2005

s/Roy A. Ginsburg
**Roy A. Ginsburg, #123158**
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Fax: (612) 340-2777
**ginsburg.roy@dorsey.com**

**Attorneys for Defendants**