**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Storage Technology Corporation,

Plaintiff,

v.

Cisco Systems, Inc.,

Defendant.

Civil File No. 00-CV-2253 (JNE/JGL)

**ORDER**

**ORDER**

Based on the foregoing Stipulation, IT IS SO ORDERED. The above-captioned litigation, *Storage Technology Corporation vs. Cisco Systems, Inc.*, Civil File No. 00-2253 is hereby dismissed with prejudice, and without the award of costs, disbursements or attorneys' fees or expert fees to either party.

Dated: October 24, 2005

s/ Joan N. Ericksen
The Honorable Joan N. Ericksen
United States District Judge